# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA RISING TOGETHER, FAITH IN FLORIDA, UNIDOSUS, EQUAL GROUND EDUCATION FUND, HISPANIC FEDERATION, and PODER LATINX, <br><br> Plaintiffs, <br><br> v. <br><br> LAUREL M. LEE, in her official capacity as the Secretary of State of Florida, and PENNY OGG, in her official capacity as Supervisor of Elections for Highlands County, Florida, SHIRLEY GREEN KNIGHT, in her official capacity as the Supervisor of Elections for Gadsden County, Florida, MARY JANE ARRINGTON, in her official capacity as Supervisor of Elections for Osceola County, Florida, and CRAIG LATIMER, in his official capacity as the Supervisor of Elections for Hillsborough County, Florida, on behalf of themselves and all those similarly situated, <br><br> Defendants. | Case No. 4:21-cv-201 |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of undersigned as counsel for Plaintiffs.

Please serve copies of all filings, orders, and other correspondence at the addresses listed below:

Primary email address: Jeremy.Karpatkin@arnoldporter.com

Respectfully submitted,

Jeremy Karpatkin

*/s/ Jeremy Karpatkin*
Jeremy Karpatkin
Senior Attorney
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW,
Washington, D.C. 20001
202.942.5000
Jeremy.Karpatkin@arnoldporter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2021 a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

*/s/ Jeremy Karpatkin*
Jeremy Karpatkin