UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA RISING TOGETHER, et al.,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.,<br>       *Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE and NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br>  *Proposed Intervenor-Defendants.* | No. 4:21-cv-201-AW-MJF |

**MOTION TO INTERVENE**

Movants—the Republican National Committee and National Republican Senatorial Committee—seek to intervene as defendants in this case. Attached is a memorandum of law that explains why Movants are entitled to intervention as of right under Rule 24(a)(2) and to permissive intervention under Rule 24(b). For all those reasons, Movants respectfully ask the Court to grant this motion. Plaintiffs oppose. Defendant Lee does not object to Movants' intervention. Defendant Latimer takes no position. The other Defendants have not yet appeared.

Dated: June 8, 2021

Respectfully submitted,

   /s/ *Daniel E. Nordby*   

Tyler Green*
Cameron T. Norris*
Steven C. Begakis*
Daniel Shapiro
Fla. Bar No. 1011108
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com
daniel@consovoymccarthy.com

Daniel E. Nordby
Fla. Bar No. 14588
Benjamin J. Gibson
Fla. Bar No. 58661
George N. Meros, Jr.
Fla. Bar No. 263321
Amber Stoner Nunnally
Fla. Bar No. 109281
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
dnordby@shutts.com
bgibson@shutts.com
gmeros@shutts.com
anunnally@shutts.com
mabramitis@shutts.com

*pro hac vice* forthcoming

*Counsel for Proposed Intervenor-Defendants Republican National Committee
and National Republican Senatorial Committee*

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Counsel for Movants conferred with counsel for Plaintiffs and Defendants who have appeared regarding this motion. Plaintiffs oppose. Defendant Lee does not object to Movants' intervention. Defendant Latimer takes no position. The other Defendants have not yet appeared.

*/s/ Daniel E. Nordby*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve all parties whose counsel have entered appearances. Those parties who have not yet appeared will be served via email.

*/s/ Daniel E. Nordby*