# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA RISING TOGETHER, FAITH IN FLORIDA, UNIDOSUS, EQUAL GROUND EDUCATION FUND, HISPANIC FEDERATION, and PODER LATINX,<br><br>*Plaintiffs*,<br><br>v.<br><br>LAUREL M. LEE, in her official capacity as Florida Secretary of State, and PENNY OGG, in her official capacity as Supervisor of Elections for Highlands County, Florida, SHIRLEY GREEN KNIGHT, in her official capacity as the Supervisor of Elections for Gadsden County, Florida, MARY JANE ARRINGTON, in her official capacity as Supervisor of Elections for Osceola County, Florida, and CRAIG LATIMER, in his official capacity as the Supervisor of Elections for Hillsborough County, Florida, on behalf of themselves and all those similarly situated,<br><br>*Defendant*,<br><br>REPUBLICAN NATIONAL COMMITTEE; and NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br><br>*Proposed Intervenor-Defendants.* | No. 4:21-cv-00201-AW-MJF |

1

# **MOTION FOR TYLER GREEN TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING ON BEHALF OF PROPOSED INTERVENOR-DEFENDANTS REPUBLICAN ORGANIZATIONS**

Pursuant to Local Rule 11.1(C) of the United States District Court for the Northern District of Florida, Proposed Intervenor-Defendants, the Republican National Committee ("RNC") and the National Republican Senatorial Committee (NRSC), collectively "Republican Party Organizations", and their undersigned counsel respectfully request that the Court enter an Order admitting Tyler Green of the law firm Consovoy McCarthy PLLC, 1600 Wilson Blvd., Suite 700, Arlington, VA 22209, (703) 243-9423, tyler@consovoymccarthy.com, to appear *pro hac vice* as co-counsel on behalf of Republican Party Organizations in the above-styled case only, and pursuant to Rule 2B of the Court's CM/ECF Administrative Procedures, to permit Tyler Green to receive notice of electronic filings in this case. In support of their request, Republican Party Organizations and their undersigned counsel state:

1. Mr. Green is a partner with the law firm of Consovoy McCarthy PLLC, 1600 Wilson Blvd., Suite 700, Arlington, VA 22209, (703) 243-9423.

2. Mr. Green is not admitted to practice in the Northern District of Florida and is an active member in good standing of the Utah State Bar. He has never been the subject of any professional disciplinary proceeding.

3. Mr. Green is not a resident of the State of Florida and has not abused the

privilege of special appearance by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a general practice of law in the State of Florida or before the Courts of this District.

4. Mr. Green certifies that he will comply with the requirements of Local Rule 11.1(C) and that, in connection with the filing of this motion, he has submitted a Certificate of Good Standing of the Utah Bar attached hereto as **Exhibit A** and has made payment – or within the next three (3) business days shall submit payment to the Clerk of the Court – of this Court's $201.00 admission fee.

5. Mr. Green certifies that he complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam on May 14, 2021 and was subsequently issued electronic confirmation number FLND16210230804412.

6. Mr. Green certifies that he has completed the online CM/ECF Tutorial.

7. Mr. Green certifies that he maintains an upgraded PACER account.

8. Mr. Green hereby respectfully requests that the Court provide notice of electronic filings to Mr. Green at the following email address: tyler@consovoymccarthy.com.

9. Based on the foregoing, Mr. Green should be admitted to appear *pro hac vice* as counsel on behalf of Republican Party Organizations.

**WHEREFORE**, Republican Party Organizations and their designated undersigned counsel, Tyler Green, respectfully request that the Court enter an Order admitting Tyler Green to appear *pro hac vice* as counsel on behalf of Republican Party

Organizations for all purposes relating to the proceedings in the above-styled matter and directing the Clerk of the Court to provide notice of electronic filings to Tyler Green at tyler@consovoymccarthy.com

## LOCAL RULE 7.1(B) CERTIFICATION

Plaintiffs and the Secretary through counsel do not oppose this motion. No response was received from Defendant Latimer. The other defendants have not yet entered appearances.

Dated: June 16, 2021

Respectfully submitted,

Tyler Green*
Utah Bar No. 10660
Steven C. Begakis*
Va. Bar No. 95172
Cameron T. Norris*
Tenn. Bar No. 33467
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

/s/ *Daniel E. Nordby*
Daniel E. Nordby
Fla. Bar No. 14588
Benjamin J. Gibson
Fla. Bar No. 58661
George N. Meros, Jr.
Fla. Bar No. 263321
Amber Stoner Nunnally
Fla. Bar No. 109281
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
dnordby@shutts.com
bgibson@shutts.com
gmeros@shutts.com
anunnally@shutts.com
mmontanaro@shutts.com

*pro hac vice* forthcoming

4

*Counsel for Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve all parties whose counsel have entered appearances.

<u> /s/ Daniel E. Nordby</u>