# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA RISING TOGETHER, et al.,**

   *Plaintiffs*,

v.                     Case No. 4:21cv201-MW/MJF

**LAUREL M. LEE,**
in her official capacity as the
Secretary of State of Florida,
et al.,

   *Defendants*.
_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

Pending before this Court is Defendant Lee's motion to dismiss. ECF No. 49. The Plaintiffs have since filed their first amended complaint. ECF No. 59. Accordingly, Defendant Lee's motion to dismiss, ECF No. 49, is **DENIED as moot**.

**SO ORDERED on July 12, 2021.**

                                         s/Mark E. Walker       
                                         **Chief United States District Judge**