# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA RISING TOGETHER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LAUREL M. LEE, in her official capacity as Secretary of State of Florida, *et al.*, <br><br> Defendants, <br><br> and <br><br> NATIONAL REPUBLICAN SENATORIAL COMMITTEE, *et al.*, <br><br> Intervenor-Defendants. | Case No. 4:21-cv-201 |

## SECRETARY OF STATE LEE'S MOTION TO DISMISS

Secretary of State Laurel M. Lee moves to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) the following Claims in *Florida Rising Together, et al. v. Lee, et al.*, No. 4:21-cv-201: Counts I through VI. The Secretary of State's arguments are fully set forth in the attached Omnibus Memorandum in Support of the Secretary's Motion to Dismiss.

1

Respectfully submitted by:

BRADLEY R. MCVAY (FBN 79034)
General Counsel
Brad.McVay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48302)
Deputy General Counsel
Ashley.Davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

 */s/     Mohammad Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
mjazil@holtzmanvogel.com
GARY V. PERKO (FBN 855898)
gperko@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
119 S. Monroe St., Ste 500
Tallahassee, FL 32301
Phone: (850) 274-1690
Fax: (540) 341-8809

Phillip M. Gordon (VSB 95621)
pgordon@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: (540) 341-8808
Fax: (540) 341-8809
\* Admitted *pro hac vice*.

Dated: July 30, 2021

## NORTHERN DISTRICT OF FLORIDA
## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(D), a conference was not conducted as the relief requested herein will determine the outcome of several of Plaintiffs' claims.

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F) and this Court's order, the attached Omnibus Memorandum in Support of the Secretary's Motion to Dismiss Plaintiffs' Claims contains 11,235 words, excluding the case style, signature block, and any certificate of service.

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on the 30th of July, 2021.

*/s/ Mohammad Jazil*
Attorney for Defendant Secretary Lee