# Exhibit 3

| | |
|---|---|
| **From:** | zzz.External.mjazil@holtzmanvogel.com |
| **Sent:** | Friday, October 1, 2021 3:47 PM |
| **To:** | Stiefel, Aaron; Bernstein, Daniel; Theodore@arnoldporter.com; zzz.External.mgalindo@demos.org; Miller, Jeffrey; Karpatkin, Jeremy C.; Freedman, John A.; Ferenc, Sam; zzz.External.kromero@latinojustice.org |
| **Cc:** | McVay, Brad R.; Phil Gordon; Benjamin J. Gibson; George N. Meros, Jr.; Daniel E. Nordby |
| **Subject:** | FRT v. Lee |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

External E-mail

Counsel,

We are in receipt of the Requests for Admissions you propounded on September 22, 2021. Under the Court's scheduling orders, these requests are untimely. As you know the Court has set the deadline to propound discovery in these Consolidated Cases as "no later than 75 days before the end of the discovery period." Case No. 186, (ECF No. 22 at 2). Seventy-five days before the end of the discovery period (October 22, 2021) was August 8th (which we will treat as being the 9th as the 8th was a Sunday). *See* Case No. 186, (ECF No. 22 at 2); Case No. 201, (ECF No. 101 at 2).

We also note that your Requests for Admissions are overly broad, unduly burdensome, not proportional to the needs of the case, and appear to be intended to harass rather than seek substantive responses. For example, a large number of your requests to the Secretary are for conduct by other parties not within the knowledge or control of the Secretary (such as the numerous requests to the Secretary for activities conducted—or not—by the many Supervisors of Elections).

Therefore, pursuant to this Court's Initial Scheduling Order, the Local Rules, and the Federal Rules of Civil Procedure, we are conferring to see if you would be willing to withdraw your Requests for Admissions. If you fail to withdraw these requests, we will be forced to move for a protective order.

We are happy to discuss this further if you feel it would be productive. The Defendant-Intervenors join in this request.

Thanks,

Mo

**Mohammad O. Jazil**
**Holtzman Vogel Baran Torchinsky & Josefiak PLLC**
**Mobile:(850) 274-1690**
mjazil@holtzmanvogel.com//www.HoltzmanVogel.com

**Tallahassee Office**
119 S. Monroe St, Ste 500
Tallahassee, FL 32301

**Washington DC Office**
2300 N Street, NW, Ste 643-A
Washington, DC 20037

**(202) 737-8808**

2