# Exhibit A

| | |
|---|---|
| **From:** | Pollins, Stu |
| **To:** | Dowd, Cory |
| **Cc:** | Coyle, Frances |
| **Subject:** | FW: Elections Side by Side |
| **Date:** | Wednesday, April 14, 2021 10:19:43 AM |
| **Attachments:** | Elections Bill Side by Side 04142021.xlsx |

Per your request.

**From:** Pollins, Stu
**Sent:** Wednesday, April 14, 2021 10:10 AM
**To:** Stephanie Kopelousos - EOG (Stephanie.Kopelousos@eog.myflorida.com) <Stephanie.Kopelousos@eog.myflorida.com>; Chris Spencer (Chris.Spencer@laspbs.state.fl.us) <Chris.Spencer@laspbs.state.fl.us>
**Cc:** Coyle, Frances <Frances.Coyle@LASPBS.STATE.FL.US>
**Subject:** Elections Side by Side

Please let me know if you have any questions or need anything else.


Stu Pollins
Florida Executive Office of the Governor
Office of Policy and Budget
Transportation and Economic Development Unit
850-717-9497
stu.pollins@laspbs.state.fl.us

ELECTION TRANSPARENCY AND INTEGRITY:  GOVERNOR, HOUSE (HB 7041), SENATE COMPARISON 4/14/2021

| Category | Governor | CS/HB 7041 | CS/CS/CS 90 |
| --- | --- | --- | --- |
| Ballot Integrity | Address the use of ballot drop boxes. | Early voting site drop boxes and discretionary drop boxes may only be used as secure drop box locations during early voting hours.  All drop boxes not at an officer of a supervisor to be physically manned by an employee of the supervisor at all times.  Secure drop boxes at the office of the supervisor must be monitored by an employee of the supervisor during regular office hours and must be otherwise secure from tampering and monitored by video surveillance during other hours.<br><br>The bill requires the supervisors to designate the location of all drop box sites and notify the Division no later than the 30th prior to the election of the location of such sites. Once a drop box location is set, the location may not be moved or changed.  No drop box can be placed in a location so as to favor or disfavor any one political party or candidate.  Requires all drop boxes to be emptied each day at the end of early voting hours.<br><br>The bill allows an elector's designee with a declaration to return an elector's ballot to a drop box.  Under the bill, when a person returns a ballot to a drop box they must present their Florida driver license or Florida identification card to the employee monitoring the drop box.  The declaration or attestation must be affixed to the return mailing envelope when the ballot is deposited into the drop box. | Early voting site drop boxes and discretionary drop boxes may only be used as secure drop box locations during early voting hours.  All drop boxes not at an officer of a supervisor to be physically manned by an employee of the supervisor at all times.  Secure drop boxes at the office of the supervisor must be monitored by an employee of the supervisor during regular office hours.<br><br>The bill requires the supervisors to designate the location of all drop box sites and notify the Division no later than the 30th prior to the election of the location of such sites. Once a drop box location is set, the location may not be moved or changed.  No drop box can be placed in a location so as to favor or disfavor any one political party or candidate.  Requires all drop boxes to be emptied each day at the end of early voting hours. |
| Ballot Integrity | Address ballot harvesting so that no person may possess ballots other than their own and their immediate family. | The bill makes it a first degree misdemeanor to possess the ballot of another unless the person possessing the ballot has been designated to do so and has a related declaration. With such declarations, a person may carry a ballot belonging to an immediate family member and in any election may carry a maximum of two ballots belonging to persons who are not family members. The declaration must include a statement affirming they have been designated to carry the ballot of another, include the signature of the voter whose ballot is being carried and date signed by the voter, the signature of the designee designated to carry the ballot and date signed by the designee, as well as the relationship the designee has to the voter whose ballot they are carrying. In addition, the declaration must include a provision where the designee acknowledges that falsifying a declaration is a third degree felony. The bill extends the definition of immediate family to include a grandchild. | Same as HB 7041. |

**ELECTION TRANSPARENCY AND INTEGRITY: GOVERNOR, HOUSE (HB 7041), SENATE COMPARISON 4/14/2021**

| Category | Governor | CS/HB 7041 | CS/CS/CS 90 |
|---|---|---|---|
| Ballot Integrity | No mass mailing of vote-by-mail ballots only voters who request a ballot should receive a ballot. | The bill explicitly spells out that no county, municipality, or state agency may send a VBM ballot to a voter unless the voter has requested the VBM as authorized under law. The bill makes exemptions for VBM ballots under s.101.662, F.S., relating to voters having a disability, s. 101.697, F.S., relating to overseas voters, and under ss. 101.6102-101.6103, F.S., relating to local referenda. | Same as HB 7041. |
| Ballot Integrity | Vote-by-mail requests must be made each election year. | The bill provides that a VBM request is sufficient to receive a VBM ballot through the end of the calendar year of the next regularly scheduled election. After the effective date of the act, if a voter makes a general request to vote by mail in 2021, he or she would receive VBM ballots for all elections through the end of the 2022 calendar year. The bill preserves the period under current law for a VBM request made after November 6, 2018 and before July 1, 2021. The bill preserves the current life of every request received prior to the effective date of the act. | Same as HB 7041. |
| Ballot Integrity | Vote-by mail ballot signatures must match the most recent signature on file. | The bill creates new guidelines for the signature verification process conducted by supervisors. Specifically, the bill provides that anytime a signature is verified with the signature on file in the voter's registration records, the verifier may only use a signature in the registration books or precinct register from the preceding four years. If no wet signature is available within the preceding four years, the verifier may also use the most recent wet signature on record. The bill defines wet signature as one that a voter physically signed on paper with pen or another writing utensil. The bill provides that anytime a signature is verified, the person verifying the signature must not have any knowledge of the political affiliation of the voter whose signature they are verifying. | Same as HB 7041. |
| Transparency in the Elections Process | Political parties and candidates cannot be shut out from observing the signature matching process. | | During each meeting of the county canvassing board, each political party and each candidate may have one watcher within a distance that allows him or her to directly observe ballots being examined for signature matching and other processes. |
| Transparency in the Elections Process | Supervisors of Elections must post over-vote ballots to be considered by the canvassing board on their website before the canvassing board meets. | | |

ELECTION TRANSPARENCY AND INTEGRITY:  GOVERNOR, HOUSE (HB 7041), SENATE COMPARISON 4/14/2021

| Category | Governor | CS/HB 7041 | CS/CS/CS 90 |
| --- | --- | --- | --- |
| Transparency in the Elections Process | Prohibits counties from receiving grants from private third-party organizations for "get out the vote" initiatives. | The bill prohibits any agency, state, or local official responsible for conducting elections from soliciting, accepting, using, or disposing of any donation in the form of money, grants, property, or personal services from an individual or a nongovernmental entity for the purpose of funding election-related expenses or voter education or registration programs. | Same as HB 7041. |
| Transparency In Elections Reporting | Requires real-time reporting of voter turnout data at the preceinct level. | | Supervisors of elections shall make live voter turnout data on election day available on their respective websites.  At a minimum, a supervisor must post updated turnout data on their website at 8 a.m., 2 p.m., and 6 p.m. on election day. The supervisors shall transmit the turnout data to the division, which must create and maintain a real-time statewide turnout dashboard that is available for viewing by the public on its website as the data becomes available. |
| Transparency In Elections Reporting | Supervisors of Elections must report how many ballots have been requested, how many have been received, and how many are left to be counted. | | For each election, supervisors of elections shall make available on their respective websites the number of vote-by-mail ballots requested, the number of completed vote-by-mail ballots received, and the number of vote-by-mail ballots not yet tabulated. Such information must be updated daily. |