Exhibit B

| | |
|---|---|
| **From:** | Uthmeier, James <James.Uthmeier@eog.myflorida.com> |
| **Sent time:** | 10/09/2020 05:57:20 PM |
| **To:** | McVay, Brad R. |
| **Subject:** | drop boxes guidance |
| **Attachments:** | Legal Requirements for Dropboxes.docx |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

Brad – here is what I quickly put together re: drop boxes. Let's discuss on Monday, make whatever adjustments necessary, and get something out the door by COB Monday.

Thanks and have a nice weekend.
James

Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.

Draft, Attorney Work Product

## LEGAL REQUIREMENTS FOR VOTING BY MAIL DROPBOXES

TO:         Supervisors of Elections

RE:         Vote by Mail Drop Boxes

     As we prepare for 2020 Election Day and the administration of early voting and voting by mail (VBM), it has come to our attention that Supervisors may not be consistently administering VBM secure drop boxes in accordance with Florida law. Therefore, the Florida Department of State provides this guidance to Supervisors regarding the legal requirements for drop boxes.

     As you know, VBM secure drop boxes are required at the main office and each branch office of Supervisors as well as each early voting site.  *See* § 101.69(2), Fla. Stat. Further, Supervisors may also place drop boxes "at any other site that would otherwise qualify as an early voting site under § 101.657(1), provided, however, that any such site *must be staffed* during the county's early voting hours of operation by an employee of the Supervisor's office or a sworn law enforcement officer."

     It has long been the policy of the State to prioritize VBM election security. To this end, Section 101.67(1), F.S., requires Supervisors to "safely keep *in his or her office* any envelopes received containing marked ballots of absent electors . . .." (emphasis added).

     To be clear, Supervisors may not place VBM secure drop boxes at locations other than the following:

- Main office of the Supervisor;
- Each branch office of the Supervisor;
- Each Early Voting Site. § 101.69(2), Fla. Stat.
- Sites that would otherwise qualify as an Early Voting Site under Section 101.657(1).

     Further, to facilitate a safe and secure election, Florida law requires the following for administration of VBM drop boxes:

- VBM secure drop boxes must always be kept in the custody and control of the Supervisor or Supervisor's staff. Drop boxes **may not** be left unattended and **must be** monitored at all times by the Supervisor or his or her staff (or a law enforcement officer). *See* § 101.67(1), Fla. Stat.; § 101.68(2); R. 1S-2.034, F.A.C., DS-DE11 "Polling Place Procedures Manual," p. 23.
- Drop boxes must be clearly labeled.
- Drop boxes must be sealed.

Legal Requirements for Dropboxes.docx

**Florida SoS - 06722822**

Draft, Attorney Work Product

- VBM ballots returned and placed in authorized drop boxes must be kept separate from canceled returned vote-by-mail ballots from voters that chose to vote in person.
- VBM ballots in secure drop boxes must be retrieved and placed in a transfer box, case or bag with numbered seals and returned to the Supervisor of Elections' office at the end of every day of voting.
- The transfer box, case or bag must include audit forms documenting the number of VBM ballots received and the seal numbers used to secure the box, case or bag.

**Questions**

1. **Can a VBM drop box be located <u>inside</u> the Supervisor's main office or office branch?**

Yes. It is mandatory for a secure VBM drop box to be placed "at the main office of the supervisor" and "at each branch office of the supervisor." § 101.69(2).

2. **Can a secure VBM drop box be located <u>directly outside</u> a Supervisor's main office or branch office?**

Yes. However, the drop box must be "secure"—meaning that it is clearly labeled, sealed, and in the custody and control of the Supervisor or the Supervisor's employees at all times.

3. **Can a Supervisor have a 24-hour VBM drop box located <u>outside</u> of their main office or branch office that is not monitored or monitored only by a security camera?**

No. In order to be a "secure" VBM drop box, it must be monitored by the supervisor or supervisor's employee at all times. Section 101.67(1) requires the supervisor to "safely keep <u>in his or her office</u> any envelopes received . . .." Thus, a drop box located outside of a Supervisor's office and left unmonitored would not comply with § 101.67(1).

4. **Can a Supervisor provide optional secure VBM drop boxes (at locations other than their main office or branch office) for hours or days when early voting is not being offered in the county?**

No. Optional secure VBM drop boxes may only be located at sites "that would otherwise qualify as an early voting site under section 101.657(1)" and must meet all applicable early voting location requirements that apply in Section 101.657(1), including geographic location, hours of operation and days of operation.

5. **May a Supervisor have a volunteer monitor an optional secure VBM drop box site instead of a Supervisor's employee or law enforcement officer?**

No. Section 101.69(2) requires an optional VBM drop box site to be monitored by a Supervisor's employee or law enforcement officer. A volunteer would not qualify as either.