# Exhibit D

# Theodore, Elisabeth

| | |
|---|---|
| **From:** | Theodore, Elisabeth |
| **Sent:** | Monday, October 18, 2021 2:33 PM |
| **To:** | zzz.External.mjazil@holtzmanvogel.com; 'Pratt, Joshua' |
| **Cc:** | Fritz Wermuth; Cavataro, Benjamin; Michelle Kanter Cohen; zzz.External.kromero@latinojustice.org; Meros, Nicholas; John Cycon |
| **Subject:** | RE: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor |

Mo,

Thanks for your note and for meeting and conferring. While we continue to disagree that the legislative privilege and deliberative process privilege apply to the topics in our subpoena to the Executive Officer of the Governor, we understand that you do not plan to offer a Rule 30(b)(6) representative to testify on Wednesday, and we can agree that, if you file your motion to quash by Oct. 21, we will not seek to hold your client in contempt for failing to appear pending Judge Walker's decision on the motion. If the Court resolves your motion in our favor, we can work out a mutually agreeable time to reschedule.

Given your agreement that at least "several of the Topics likely do not implicate either privilege on their face," we do anticipate that the deposition will go forward, and we do not think that it will be possible to enter into a factual stipulation that would avoid the need for a subpoena.

You have also raised an objection about the amount of preparation time with respect to Topic 6. We believe that two weeks is an adequate amount of time to prepare, and we note that you served 18 extremely broad 30(b)(6) topics for the deposition of plaintiff Florida Rising Together on October 14, well less than two weeks in advance of the deposition date. Moreover, you advised us that, as of our October 14 meet and confer, which took place over a week after we served the subpoena, you had not even identified a 30(b)(6) witness or began preparations. Nonetheless, we are happy to discuss any proposals that you might have for narrowing Topic 6.

Regards,
Elisabeth

---

**From:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Sent:** Monday, October 18, 2021 10:50 AM
**To:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>; 'Pratt, Joshua' <Joshua.Pratt@eog.myflorida.com>
**Cc:** Fritz Wermuth <fwermuth@kbzwlaw.com>; Cavataro, Benjamin <bcavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; zzz.External.kromero@latinojustice.org <kromero@latinojustice.org>; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>; John Cycon <jcycon@HoltzmanVogel.com>
**Subject:** RE: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

External E-mail

Elisabeth,

I write to follow-up on the last point in my email from Thursday: "Lastly, we tentatively agreed, subject to you checking with the two plaintiff groups not on the call, that the Executive Office of Governor DeSantis would have until October 21 to file a motion to quash and that you would not hold the Office in contempt until Judge Walker rules."

1

Thanks,
Mo

**Mohammad O. Jazil**
**Mobile: (850) 274-1690**
mjazil@holtzmanvogel.com // www.HoltzmanVogel.com



PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel, PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Mohammad O. Jazil
**Sent:** Thursday, October 14, 2021 7:51 PM
**To:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>; 'Pratt, Joshua' <Joshua.Pratt@eog.myflorida.com>
**Cc:** Fritz Wermuth <fwermuth@kbzwlaw.com>; Cavataro, Benjamin <bcavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; kromero@latinojustice.org; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>; John Cycon <jcycon@HoltzmanVogel.com>
**Subject:** RE: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

Elisabeth,

Thank you for taking the time to meet and confer with us this afternoon about the subpoena to the Executive Office of Governor DeSantis, and we appreciate your willingness to work with us on discovery issues. As discussed, after our conversation we are inclined to exert the legislative privilege and/or deliberative process privilege in response to the Topics in subpoena. While we agree that several of the Topics likely do not implicate either privilege on their face, we believe that subsequent questioning beyond factual issues would be covered by privilege. For example, you indicated that you'll want to ask questions that delve into the Governor's intent in promoting the bill, which would fall under the legislative privilege. Attached please find two cases that may be instructive. Also, we feel that factual questions would be more appropriately handled through stipulations, and we would be happy to work with you towards that end.

We will send you more formal objections early next week, but, in addition to the above, we think that the time provided between service of the subpoena (both the original and amended version provided today) is insufficient to prepare a 30(b)(6) representative—especially considering the scope of some of the topics. For example, Topic 6 calls for "[a]ll communications regarding Senate Bill 90 between the Executive Office of the Governor and . . . members of the Florida Legislature, the Florida Attorney General's Office, the Florida Department of State, any Florida Supervisor of Elections, the Florida Supervisors of Elections ('FSE'), Defendants-Intervenors, the National Republican Congressional Committee, any Republican State or local officials, the Heritage Foundation, Heritage Action for America, and any of their employees, staff, contractors, consultants, advisors, agents representatives, lobbyists, or anyone acting on their behalf." Properly preparing a representative to discuss that Topic clearly takes more than two weeks, and is quite a burden for a third party.

Lastly, we tentatively agreed, subject to you checking with the two plaintiff groups not on the call, that the Executive Office of Governor DeSantis would have until October 21 to file a motion to quash and that you would not hold the Office in contempt until Judge Walker rules. Please confirm whether that will be acceptable.

Hope all is well,

**Mohammad O. Jazil**
**Mobile: (850) 274-1690**
mjazil@holtzmanvogel.com // www.HoltzmanVogel.com



PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel, PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Sent:** Thursday, October 14, 2021 10:37 AM
**To:** 'Pratt, Joshua' <Joshua.Pratt@eog.myflorida.com>
**Cc:** Fritz Wermuth <fwermuth@kbzwlaw.com>; Cavataro, Benjamin <bcavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; kromero@latinojustice.org; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; John Cycon <jcycon@HoltzmanVogel.com>
**Subject:** RE: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

Apologies, I realize I included the amended topics, but forgot to include the actual amended subpoena. It is attached.

**From:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Sent:** Thursday, October 14, 2021 9:48 AM
**To:** 'Pratt, Joshua' <Joshua.Pratt@eog.myflorida.com>
**Cc:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Cavataro, Benjamin <BCavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; zzz.External.kromero@latinojustice.org <kromero@latinojustice.org>; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>; zzz.External.mjazil@holtzmanvogel.com <mjazil@holtzmanvogel.com>; John Cycon <jcycon@HoltzmanVogel.com>
**Subject:** RE: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

Thanks, Josh. In advance of the call, I am also serving an amended deposition subpoena. The only change is to add one additional topic (#11).

Looking forward to speaking at 3.

**From:** Pratt, Joshua <Joshua.Pratt@eog.myflorida.com>
**Sent:** Thursday, October 14, 2021 8:39 AM
**To:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Cc:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Cavataro, Benjamin <BCavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; zzz.External.kromero@latinojustice.org <kromero@latinojustice.org>; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>; zzz.External.mjazil@holtzmanvogel.com <mjazil@holtzmanvogel.com>; John Cycon <jcycon@HoltzmanVogel.com>
**Subject:** RE: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

External E-mail

Thanks Elizabeth.  Talk to you all at 3:00 p.m. eastern time.

- -

**Conference Line:** +1 (571) 440-7089; **access code:** 47014

- -
Joshua E. Pratt
Deputy General Counsel
Executive Office of the Governor
850-717-9267

*Please note that under Florida law correspondence sent to me, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.*

**From:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Sent:** Wednesday, October 13, 2021 10:55 PM
**To:** Pratt, Joshua <Joshua.Pratt@eog.myflorida.com>
**Cc:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Cavataro, Benjamin <BCavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; kromero@latinojustice.org; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>; mjazil@holtzmanvogel.com
**Subject:** RE: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

Josh:

3pm works fine for me.

Thanks,
Elisabeth

**From:** Pratt, Joshua <Joshua.Pratt@eog.myflorida.com>
**Sent:** Wednesday, October 13, 2021 5:46 PM
**To:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Cc:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Cavataro, Benjamin <BCavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; zzz.External.kromero@latinojustice.org <kromero@latinojustice.org>; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>; zzz.External.mjazil@holtzmanvogel.com <mjazil@holtzmanvogel.com>

**Subject:** RE: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

External E-mail

No worries.  How does tomorrow at 3:00 p.m. sound?  We'd be happy to send around a conference call invite.

- -
Joshua E. Pratt
Deputy General Counsel
Executive Office of the Governor
850-717-9267

*Please note that under Florida law correspondence sent to me, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.*

---

**From:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Sent:** Wednesday, October 13, 2021 3:28 PM
**To:** Pratt, Joshua <Joshua.Pratt@eog.myflorida.com>
**Cc:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Cavataro, Benjamin <BCavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; kromero@latinojustice.org; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>; mjazil@holtzmanvogel.com
**Subject:** Re: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

Hi Josh - I am traveling on 10/15.  Are you folks available tomorrow?

> On Oct 13, 2021, at 3:24 PM, Pratt, Joshua <Joshua.Pratt@eog.myflorida.com> wrote:
>
> External E-mail
>
> Dear Elizabeth,
>
>     If it works for you and your team, I propose that we schedule a telephonic Rule 30(b)(6) meet and confer for the afternoon of 10/15/2021 to discuss the matters for examination and the date of deposition.  We have some initial concerns regarding the scope of the subpoena, including matters of potential privilege, but are hopeful that we can work together in good faith to resolve such concerns prior to the deposition of our Rule 30(b)(6) representative.
>
>     We're currently free anytime after 1:00 p.m. on 10/15/2021.
>
> - Sincerely, Josh
>
> - -
> Joshua E. Pratt
> Deputy General Counsel
> Executive Office of the Governor
> 850-717-9267
>
> *Please note that under Florida law correspondence sent to me, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.*

**From:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Sent:** Wednesday, October 13, 2021 8:49 AM
**To:** Pratt, Joshua <Joshua.Pratt@eog.myflorida.com>
**Cc:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Cavataro, Benjamin <BCavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; kromero@latinojustice.org; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>
**Subject:** Re: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

Thanks Josh. The 21st or 22nd would work if the 20th does not.

> On Oct 12, 2021, at 2:35 PM, Pratt, Joshua <Joshua.Pratt@eog.myflorida.com> wrote:
>
> External E-mail
>
> Dear Elizabeth,
>
>    Thanks for asking.  I'll discuss with our team internally and plan on getting back to you by close of business tomorrow.
>
> - Sincerely, Josh
>
> - -
> Joshua E. Pratt
> Deputy General Counsel
> Executive Office of the Governor
> 850-717-9267
>
> *Please note that under Florida law correspondence sent to me, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.*
>
> **From:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
> **Sent:** Tuesday, October 12, 2021 1:05 PM
> **To:** Pratt, Joshua <Joshua.Pratt@eog.myflorida.com>
> **Cc:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Cavataro, Benjamin <BCavataro@cov.com>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>; kromero@latinojustice.org; Meros, Nicholas <Nicholas.Meros@eog.myflorida.com>
> **Subject:** Re: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor
>
> Dear Josh - thanks very much for accepting service.  I wanted to follow up to see if going forward on October 20 is agreeable or if you or the 30(b)(6) representative would prefer a different date.
>
> Many thanks,
> Elisabeth

6

On Oct 6, 2021, at 5:18 PM, Pratt, Joshua <Joshua.Pratt@eog.myflorida.com> wrote:

External E-mail

Dear Elizabeth,

   I hereby confirm receipt of the attached copy of the subpoena and accept service thereof.  Thanks.

- Sincerely, Josh

- -
Joshua E. Pratt
Deputy General Counsel
Executive Office of the Governor
850-717-9267

*Please note that under Florida law correspondence sent to me, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.*

**From:** Uthmeier, James <James.Uthmeier@eog.myflorida.com>
**Sent:** Wednesday, October 6, 2021 5:01 PM
**To:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Cc:** 'Fritz Wermuth' <fwermuth@kbzwlaw.com>; 'Cavataro, Benjamin' <BCavataro@cov.com>; 'Michelle Kanter Cohen' <mkantercohen@fairelectionscenter.org>; kromero@latinojustice.org; Pratt, Joshua <Joshua.Pratt@eog.myflorida.com>
**Subject:** Re: SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

Hi all - I have moved out of the Governor's legal office but am copying Deputy General Counsel Josh Pratt who may be able to help.

Best,
James

Get Outlook for iOS

**From:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Sent:** Wednesday, October 6, 2021 4:55:14 PM
**To:** Uthmeier, James <James.Uthmeier@eog.myflorida.com>
**Cc:** 'Fritz Wermuth' <fwermuth@kbzwlaw.com>; 'Cavataro, Benjamin' <BCavataro@cov.com>; 'Michelle Kanter Cohen' <mkantercohen@fairelectionscenter.org>; kromero@latinojustice.org <kromero@latinojustice.org>
**Subject:** SB 90 Litigation (League of Women Voters et al v. Lee) - Service of Subpoena on Executive Office of the Governor

Mr. Uthmeier,

7

I'm counsel for the Florida Rising Together plaintiffs in the litigation relating to SB 90.  I understand from my colleagues that you are able to accept service of a subpoena to take a deposition under Rule 30(b)(6) of a representative of the Executive Office of the Governor.  I've attached a copy of the subpoena; could you please confirm receipt and that you will accept service?  I have noticed this for October 20, 2021, but we are happy to work with you on a date once you have identified the representative who will testimony.

Regards,
Elisabeth

_____

Elisabeth S. Theodore
Partner

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.5891
Elisabeth.Theodore@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com