# Exhibit F

**From:** Uthmeier, James <James.Uthmeier@eog.myflorida.com>
**Sent:** Monday, September 20, 2021 8:36 AM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>; Kimberly Healy <khealy@kbzwlaw.com>; Pratt, Joshua <Joshua.Pratt@eog.myflorida.com>
**Subject:** Re: Case 4:21-cv-00186-MW-MAF LEAGUE OF WOMEN VOTERS OF FLORIDA INC et al v. LEE et al. (N.D. Fla.) -- Service of Subpoenas
We can accept service by email. Thanks.
Get Outlook for iOS

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Tuesday, September 14, 2021 3:33 PM
**To:** Uthmeier, James
**Cc:** Melissa Hill; Kimberly Healy
**Subject:** RE: Case 4:21-cv-00186-MW-MAF LEAGUE OF WOMEN VOTERS OF FLORIDA INC et al v. LEE et al. (N.D. Fla.) -- Service of Subpoenas
Hi James,
As you may remember, you previously accepted service of document subpoenas in the above-
referenced case. Plaintiffs in the above-referenced case and in consolidated cases challenging SB 90 plan

1

to send one or more subpoenas for deposition to Governor and a person most knowledgeable in the Governor's office regarding SB90. Please let me know if you will accept service for those subpoenas. Thanks.
Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** Uthmeier, James <James.Uthmeier@eog.myflorida.com>
**Sent:** Monday, June 7, 2021 3:07 PM
**To:** Kimberly Healy <khealy@kbzwlaw.com>
**Cc:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** Re: Case 4:21-cv-00186-MW-MAF LEAGUE OF WOMEN VOTERS OF FLORIDA INC et al v. LEE et al. (N.D. Fla.) -- Service of Subpoenas
Hi Kim -
I am happy to accept service of these subpoenas by this email.
Thanks,
James
Get Outlook for iOS

**From:** Kimberly Healy <khealy@kbzwlaw.com>
**Sent:** Friday, June 4, 2021 2:48 PM
**To:** Uthmeier, James
**Cc:** Fritz Wermuth; Melissa Hill
**Subject:** Case 4:21-cv-00186-MW-MAF LEAGUE OF WOMEN VOTERS OF FLORIDA INC et al v. LEE et al. (N.D. Fla.) -- Service of Subpoenas
Dear Mr. Uthmeier:
We represent Plaintiffs in the above-referenced case. I am attaching two subpoenas – one to Governor DeSantis and one to the Executive Office of the Governor.
Are you willing to accept service of these subpoenas in lieu of formal service?
Thank you –
Kim Healy
Kimberly D. Healy
khealy@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law. If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.
Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.