UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LAUREL M. LEE, in her official capacity as Florida Secretary of State, *et al.*, <br><br> Defendants, <br><br> and <br><br> NATIONAL REPUBLICAN SENATORIAL COMMITTEE and REPUBLICAN NATIONAL COMMITTEE, <br><br> Intervenor-Defendants. | Case No.:   4:21-cv-186-MW/MAF <br> 4:21-cv-187-MW/MAF <br> 4:21-cv-201-MW/MAF |

## NOTICE OF FILING RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE NON-PARTIES AFTER THE CLOSE OF FACT DISCOVERY

Pursuant to this Court's Order explaining that "discovery motions . . . should be filed only in the parent case," ECF No. 92 at 2, Defendant Laurel M. Lee, in her official capacity as the Florida Secretary of State, hereby files this notice informing this Court that the Secretary's response in opposition to Plaintiffs' Motion for Leave to Depose Non-Parties after the Close of Fact Discovery, Case Nos. 4:21-cv-187 (ECF No. 265) and 4:21-cv-201 (ECF No. 224), was filed in Case No. 4:21-cv-186 on the date of this

1

notice. This notice is filed in this case in an effort to comply with this Court's instructions in its October 22, 2021 Order. *See* Case No. 4:21-cv-186 (ECF No. 291 at 2 n.1).

Dated: October 29, 2021                  Respectfully submitted:

BRADLEY R. MCVAY (FBN 79034)
General Counsel

Brad.McVay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48302)
Deputy General Counsel
Ashley.Davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127


 */s/Mohammad Jazil*
 Mohammad O. Jazil (FBN: 72556)
 Gary Perko
 Holtzman Vogel Baran Torchinsky &
 Josefiak PLLC
 119 S. Monroe St. Suite 500
 Tallahassee, FL 32301
 mjazil@holtzmanvogel.com
 gperko@holtzmanvogel.com
 Phone No.: (850) 274-1690
 Fax No.: (540) 341-8809

 Phillip M. Gordon (VA Bar: 96521)*
 pgordon@holtzmanvogel.com
 15405 John Marshall Hwy
 Haymarket, VA 20169
 Phone No. (540)341-8808

2

Fax No.: (540) 341-8809
*Admitted *pro hac vice*

*Attorneys for Secretary Laurel M. Lee*

## CERTIFICATE OF SERVICE

I certify that on October 29, 2021, I caused to be served a copy of the foregoing by CM/ECF to all counsel of record. I also certify, that on October 29, 21 I served a copy of the foregoing by electronic mail to all counsel of record in the consolidated cases.

/s/ Mohammad O. Jazil