IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**

    *Plaintiffs*,

v.                                Case No.: 4:21cv186-MW/MAF
                                                        4:21cv187-MW/MAF
                                                        4:21cv201-MW/MAF
                                                        4:21cv242-MW/MAF

**CORD BYRD, et al.,**

    *Defendants.*

_____/

## ORDER FOR REPLY BRIEFS

Plaintiffs' motions for attorneys' fees are pending in each of these four consolidated cases. ECF Nos. 793, 418, 377, and 333. Defendants filed their responses on November 7, 2024. This Court did not previously set a reply deadline, but this Court plans to take these motions under advisement next Wednesday, November 27, 2024. Accordingly, Plaintiffs may file a reply, if any, **on or before Wednesday, November 27, 2024**.

SO ORDERED on November 18, 2024.

                                            s/Mark E. Walker
                                            **Chief United States District Judge**