UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA RISING TOGETHER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, *et al.*,<br><br>        Defendants,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE, and NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br><br>        Intervenor-Defendants. | Case No.   4:21-cv-201-MW/MJF<br><br>Consolidated for trial with:<br><br>Case Nos.   4:21-cv-186-MW/MAF<br>            4:21-cv-187-MW/MAF<br>            4:21-cv-242-MW/MAF |

### NOTICE OF ADDITIONAL CONFERENCE REGARDING *FLORIDA RISING TOGETHER* PLAINTIFFS' MOTION TO DETERMINE THE AMOUNT OF ATTORNEYS' FEES AND EXPENSES

Pursuant to Local Rule 54.1(G), counsel for Plaintiffs Florida Rising Together, Equal Ground Education Fund, Hispanic Federation, Poder Latinx, and UnidosUS (collectively, the "*Florida Rising Together* Plaintiffs" or "Plaintiffs") and counsel for Defendant Cord Byrd, in his official capacity as Florida Secretary of State (collectively, the "Parties") have conferred in a good faith effort to resolve the

dispute over the *Florida Rising Together* Plaintiffs' Motion to Determine the Amount of Attorney's Fees and Expenses (the "Motion").[1] The Parties have not reached any agreement to resolve the Motion on amount.

Respectfully submitted this 21st day of November, 2024.

/s/ Jeremy C. Karpatkin
Jeremy C. Karpatkin
John A. Freedman*
Elisabeth S. Theodore*
Sam I. Ferenc*
Jillian M. Williams*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: 202-942-5000
Jeremy.Karpatkin@arnoldporter.com
John.Freedman@arnoldporter.com
Elisabeth.Theodore@arnoldporter.com
Sam.Ferenc@arnoldporter.com
Jillian.Williams@arnoldporter.com

Jeffrey A. Miller*
Arnold & Porter Kaye Scholer LLP
3000 El Camino Road
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650-319-4500
Jeffrey.Miller@arnoldporter.com

Aaron Stiefel*
Daniel R. Bernstein*
Andrew R. Hirschel*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street

Judith B. Dianis**
John Powers**
Advancement Project
1220 L Street, NW, Suite 850
Washington, DC 20005
Telephone: 202-728-9557
jbrowne@advancementproject.org
jpowers@advancementproject.org

Roni A. Druks
Demos
80 Broad Street
4th Floor
New York, NY 10004
Telephone: 212-633-1405
rdruks@demos.org

Miranda Galino
LatinoJustice, PRLDEF
523 W. Colonial Dr.
Orlando, FL 32804
Telephone: 321-418-6354
mgalindo@latinojustice.org

---

[1] The Court's Order Granting Plaintiffs' Motion to Determine Entitlement to Fees granted entitlement against the Secretary. *See* ECF No. 371 at 12-13.

New York, NY 10019-9710
Telephone: 212-836-8000
Aaron.Stiefel@arnoldporter.com
Daniel.Bernstein@arnoldporter.com
Andrew.Hirschel@arnoldporter.com

*Admitted pro hac vice*
**Pro hac vice application forthcoming*

Counsel for Florida Rising Together Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive notifications.

/s/ *Jeremy C. Karpatkin*
Jeremy C. Karpatkin

*Counsel for Plaintiffs*