## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA RISING TOGETHER, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as<br>Florida Secretary of State, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL<br>COMMITTEE and NATIONAL<br>REPUBLICAN SENATORIAL<br>COMMITTEE,<br>*Intervenor-Defendants.* | No. 4:21-cv-201-MW-MJF |

## NOTICE OF APPEAL

Secretary of State Cord Byrd appeals to the U.S. Court of Appeals for the Eleventh Circuit from the order granting Plaintiffs' motion to determine entitlement to fees, Doc. 371, entered on May 23, 2024, order granting in part and denying in part Plaintiffs' motion to determine fee amount, Doc. 388, and fee judgment, Doc. 389, entered on December 20, 2024.

Dated: January 17, 2025

Respectfully submitted,

Bradley R. McVay (FBN 79034)
  Deputy Secretary of State
Brad.McVay@dos.myflorida.com
Ashley E. Davis (FBN 48032)
  Chief Deputy General Counsel
Ashley.Davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399
Phone: (850) 245-6536
Fax: (850) 245-6127

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
Phone: (850) 270-5938
Fax: (850) 741-1023
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the Secretary*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 17, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil