**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FLORIDA RISING
TOGETHER, et al.,**
     Plaintiff,

v.

                                    Case No.: **4:21-cv-00201-MW-MJF**

**LAUREL M. LEE, et al.,**
     Defendant.
_____/


**JUDGMENT**

Plaintiffs are entitled to judgment against Defendants in the amount of $200,009.75 in attorneys' fees and $2,338.00 in costs, for a total judgment amount of $202,347.75, for which sum let execution rest.


                                      JESSICA J LYUBLANOVITS,
                                      CLERK OF COURT


December 20, 2024                 s/ *Bryston Ford*
DATE                              DEPUTY CLERK