# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA RISING TOGETHER, et al.

       VS                     USDC NO. 4:21-cv-00201-MW-MJF

                                    USCA NO. _____

 LEE, et al.

## TRANSMITTAL OF NOTICE OF APPEAL

       The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee paid.  Date paid: 1/17/2025
Judge/Magistrate Judge appealed from: Mark E. Walker
Court Reporter(s): Megan Hague
Other:

Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

                               JESSICA J. LYUBLANOVITS,
                               CLERK OF COURT

                               By: <u>Bryston Ford</u>
                               Deputy Clerk
                               111 North Adams Street

January 17, 2025                    Tallahassee, Florida 32301

CLOSED,APPEAL,CONSOLIDATED,MEDIATION

## U.S. District Court
## Northern District of Florida (Tallahassee)
## CIVIL DOCKET FOR CASE #: 4:21−cv−00201−MW−MJF

| | |
|---|---|
| FLORIDA RISING TOGETHER et al v. LEE et al | Date Filed: 05/17/2021 |
| Assigned to: CHIEF JUDGE MARK E WALKER | Date Terminated: 12/20/2024 |
| Referred to: MAGISTRATE JUDGE MICHAEL J FRANK | Jury Demand: None |
| Case in other court:  USCA, 22−11145−G | Nature of Suit: 441 Civil Rights: Voting |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

FLORIDA RISING TOGETHER          represented by   **KIRA ROMERO−CRAFT**
DEMOS − NEW YORK NY
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004
212−389−1415
Email: kromero−craft@demos.org
*(Inactive)*
*TERMINATED: 02/14/2023*
*LEAD ATTORNEY*

**SABRINA S KHAN**
ADVANCEMENT PROJECT −
WASHINGTON DC
1220 L STREET NW
SUITE 850
WASHINGTON, DC 20005
202−728−9557
Email: sabrina.khan@splcenter.org
*TERMINATED: 11/02/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**AARON STIEFEL**
ARNOLD & PORTER LLP − NEW
YORK NY
250 WEST 55TH STREET
NEW YORK, NY 10019
212−836−8000
Email: Aaron.Stiefel@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW C CASE**
LATINO JUSTICE PRLDEF − NEW
YORK NY
475 RIVERSIDE DRIVE
SUITE 1901
NEW YORK, NY 10115
212−739−4506
Email: acase@latinojustice.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW RICHARD HIRSCHEL**
1439 MEANDER DRIVE
NAPERVILLE, IL 60565
317−457−1889
Email: andrew.hirschel@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**BRENDA WRIGHT**
DEMOS – NEW YORK NY
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004
646–948–1621
Email: bwright@demos.org
*TERMINATED: 02/14/2023*
*PRO HAC VICE*

**DANIEL ROSS BERNSTEIN**
ARNOLD & PORTER LLP – NEW
YORK NY
250 WEST 55TH STREET
NEW YORK, NY 10019
212–836–8000
Email: daniel.bernstein@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ELISABETH SUSAN THEODORE**
ARNOLD & PORTER LLP –
WASHINGTON DC
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202–942–5545
Fax: 202–942–5000
Email: elisabeth.theodore@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**EMILY MIRANDA GALINDO**
LATINO JUSTICE PRLDEF – TAMPA
FL
3813 HORATIO STREET
APT B
TAMPA, FL 33609
917–209–7834
Email: mgalindo@latinojustice.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ESPERANZA SEGARRA**
DARROW EVERETT LLP – NEW
YORK NY
450 SEVENTH AVENUE
SUITE 1802
NEW YORK, NY 10123
212–335–2090
Fax: 212–335–2091
Email: esegarra@darroweverett.com
*TERMINATED: 11/02/2022*

**ESTEE MEIRA KONOR**
DEMOS – NEW YORK NY
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004
330–806–9163
Email: ekonor@demos.org
*TERMINATED: 04/10/2024*
*PRO HAC VICE*

**FRANCISCA D FAJANA**
NATIONAL CENTER FOR LAW AND

ECONOMIC JUSTICE
275 7TH AVENUE
SUITE 1506
NEW YORK, NY 10001
212–633–6967
Email: FFajana@latinojustice.org
*ATTORNEY TO BE NOTICED*

**JANINE MARIE LOPEZ**
ACLU FOUNDATION OF FLORIDA
INC – MIAMI FL
4343 W FLAGLER STREET
SUITE 400
MIAMI, FL 33134
786–363–2707
Email: janine.lopez@protectdemocracy.org
*TERMINATED: 04/28/2022*

**JEFFREY ANDREW MILLER**
ARNOLD & PORTER LLP – PALO
ALTO CA
3000 EL CAMINO REAL
FIVE PALO ALTO SQUARE
SUITE 500
PALO ALTO, CA 94306–3807
650–319–4538
Email: jeffrey.miller@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JEREMY KARPATKIN**
ARNOLD & PORTER LLP –
WASHINGTON DC
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202–942–5545
Fax: 202–942–5000
Email: jeremy.karpatkin@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**JILLIAN M WILLIAMS**
ARNOLD & PORTER LLP –
WASHINGTON DC
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202–942–5545
Fax: 202–942–5000
Email: jillian.williams@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
ARNOLD & PORTER LLP –
WASHINGTON DC
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202–942–5545
Fax: 202–942–5000
Email: john.freedman@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**LESLIE CLAIRE BAILEY**
ARNOLD & PORTER LLP –
WASHINGTON DC

601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202–942–5545
Fax: 202–942–5000
Email: lbailey@cov.com
*TERMINATED: 04/12/2022*

**RONI ADA DRUKS**
DEMOS – NEW YORK NY
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004
212–633–1405
Email: rdruks@demos.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**RYAN D BUDHU**
ARNOLD & PORTER LLP – NEW
YORK NY
250 WEST 55TH STREET
NEW YORK, NY 10019
212–836–8000
Email: ryan.budhu@usdoj.gov
*TERMINATED: 05/26/2023*

**SAMUEL ISAAC FERENC**
ARNOLD & PORTER LLP –
WASHINGTON DC
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202–942–5545
Fax: 202–942–5000
Email: sam.ferenc@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SHARION TRENELL SCOTT**
ADVANCEMENT PROJECT
NATIONAL OFFICE
1220 L STREET NW
SUITE 850
WASHINGTON, DC 20005
202–728–9557
Email: sscott@advancementproject.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UNIDOSUS**                    represented by  **AARON STIEFEL**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW C CASE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW RICHARD HIRSCHEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENDA WRIGHT**
(See above for address)

*TERMINATED: 02/14/2023*
*PRO HAC VICE*

**DANIEL ROSS BERNSTEIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ELISABETH SUSAN THEODORE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**EMILY MIRANDA GALINDO**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ESPERANZA SEGARRA**
(See above for address)
*TERMINATED: 11/02/2022*

**ESTEE MEIRA KONOR**
(See above for address)
*TERMINATED: 04/10/2024*
*PRO HAC VICE*

**FRANCISCA D FAJANA**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 04/28/2022*

**JEFFREY ANDREW MILLER**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JILLIAN M WILLIAMS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**LESLIE CLAIRE BAILEY**
(See above for address)
*TERMINATED: 04/12/2022*

**RONI ADA DRUKS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**RYAN D BUDHU**

(See above for address)
*TERMINATED: 05/26/2023*

**SAMUEL ISAAC FERENC**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SHARION TRENELL SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIRA ROMERO–CRAFT**
(See above for address)
*TERMINATED: 02/14/2023*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EQUAL GROUND EDUCATION FUND**                represented by                **KIRA ROMERO–CRAFT**
(See above for address)
*TERMINATED: 02/14/2023*
*LEAD ATTORNEY*

**AARON STIEFEL**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW C CASE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW RICHARD HIRSCHEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENDA WRIGHT**
(See above for address)
*TERMINATED: 02/14/2023*
*PRO HAC VICE*

**DANIEL ROSS BERNSTEIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ELISABETH SUSAN THEODORE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**EMILY MIRANDA GALINDO**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ESPERANZA SEGARRA**
(See above for address)
*TERMINATED: 11/02/2022*
*ATTORNEY TO BE NOTICED*

**ESTEE MEIRA KONOR**
(See above for address)

*TERMINATED: 04/10/2024*
*PRO HAC VICE*

**FRANCISCA D FAJANA**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 04/28/2022*

**JEFFREY ANDREW MILLER**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JILLIAN M WILLIAMS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**LESLIE CLAIRE BAILEY**
(See above for address)
*TERMINATED: 04/12/2022*

**RONI ADA DRUKS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**RYAN D BUDHU**
(See above for address)
*TERMINATED: 05/26/2023*

**SAMUEL ISAAC FERENC**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SHARION TRENELL SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FAITH IN FLORIDA**
*TERMINATED: 10/29/2021*

represented by **KIRA ROMERO–CRAFT**
(See above for address)
*TERMINATED: 02/14/2023*
*LEAD ATTORNEY*

**AARON STIEFEL**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW C CASE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW RICHARD HIRSCHEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENDA WRIGHT**
(See above for address)
*TERMINATED: 02/14/2023*
*PRO HAC VICE*

**DANIEL ROSS BERNSTEIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ELISABETH SUSAN THEODORE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**EMILY MIRANDA GALINDO**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ESPERANZA SEGARRA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ESTEE MEIRA KONOR**
(See above for address)
*TERMINATED: 04/10/2024*
*PRO HAC VICE*

**FRANCISCA D FAJANA**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 04/28/2022*

**JEFFREY ANDREW MILLER**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**LESLIE CLAIRE BAILEY**
(See above for address)
*TERMINATED: 04/12/2022*

**RYAN D BUDHU**
(See above for address)
*TERMINATED: 05/26/2023*

**SAMUEL ISAAC FERENC**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SHARION TRENELL SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HISPANIC FEDERATION**                    represented by    **KIRA ROMERO–CRAFT**
(See above for address)
*TERMINATED: 02/14/2023*
*LEAD ATTORNEY*

**AARON STIEFEL**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW C CASE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW RICHARD HIRSCHEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENDA WRIGHT**
(See above for address)
*TERMINATED: 02/14/2023*
*PRO HAC VICE*

**DANIEL ROSS BERNSTEIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ELISABETH SUSAN THEODORE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**EMILY MIRANDA GALINDO**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ESPERANZA SEGARRA**
(See above for address)
*TERMINATED: 11/02/2022*

**ESTEE MEIRA KONOR**
(See above for address)
*TERMINATED: 04/10/2024*
*PRO HAC VICE*

**FRANCISCA D FAJANA**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 04/28/2022*

**JEFFREY ANDREW MILLER**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JILLIAN M WILLIAMS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**LESLIE CLAIRE BAILEY**
(See above for address)
*TERMINATED: 04/12/2022*

**RONI ADA DRUKS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**RYAN D BUDHU**
(See above for address)
*TERMINATED: 05/26/2023*

**SAMUEL ISAAC FERENC**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SHARION TRENELL SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PODER LATINX**                    represented by    **KIRA ROMERO–CRAFT**
(See above for address)
*TERMINATED: 02/14/2023*
*LEAD ATTORNEY*

**AARON STIEFEL**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW C CASE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW RICHARD HIRSCHEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENDA WRIGHT**
(See above for address)
*TERMINATED: 02/14/2023*
*PRO HAC VICE*

**DANIEL ROSS BERNSTEIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ELISABETH SUSAN THEODORE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**EMILY MIRANDA GALINDO**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ESPERANZA SEGARRA**
(See above for address)
*TERMINATED: 11/02/2022*

**ESTEE MEIRA KONOR**
(See above for address)
*TERMINATED: 04/10/2024*
*PRO HAC VICE*

**FRANCISCA D FAJANA**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 04/28/2022*

**JEFFREY ANDREW MILLER**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JILLIAN M WILLIAMS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**LESLIE CLAIRE BAILEY**
(See above for address)
*TERMINATED: 04/12/2022*

**RONI ADA DRUKS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**RYAN D BUDHU**
(See above for address)
*TERMINATED: 05/26/2023*

**SAMUEL ISAAC FERENC**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SHARION TRENELL SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HAITIAN NEIGHBORHOOD**           represented by   **AARON STIEFEL**
**CENTER SANT LA**                                  (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

**ANDREW C CASE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW RICHARD HIRSCHEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENDA WRIGHT**
(See above for address)
*TERMINATED: 02/14/2023*
*PRO HAC VICE*

**DANIEL ROSS BERNSTEIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ELISABETH SUSAN THEODORE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**EMILY MIRANDA GALINDO**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ESPERANZA SEGARRA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANCISCA D FAJANA**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 04/28/2022*

**JEFFREY ANDREW MILLER**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JEREMY KARPATKIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**KIRA ROMERO–CRAFT**
(See above for address)
*TERMINATED: 02/14/2023*

**LESLIE CLAIRE BAILEY**
(See above for address)
*TERMINATED: 04/12/2022*

**RYAN D BUDHU**
(See above for address)
*TERMINATED: 05/26/2023*

**SAMUEL ISAAC FERENC**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SHARION TRENELL SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MI FAMILIA VOTA EDUCATION FUND**                 represented by   **AARON STIEFEL**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW C CASE**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ANDREW RICHARD HIRSCHEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENDA WRIGHT**
(See above for address)
*TERMINATED: 02/14/2023*
*PRO HAC VICE*

**DANIEL ROSS BERNSTEIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ELISABETH SUSAN THEODORE**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**EMILY MIRANDA GALINDO**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ESPERANZA SEGARRA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANCISCA D FAJANA**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 04/28/2022*

**JEFFREY ANDREW MILLER**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JEREMY KARPATKIN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**KIRA ROMERO–CRAFT**
(See above for address)
*TERMINATED: 02/14/2023*

**LESLIE CLAIRE BAILEY**
(See above for address)
*TERMINATED: 04/12/2022*

**RYAN D BUDHU**
(See above for address)
*TERMINATED: 05/26/2023*

**SAMUEL ISAAC FERENC**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SHARION TRENELL SCOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LAUREL M LEE**                    represented by    **ASHLEY E DAVIS**
                                                      FLORIDA DEPARTMENT OF STATE
                                                      RA GRAY BUILDING
                                                      500 SOUTH BRONOUGH STREET

SUITE 100
TALLAHASSEE, FL 32399
850–245–6531
Email: ashley.davis@dos.fl.gov
*ATTORNEY TO BE NOTICED*

**BRADLEY ROBERT MCVAY**
FLORIDA DEPARTMENT OF STATE
OFFICE OF GENERAL COUNSEL
500 S BRONOUGH STREET
TALLAHASSEE, FL 32399
352–219–5195
Email: brad.mcvay@dos.myflorida.com
*ATTORNEY TO BE NOTICED*

**COLLEEN E O'BRIEN**
FLORIDA DEPARTMENT OF STATE
500 S BRONOUGH STREET
SUITE 100
TALLAHASSEE, FL 32399
850–245–6519
Email: cobrien@votehillsborough.gov
*ATTORNEY TO BE NOTICED*

**DALLIN B HOLT**
HOLTZMAN VOGEL BARAN ET AL
–PHOENIX AZ
2555 EAST CAMELBACK ROAD
SUITE 700
PHOENIX, AZ 85016
602–388–1262
Email: dholt@holtzmanvogel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
HOLTZMAN VOGEL BARAN ET AL –
TALLAHASSEE FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850–391–0502
Email: gperko@HoltzmanVogel.com
*ATTORNEY TO BE NOTICED*

**JOHN J CYCON**
HOLTZMAN VOGEL BARAN ET AL –
HAYMARKET VA
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169
540–341–8808
Email: jcycon@holtzmanvogel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**KENNETH CLARK DAINES**
HOLTZMAN VOGEL BARAN ET AL –
HAYMARKET VA
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169
540–341–8808
Email: kdaines@holtzmanvogel.com
*TERMINATED: 09/20/2024*
*PRO HAC VICE*

**MOHAMMAD OMAR JAZIL**
HOLTZMAN VOGEL BARAN ET AL –
TALLAHASSEE FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850–391–0503
Email: mjazil@holtzmanvogel.com
*ATTORNEY TO BE NOTICED*

**PHILLIP MICHAEL GORDON**
NAMAN HOWELL SMITH & LEE –
WACO TX
400 AUSTIN AVENUE
SUITE 800
WACO, TX 76701
254–755–4100
Email: pgordon@namanhowell.com
*ATTORNEY TO BE NOTICED*

**WILLIAM DAVID CHAPPELL**
FLORIDA DEPARTMENT OF
EDUCATION
CAPITAL COLLATERAL APPEALS
325 W GAINES STREET
TALLAHASSEE, FL 32399
850–245–0442
Email: david.chappell@fldoe.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**CRAIG LATIMER**                represented by   **STEPHEN MARK TODD**
OFFICE OF THE COUNTY ATTORNEY
HILLSBOROUGH COUNTY
601 E KENNEDY BLVD
27TH FLOOR
TAMPA, FL 33602
813–272–5670
Fax: 813–272–5758
Email: ToddS@hcfl.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARY JANE ARRINGTON**         represented by   **JOHN T LAVIA , III**
GARDNER BIST BOWDEN ET AL –
TALLAHASSEE FL
1300 THOMASWOOD DR
TALLAHASSEE, FL 32308
850–385–0070
Fax: 850–385–5416
Email: jlavia@gbwlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RONALD A LABASKY**
9023 EAGLES RIDGE DRIVE
TALLAHASSEE, FL 32312
850–566–2396
Fax: 850–385–5416
Email: ronlabasky@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**PENNY OGG**                          represented by  **FRANK MICHAEL MARI**
                                                       TESSITORE MARI PLLC – LAKE
                                                       MARY FL
                                                       1485 INTERNATIONAL PARKWAY
                                                       SUITE 2031
                                                       LAKE MARY, FL 32746
                                                       321–363–1634
                                                       Email: fmari@tessmari.com
                                                       *ATTORNEY TO BE NOTICED*

                                                       **JOHN M JANOUSEK**
                                                       ROPER TOWNSEND & SUTPHEN –
                                                       ORLANDO FL
                                                       255 S ORANGE AVENUE
                                                       SUITE 750
                                                       ORLANDO, FL 32801
                                                       407–897–5150
                                                       Email: jjanouse@travelers.com
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**SHIRLEY G KNIGHT**                   represented by  **EDWARD PAUL CUFFE**
                                                       MARKS GRAY PA – JACKSONVILLE
                                                       FL
                                                       1200 RIVERPLACE BLVD
                                                       STE 800
                                                       JACKSONVILLE, FL 32207
                                                       904–807–2110
                                                       Email: pcuffe@mcguirewoods.com
                                                       *TERMINATED: 06/01/2022*
                                                       *LEAD ATTORNEY*

                                                       **SUSAN SMITH ERDELYI**
                                                       MARKS GRAY PA – JACKSONVILLE
                                                       FL
                                                       1200 RIVERPLACE BLVD
                                                       STE 800
                                                       JACKSONVILLE, FL 32207
                                                       904–398–0900
                                                       Fax: 904–399–8440
                                                       Email: serdelyi@marksgray.com
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**KIM A BARTON**                       represented by  **DIANA MASTERS JOHNSON**
                                                       ALACHUA COUNTY ATTORNEYS
                                                       OFFICE
                                                       12 SE 1ST STREET
                                                       GAINESVILLE, FL 32601
                                                       352–374–5218
                                                       Fax: 352–374–5216
                                                       Email: dmjohnson@alachuacounty.us
                                                       *TERMINATED: 11/25/2024*

                                                       **ROBERT CHARLES SWAIN**
                                                       ALACHUA COUNTY ATTORNEY'S
                                                       OFFICE
                                                       12 SE FIRST ST
                                                       PO BOX 2877
                                                       GAINESVILLE, FL 32602
                                                       352–374–5218
                                                       Email: bswain@alachuacounty.us
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**CHRIS MILTON**                    represented by   **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARK ANDERSEN**                    represented by   **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMANDA SEYFANG**                    represented by   **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LORI A SCOTT**                    represented by   **FRANK MICHAEL MARI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN M JANOUSEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOE SCOTT**                    represented by   **BENJAMIN SALZILLO**
BROWARD COUNTY ATTORNEYS
OFFICE – FORT LAUDERDALE FL
115 S ANDREWS AVE
STE 423
FORT LAUDERDALE, FL 33301
561–245–0360
Email: bsalzillo@broward.org
*ATTORNEY TO BE NOTICED*

**BRENDALYN EDWARDS**
BROWARD COUNTY ATTORNEY'S
OFFICE
115 S ANDREWS AVENUE
SUITE 423
FORT LAUDERDALE, FL 33301
954–357–7600
Fax: 954–357–7641
Email: brendalynedwards@gmail.com
*ATTORNEY TO BE NOTICED*

**JOSEPH K JARONE**
BROWARD COUNTY ATTORNEY
115 S ANDREWS AVENUE
RM 423
FORT LAUDERDALE, FL 33301
954–357–7600
Fax: 954–347–7641
Email: jkjarone@broward.org
*ATTORNEY TO BE NOTICED*

**NATHANIEL ADAM KLITSBERG**
BROWARD COUNTY ATTORNEYS
OFFICE – FORT LAUDERDALE FL
115 S ANDREWS AVE
STE 423
FORT LAUDERDALE, FL 33301
954–357–7600
Fax: 954–357–7641
Email: nklitsberg@broward.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**SHARON CHASON**                    represented by **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAUL STAMOULIS**                   represented by **ANDY V BARDOS**
GRAYROBINSON PA –
TALLAHASSEE FL
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301
850–577–9090
Fax: 850–577–3311
Email: andy.bardos@gray–robinson.com
*ATTORNEY TO BE NOTICED*

**JAMES TIMOTHY MOORE , JR**
GRAYROBINSON PA –
TALLAHASSEE FL
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301
850–577–9090
Fax: 850–577–3311
Email: tim.moore@gray–robinson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MAUREEN BAIRD**                    represented by **DALE A SCOTT**
TESSITORE MARI SCOTT PLLC –
LAKE MARY FL
1485 INTERNATIONAL PARKWAY
SUITE 2031
LAKE MARY, FL 32746–5352
321–363–1634
Email: dscott@tessmari.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHRIS H CHAMBLESS**                    represented by    **JOHN T LAVIA , III**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **RONALD A LABASKY**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**JENNIFER J EDWARDS**                   represented by    **ANDY V BARDOS**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **JAMES TIMOTHY MOORE , JR**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**TOMI S BROWN**                         represented by    **EDWARD PAUL CUFFE**
                                                           (See above for address)
                                                           *TERMINATED: 06/01/2022*
                                                           *LEAD ATTORNEY*

                                                           **SUSAN SMITH ERDELYI**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**MARK F NEGLEY**                        represented by    **FRANK MICHAEL MARI**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **JOHN M JANOUSEK**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**STARLET CANNON**                       represented by    **EDWARD PAUL CUFFE**
                                                           (See above for address)
                                                           *TERMINATED: 06/01/2022*
                                                           *LEAD ATTORNEY*

                                                           **SUSAN SMITH ERDELYI**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**MIKE HOGAN**                           represented by    **MARY MARGARET GIANNINI**
                                                           CITY OF JACKSONVILLE
                                                           OFFICE OF GENERAL COUNSEL
                                                           117 W DUVAL STREET
                                                           SUITE 480
                                                           JACKSONVILLE, FL 32202
                                                           904–255–5079
                                                           Email: mmgiannini@coj.net
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **CRAIG DENNIS FEISER**

FLORIDA VIRTUAL SCHOOL
OFFICE OF GENERAL COUNSEL
5422 CARRIER DRIVE
SUITE 201
ORLANDO, FL 32819
689–339–3883
Email: cfeiser@flvs.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID H STAFFORD**               represented by   **KIA M GOLDSMITH**
CLARK PARTINGTON – PENSACOLA
FL
125 E INTENDENCIA STREET
PENSACOLA, FL 32502
850–434–9200
Fax: 850–432–7340
Email: kjohnson@clarkpartington.com
*ATTORNEY TO BE NOTICED*

**MATTHEW REED SHAUD**
ESCAMBIA COUNTY ATTORNEYS
OFFICE – PENSACOLA FL
221 PALAFOX PLACE
SUITE 430
PENSACOLA, FL 32502
850–595–4970
Email: mshaud@ngnlaw.com
*TERMINATED: 10/31/2022*

**WILLIAM LOWELL NELSON , III**
ESCAMBIA COUNTY ATTORNEYS
OFFICE – PENSACOLA FL
221 PALAFOX PLACE
SUITE 430
PENSACOLA, FL 32502
850–595–4970
Email: wlnelson@myescambia.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**KAITI LENHART**                  represented by   **FRANK MICHAEL MARI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN M JANOUSEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HEATHER RILEY**                  represented by   **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CONNIE SANCHEZ**                 represented by   **FRANK MICHAEL MARI**
(See above for address)

*ATTORNEY TO BE NOTICED*

**JOHN M JANOUSEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**ALETRIS FARNAM**                represented by   **GERALDO FRANCIS OLIVO , III**
HENDERSON FRANKLIN STARNES
ETC – FORT MYERS FL
1715 MONROE ST [33901]
PO BOX 280
FORT MYERS, FL 33902
239–344–1168
Email: jerry.olivo@henlaw.com
*ATTORNEY TO BE NOTICED*

**ROBERT C SHEARMAN**
SHEAR MEDIATION LLC – FORT
MYERS FL
410 KEENAN AVENUE
FORT MYERS, FL 33919
239–841–9240
Email: robert.shearman@henlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**JOHN HANLON**                represented by   **FRANK MICHAEL MARI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN M JANOUSEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**LAURA HUTTO**                represented by   **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**DIANE SMITH**                represented by   **GERALDO FRANCIS OLIVO , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C SHEARMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**BRENDA HOOTS**                represented by   **GERALDO FRANCIS OLIVO , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C SHEARMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SHIRLEY ANDERSON**                    represented by  **JON A JOUBEN**
                                                        HERNANDO COUNTY
                                                        20 N MAIN STREET
                                                        SUITE 462
                                                        BROOKESVILLE, FL 34601–2850
                                                        351–754–4122
                                                        Fax: 352–754–4001
                                                        Email: jjouben@co.hernando.fl.us
                                                        *ATTORNEY TO BE NOTICED*

                                                        **KYLE J BENDA**
                                                        HERNANDO COUNTY ATTORNEYS
                                                        OFFICE
                                                        20 N MAIN ST
                                                        STE 462
                                                        BROOKSVILLE, FL 34601–2850
                                                        352–754–4122
                                                        Email: kbenda@co.hernando.fl.us
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**THERISA MEADOWS**                     represented by  **GERALDO FRANCIS OLIVO , III**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **ROBERT C SHEARMAN**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**LESLIE SWAN**                         represented by  **ANDY V BARDOS**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **JAMES TIMOTHY MOORE , JR**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**CAROL DUNAWAY**                       represented by  **EDWARD PAUL CUFFE**
                                                        (See above for address)
                                                        *TERMINATED: 06/01/2022*
                                                        *LEAD ATTORNEY*

                                                        **SUSAN SMITH ERDELYI**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**MARTY BISHOP**                        represented by  **FRANK MICHAEL MARI**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **JOHN M JANOUSEK**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**TRAVIS HART**                         represented by  **EDWARD PAUL CUFFE**
                                                        (See above for address)

*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

ALAN HAYS                                    represented by  **ANDY V BARDOS**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **JAMES TIMOTHY MOORE , JR**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

TOMMY DOYLE                                  represented by  **ANDY V BARDOS**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **JAMES TIMOTHY MOORE , JR**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

MARK EARLEY                                  represented by  **PATRICK SCOTT O'BRYANT**
                                                             MESSER CAPARELLO & SELF PA –
                                                             TALLAHASSEE FL
                                                             2618 CENTENNIAL PL
                                                             TALLAHASSEE, FL 32308
                                                             850–553–3469
                                                             Email: pobryant@lawfla.com
                                                             *LEAD ATTORNEY*

                                                             **MARK HERRON**
                                                             MESSER CAPARELLO & SELF PA –
                                                             TALLAHASSEE FL
                                                             2618 CENTENNIAL PL
                                                             TALLAHASSEE, FL 32308
                                                             850–222–0720
                                                             Fax: 850–224–4359
                                                             Email: mherron@lawfla.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **SUMMER DENAY BROWN**
                                                             MESSER CAPARELLO & SELF PA –
                                                             TALLAHASSEE FL
                                                             2618 CENTENNIAL PL
                                                             TALLAHASSEE, FL 32308
                                                             850–425–5209
                                                             Fax: 850–558–0657
                                                             Email: dbrown@lawfla.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

TAMMY JONES                                  represented by  **GERALDO FRANCIS OLIVO , III**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **ROBERT C SHEARMAN**
                                                             (See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**
**GRANT CONYERS**                represented by    **EDWARD PAUL CUFFE**
                                                   (See above for address)
                                                   *TERMINATED: 06/01/2022*
                                                   *LEAD ATTORNEY*

                                                   **SUSAN SMITH ERDELYI**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**
**HEATH DRIGGERS**               represented by    **FRANK MICHAEL MARI**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **JOHN M JANOUSEK**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**
**MICHAEL BENNETT**              represented by    **ANDY V BARDOS**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **JAMES TIMOTHY MOORE , JR**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**
**WESLEY WILCOX**                represented by    **ANDY V BARDOS**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **JAMES TIMOTHY MOORE , JR**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**
**VICKI DAVIS**                  represented by    **RONALD A LABASKY**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**
**CHRISTINA WHITE**              represented by    **MICHAEL BENY VALDES**
                                                   MIAMI–DADE COUNTY ATTORNEYS
                                                   OFFICE
                                                   111 NW FIRST STREET
                                                   SUITE 2810
                                                   MIAMI, FL 33128
                                                   305–375–5620
                                                   Fax: 305–375–5634
                                                   Email: michael.valdes@miamidade.gov
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**
**JOYCE GRIFFIN**                represented by    **ANDY V BARDOS**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**JAMES TIMOTHY MOORE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JANET H ADKINS**              represented by    **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAUL A LUX**                 represented by    **ELIZABETH DESLOGE ELLIS**
NABORS GIBLIN & NICKERSON PA –
TALLAHASSEE FL
1500 MAHAN DR STE 200
TALLAHASSEE, FL 32308
850–224–4070
Email: lellis@stearnsweaver.com
*TERMINATED: 03/20/2023*

**GREGORY THOMAS STEWART**
NABORS GIBLIN & NICKERSON PA –
TALLAHASSEE FL
1500 MAHAN DR STE 200
TALLAHASSEE, FL 32308
850–224–4070
Fax: 850–224–4073
Email: gstewart@ngn–tally.com
*ATTORNEY TO BE NOTICED*

**KIRSTEN H MOOD**
NABORS GIBLIN & NICKERSON PA –
TALLAHASSEE FL
1500 MAHAN DR STE 200
TALLAHASSEE, FL 32308
850–224–4070
Email: kmood@ngnlaw.com
*ATTORNEY TO BE NOTICED*

**MATTHEW REED SHAUD**
NABORS GIBLIN & NICKERSON PA –
TALLAHASSEE FL
1500 MAHAN DR STE 200
TALLAHASSEE, FL 32308
850–224–4070
Fax: 850–224–4073
Email: mshaud@ngnlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MELISSA ARNOLD**             represented by    **GERALDO FRANCIS OLIVO , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C SHEARMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BILL COWLES**                     represented by   **NICHOLAS ARI SHANNIN**
                                                     SHANNIN LAW FIRM PA – ORLANDO
                                                     FL
                                                     214 EAST LUCERNE CIRCLE
                                                     SUITE 200
                                                     ORLANDO, FL 32801
                                                     407–985–2222
                                                     Email: nshannin@shanninlaw.com
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**WENDY LINK**

**Defendant**

**BRIAN CORLEY**                    represented by   **ANDY V BARDOS**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **JAMES TIMOTHY MOORE , JR**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**JULIE MARCUS**                    represented by   **KELLY LYNN VICARI**
                                                     PINELLAS COUNTY ATTORNEYS
                                                     OFFICE
                                                     315 COURT STREET
                                                     6TH FLOOR
                                                     CLEARWATER, FL 33756
                                                     727–464–3354
                                                     Email: kvicari@pinellascounty.org
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**LORI EDWARDS**                    represented by   **JOHN T LAVIA , III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **RONALD A LABASKY**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**CHARLES OVERTURF**                represented by   **EDWARD PAUL CUFFE**
                                                     (See above for address)
                                                     *TERMINATED: 06/01/2022*
                                                     *LEAD ATTORNEY*

                                                     **SUSAN SMITH ERDELYI**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**TAPPIE A VILLANE**                represented by   **EDWARD PAUL CUFFE**
                                                     (See above for address)
                                                     *TERMINATED: 06/01/2022*
                                                     *LEAD ATTORNEY*

                                                     **SUSAN SMITH ERDELYI**
                                                     (See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**RON TURNER**                    represented by **MORGAN RAY BENTLEY**
BENTLEY & BRUNING PA –
SARASOTA FL
783 SOUTH ORANGE AVENUE
SUITE 300
ASARASOTA, FL 34236
941–556–9030
Email: mbentley@bentleyandbruning.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHRISTOPHER ANDERSON**           represented by **ANDY V BARDOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES TIMOTHY MOORE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VICKY OAKES**                    represented by **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GERTRUDE WALKER**                represented by **JOHN T LAVIA , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RONALD A LABASKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM KEEN**                   represented by **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JENNIFER M KINSEY**              represented by **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DANA SOUTHERLAND**                 represented by   **EDWARD PAUL CUFFE**
                                                     (See above for address)
                                                     *TERMINATED: 06/01/2022*
                                                     *LEAD ATTORNEY*

                                                     **SUSAN SMITH ERDELYI**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**DEBORAH OSBORNE**                  represented by   **EDWARD PAUL CUFFE**
                                                     (See above for address)
                                                     *TERMINATED: 06/01/2022*
                                                     *LEAD ATTORNEY*

                                                     **SUSAN SMITH ERDELYI**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**LISA LEWIS**                       represented by   **WILLIAM KEVIN BLEDSOE**
                                                     COUNTY OF VOLUSIA
                                                     123 WEST INDIANA AVENUE
                                                     ROOM 301
                                                     DELAND, FL 32720
                                                     386–736–5950
                                                     Fax: 386–736–5990
                                                     Email: kbledsoe@volusia.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **LONDON LEE OTT**
                                                     CITY OF ORLANDO
                                                     400 S ORANGE AVE
                                                     3RD FLOOR
                                                     ORLANDO, FL 32801
                                                     407–246–2295
                                                     Fax: 407–246–2854
                                                     Email: london.ott@orlando.gov
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**JOSEPH MORGAN**                    represented by   **EDWARD PAUL CUFFE**
                                                     (See above for address)
                                                     *TERMINATED: 06/01/2022*
                                                     *LEAD ATTORNEY*

                                                     **SUSAN SMITH ERDELYI**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**BOBBY BEASLEY**                    represented by   **EDWARD PAUL CUFFE**
                                                     (See above for address)
                                                     *TERMINATED: 06/01/2022*
                                                     *LEAD ATTORNEY*

                                                     **SUSAN SMITH ERDELYI**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**CAROL FINCH RUDD**                  represented by  **EDWARD PAUL CUFFE**
(See above for address)
*TERMINATED: 06/01/2022*
*LEAD ATTORNEY*

**SUSAN SMITH ERDELYI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GOVERNOR OF FLORIDA**              represented by  **MOHAMMAD OMAR JAZIL**
HOLTZMAN VOGEL – TALLAHASSEE
FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850–391–0503
Email: mjazil@holtzmanvogel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CORD BYRD**                        represented by  **MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**REPUBLICAN NATIONAL**              represented by  **BENJAMIN J GIBSON**
**COMMITTEE**                                         SHUTTS & BOWEN LLP –
TALLAHASSEE FL
215 S MONROE ST – STE 804
TALLAHASSEE, FL 32301
850–241–1720
Fax: 850–241–1718
Email: bgibson@shutts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CAMERON THOMAS NORRIS**
CONSOVOY MCCARTHY PLLC –
ARLINGTON VA
1600 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22209
703–243–9423
Email: cam@consovoymccarthy.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**GEORGE N MEROS , JR**
SHUTTS & BOWEN LLP –
TALLAHASSEE FL
215 S MONROE ST – STE 804
TALLAHASSEE, FL 32301
850–241–1717
Fax: 850–241–1716
Email: gmeros@shutts.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEVEN CHRISTOPHER BEGAKIS**
CONSOVOY MCCARTHY PLLC –
ARLINGTON VA
1600 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22209
703–243–9423
Email: steven@consovoymccarthy.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**TYLER R GREEN**
CONSOVOY MCCARTHY PLLC –
SALT LAKE CITY UT
222 S MAIN STREET
5TH FLOOR
SALT LAKE CITY, UT 84101
703–243–9423
Email: tyler@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AMBER S NUNNALLY**
SHUTTS & BOWEN LLP –
TALLAHASSEE FL
215 S MONROE ST – STE 804
TALLAHASSEE, FL 32301
850–241–1717
Email: anunnally@shutts.com
*TERMINATED: 01/13/2023*

**DANIEL ELDEN NORDBY**
SHUTTS & BOWEN LLP –
TALLAHASSEE FL
215 S MONROE ST – STE 804
TALLAHASSEE, FL 32301
850–241–1720
Email: dnordby@shutts.com
*ATTORNEY TO BE NOTICED*

**DANIEL JOSEPH SHAPIRO**
CONSOVOY MCCARTHY PLLC –
ARLINGTON VA
1600 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22209
727–504–8994
Email: daniel@consovoymccarthy.com
*TERMINATED: 06/24/2022*

**FRANK A ZACHERL**
SHUTTS & BOWEN LLP – MIAMI FL
200 S BISCAYNE BLVD
SUITE 4100
MIAMI, FL 33131
Email: FZacherl@shutts.com
*ATTORNEY TO BE NOTICED*

**TARA R PRICE**
SHUTTS & BOWEN LLP –
TALLAHASSEE FL

215 S MONROE ST – STE 804
TALLAHASSEE, FL 32301
850–241–1734
Email: tprice@shutts.com
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**NATIONAL REPUBLICAN**                represented by    **BENJAMIN J GIBSON**
**SENATORIAL COMMITTEE**                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **CAMERON THOMAS NORRIS**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **GEORGE N MEROS , JR**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **STEVEN CHRISTOPHER BEGAKIS**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **TYLER R GREEN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **AMBER S NUNNALLY**
                                                         (See above for address)
                                                         *TERMINATED: 01/13/2023*

                                                         **DANIEL ELDEN NORDBY**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **DANIEL JOSEPH SHAPIRO**
                                                         (See above for address)
                                                         *TERMINATED: 06/24/2022*

                                                         **FRANK A ZACHERL**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **TARA R PRICE**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**District of Columbia**                represented by    **ADAM J TUETKEN**
                                                         OFFICE OF THE ATTORNEY
                                                         GENERAL
                                                         WASHINGTON DC
                                                         400 6TH STREET NW
                                                         SUITE 8100
                                                         WASHINGTON, DC 20009
                                                         202–735–7474
                                                         Email: adam.tuetken@dc.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2021 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC–6095790.), filed by Poder Latinx, Equal Ground Education Fund, UNIDOSUS, FAITH IN FLORIDA, Florida Rising Together, HISPANIC FEDERATION. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit Summons to Lee, # 3 Exhibit Summons to Knight, # 4 Exhibit Summons to Arrington, # 5 Exhibit Summons to Ogg, # 6 Exhibit Summons to Latimer) (ROMERO–CRAFT, KIRA) (Entered: 05/17/2021) |
| 05/18/2021 | 2 | DOCKET ANNOTATION BY COURT: – TO ATTORNEY KIRA ROMERO–CRAFT – re: 1 Complaint. In this District, party names (including aliases) are to be added using all caps and no punctuation. (See "Style Guide for Electronic Case Filing," available on Clerk's website.) The party names will be corrected by the clerk. Further, counsel is advised by this entry, that a Civil Cover Sheet must be filed as a separate entry using the event selection "Civil Cover Sheet" which is found under "Other Filings" under "Other Documents". PLEASE RE–FILE THE CIVIL COVER SHEET. (cle) (Entered: 05/18/2021) |
| 05/18/2021 | 3 | CIVIL COVER SHEET. (ROMERO–CRAFT, KIRA) (Entered: 05/18/2021) |
| 05/18/2021 | 4 | NOTICE of Related Cases by Equal Ground Education Fund, FAITH IN FLORIDA, Florida Rising Together, HISPANIC FEDERATION, Poder Latinx, UNIDOSUS (ROMERO–CRAFT, KIRA) (Entered: 05/18/2021) |
| 05/18/2021 | 5 | Corporate Disclosure Statement/Certificate of Interested Persons by Equal Ground Education Fund, UNIDOSUS. (ROMERO–CRAFT, KIRA) (Entered: 05/18/2021) |
| 05/18/2021 | 6 | Corporate Disclosure Statement/Certificate of Interested Persons by FAITH IN FLORIDA. (ROMERO–CRAFT, KIRA) (Entered: 05/18/2021) |
| 05/18/2021 | 7 | Corporate Disclosure Statement/Certificate of Interested Persons by Florida Rising Together. (ROMERO–CRAFT, KIRA) (Entered: 05/18/2021) |
| 05/18/2021 | 8 | Corporate Disclosure Statement/Certificate of Interested Persons by HISPANIC FEDERATION. (ROMERO–CRAFT, KIRA) (Entered: 05/18/2021) |
| 05/18/2021 | 9 | Corporate Disclosure Statement/Certificate of Interested Persons by Poder Latinx. (ROMERO–CRAFT, KIRA) (Entered: 05/18/2021) |
| 05/18/2021 | 10 | Corporate Disclosure Statement/Certificate of Interested Persons by UNIDOSUS. (ROMERO–CRAFT, KIRA) (Entered: 05/18/2021) |
| 05/19/2021 | 11 | NOTICE of Appearance by STEPHEN MARK TODD on behalf of CRAIG LATIMER (TODD, STEPHEN) (Entered: 05/19/2021) |
| 05/27/2021 | 12 | Summons Issued as to MARY JANE ARRINGTON, (Attachments: # 1 SHIRLEY G KNIGHT, # 2CRAIG LATIMER, # 3 LAUREL M LEE, # 4PENNY OGG) (blb) (Entered: 05/27/2021) |
| 05/28/2021 | 13 | NOTICE of Appearance by JEREMY KARPATKIN on behalf of EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS (KARPATKIN, JEREMY) (Entered: 05/28/2021) |
| 05/28/2021 | 14 | MOTION to Appear Pro Hac Vice by Sam I Ferenc.( Filing fee $ 208 receipt number AFLNDC–6113008.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (FERENC, SAMUEL) (Entered: 05/28/2021) |
| 05/28/2021 | 15 | MOTION to Appear Pro Hac Vice by John A. Freedman.( Filing fee $ 208 receipt number AFLNDC–6113081.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (FREEDMAN, JOHN) (Entered: 05/28/2021) |

| 05/28/2021 | 16 | MOTION to Appear Pro Hac Vice by Aaron Stiefel.( Filing fee $ 208 receipt number AFLNDC–6113131.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (STIEFEL, AARON) (Entered: 05/28/2021) |
|---|---|---|
| 05/28/2021 | 17 | MOTION to Appear Pro Hac Vice by Elisabeth S. Theodore.( Filing fee $ 208 receipt number AFLNDC–6113240.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (THEODORE, ELISABETH) (Entered: 05/28/2021) |
| 05/28/2021 | 18 | MOTION to Appear Pro Hac Vice by Daniel R. Bernstein.( Filing fee $ 208 receipt number AFLNDC–6113307.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (BERNSTEIN, DANIEL) (Entered: 05/28/2021) |
| 05/28/2021 | 19 | MOTION to Appear Pro Hac Vice by Jeffrey A. Miller.( Filing fee $ 208 receipt number AFLNDC–6113990.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (MILLER, JEFFREY) (Entered: 05/28/2021) |
| 06/01/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 14 , 15 , 16 , 17 , 18 , and 19 MOTIONS to Appear Pro Hac Vice – Referred to MICHAEL J FRANK. (tss) (Entered: 06/01/2021) |
| 06/01/2021 | 20 | ORDER granting 17 Motion to Appear Pro Hac Vice. Attorney Elisabeth S. Theodore is admitted pro hac vice to represent Plaintiffs pursuant to Local Rule 11.1(C). Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/1/21. (jcw) (Entered: 06/02/2021) |
| 06/01/2021 | 21 | ORDER granting 18 Motion to Appear Pro Hac Vice. Attorney Daniel R. Bernstein is admitted pro hac vice to represent Plaintiffs pursuant to Local Rule 11.1(C). Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/1/2021. (jcw) (Entered: 06/02/2021) |
| 06/01/2021 | 22 | ORDER granting 19 Motion to Appear Pro Hac Vice. Attorney Jeffrey A. Miller is admitted pro hac vice to represent Plaintiffs pursuant to Local Rule 11.1(C). Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/1/2021. (jcw) (Entered: 06/02/2021) |
| 06/01/2021 | 23 | ORDER granting 14 Motion to Appear Pro Hac Vice. Pursuant to Local Rule 11.1(C), attorney Sam I. Ferenc is admitted pro hac vice on behalf of Plaintiffs. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/1/2021. (jcw) (Entered: 06/02/2021) |
| 06/01/2021 | 24 | ORDER granting 15 Motion to Appear Pro Hac Vice. Pursuant to Local Rule 11.1(C), attorney John A. Freedman is admitted pro hac vice on behalf of Plaintiffs. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/1/2021. (jcw) (Entered: 06/02/2021) |
| 06/02/2021 | 25 | ORDER granting 16 Motion to Appear Pro Hac Vice. Attorney Aaron Stiefel is admitted pro hac vice to represent Plaintiffs pursuant to Local Rule 11.1(C). Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/2/2021. (jcw) (Entered: 06/02/2021) |
| 06/08/2021 | 26 | MOTION to Intervene by REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE. (NORDBY, DANIEL) (Entered: 06/08/2021) |
| 06/08/2021 | 27 | *Proposed* ANSWER to 1 Complaint, by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (NORDBY, DANIEL) (Entered: 06/08/2021) |
| 06/08/2021 | 28 | MEMORANDUM in Support re 26 MOTION to Intervene filed by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (NORDBY, DANIEL) (Entered: 06/08/2021) |

| | | |
|---|---|---|
| 06/08/2021 | 29 | NOTICE *of Corrected Summons to be Issued* by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS (Attachments: # 1 Exhibit Summons Penny Ogg) (ROMERO–CRAFT, KIRA) (Entered: 06/08/2021) |
| 06/08/2021 | 30 | WAIVER OF SERVICE Returned Executed by PODER LATINX, EQUAL GROUND EDUCATION FUND, UNIDOSUS, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION. LAUREL M LEE waiver sent on 6/7/2021, answer due 8/6/2021. (ROMERO–CRAFT, KIRA) (Entered: 06/08/2021) |
| 06/09/2021 | 31 | Summons Issued as to PENNY OGG. (cle) (Entered: 06/09/2021) |
| 06/10/2021 | 32 | NOTICE of Appearance by MOHAMMAD OMAR JAZIL on behalf of LAUREL M LEE (JAZIL, MOHAMMAD) (Entered: 06/10/2021) |
| 06/14/2021 | 33 | NOTICE of Appearance by GARY VERGIL PERKO on behalf of LAUREL M LEE (PERKO, GARY) (Entered: 06/14/2021) |
| 06/15/2021 | 34 | MOTION to Appear Pro Hac Vice by Steven C. Begakis.( Filing fee $ 208 receipt number AFLNDC–6135583.) by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (Attachments: # 1 Exhibit A – Certificate of Good Standing) (NORDBY, DANIEL) (Entered: 06/15/2021) |
| 06/15/2021 | 35 | MOTION to Appear Pro Hac Vice by Cameron T. Norris.( Filing fee $ 208 receipt number AFLNDC–6135592.) by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (Attachments: # 1 Exhibit A – Certificate of Good Standing) (NORDBY, DANIEL) (Entered: 06/15/2021) |
| 06/15/2021 | 36 | NOTICE of Appearance by AMBER STONER NUNNALLY on behalf of NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE (NUNNALLY, AMBER) (Entered: 06/15/2021) |
| 06/15/2021 | 37 | WAIVER OF SERVICE Returned Executed by CRAIG LATIMER. CRAIG LATIMER waiver sent on 6/7/2021, answer due 8/6/2021. (TODD, STEPHEN) (Entered: 06/15/2021) |
| 06/16/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed re: 34 MOTION to Appear Pro Hac Vice by Steven C. Begakis and 35 MOTION to Appear Pro Hac Vice by Cameron T. Norris. Referred to MICHAEL J FRANK. (cle) (Entered: 06/16/2021) |
| 06/16/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ALLEN C WINSOR notified that action is needed re: This case is ready for an ISO to be prepared. (cle) (Entered: 06/16/2021) |
| 06/16/2021 | 38 | NOTICE of Appearance by DANIEL JOSEPH SHAPIRO on behalf of NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE (SHAPIRO, DANIEL) (Entered: 06/16/2021) |
| 06/16/2021 | 39 | MOTION to Consolidate Cases by LAUREL M LEE. (JAZIL, MOHAMMAD) (Entered: 06/16/2021) |
| 06/16/2021 | 40 | MOTION to Appear Pro Hac Vice by Tyler Green.( Filing fee $ 208 receipt number AFLNDC–6138131.) by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (Attachments: # 1 Exhibit A – Certificate of Good Standing) (NORDBY, DANIEL) Modified on 10/4/2021 (jcw). (Entered: 06/16/2021) |
| 06/16/2021 | 41 | ORDER granting 34 Motion to Appear Pro Hac Vice. Pursuant to Local Rule 11.1(C), attorney Steven C. Begakis is admitted pro hac vice on behalf of the proposed intervenor–defendants. (Appointed STEVEN CHRISTOPHER BEGAKIS for NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE.) Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/16/2021. (jcw) Modified on 10/4/2021 to link to 34 Motion(jcw). (Entered: 06/17/2021) |

| 06/16/2021 | 42 | ORDER granting 35 Motion to Appear Pro Hac Vice. Pursuant to Local Rule 11.1(C), attorney Cameron T. Norris is admitted pro hac vice on behalf of the proposed intervenor–defendants. (Appointed CAMERON THOMAS NORRIS for NATIONAL SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE.) Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/16/2021. (jcw) (Entered: 06/17/2021) |
|---|---|---|
| 06/17/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed re: 40 MOTION to Appear Pro Hac Vice by Tyler Green. Referred to MICHAEL J FRANK. (cle) (Entered: 06/17/2021) |
| 06/21/2021 | 43 | MOTION to Transfer Case to Chief Judge Walker *(UNOPPOSED MOTION TO TRANSFER FOR CONSOLIDATION WITH RELATED CASES)* by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (Internal deadline for referral to judge if response not filed earlier: **7/6/2021**). (FREEDMAN, JOHN) (Entered: 06/21/2021) |
| 06/21/2021 | 44 | Amended MOTION to Transfer Case to Chief Judge Walker *(UNOPPOSED MOTION TO TRANSFER FOR CONSOLIDATION WITH RELATED CASES)* by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (Internal deadline for referral to judge if response not filed earlier: **7/6/2021**). (FREEDMAN, JOHN) (Entered: 06/21/2021) |
| 06/22/2021 | 45 | RESPONSE in Opposition re 26 MOTION to Intervene *Plaintiffs' Opposition to Motion to Intervene* filed by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (FREEDMAN, JOHN) (Entered: 06/22/2021) |
| 06/24/2021 | 46 | MOTION for Leave to File Excess Pages by LAUREL M LEE. (JAZIL, MOHAMMAD) (Entered: 06/24/2021) |
| 06/25/2021 | 47 | NOTICE of Appearance by FRANK MICHAEL MARI on behalf of PENNY OGG (MARI, FRANK) (Entered: 06/25/2021) |
| 06/25/2021 | 48 | WAIVER OF SERVICE Returned Executed by PODER LATINX, EQUAL GROUND EDUCATION FUND, UNIDOSUS, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION. PENNY OGG waiver sent on 6/17/2021, answer due 8/16/2021. (FREEDMAN, JOHN) (Entered: 06/25/2021) |
| 06/25/2021 | 49 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by LAUREL M LEE. (Attachments: # 1 Memo. in Support, # 2 Exhibit A) (JAZIL, MOHAMMAD) (Entered: 06/25/2021) |
| 07/02/2021 | 50 | ORDER REGARDING CONSOLIDATION. Plaintiffs now seek a transfer to allow this fourth case to join those. ECF No. 44 . That motion, which is unopposed, is GRANTED. The clerk will transfer this case to the Chief Judge. Signed by JUDGE ALLEN C WINSOR on 7/2/2021. (kjw) *Case reassigned to CHIEF JUDGE MARK E WALKER for all further proceedings. JUDGE ALLEN C WINSOR no longer assigned to case. Please use the new judge's initials on all future filings: 4:21cv201–MW/MJF. (Entered: 07/02/2021) |
| 07/06/2021 | 51 | ORDER GRANTING MOTION TO EXCEED WORD LIMITS. This Court has considered, without hearing, Defendant Lee's Motion to Exceed Word Limits. ECF No. 46 . That motion is GRANTED. Defendant Lee may use up to 12,000 words for her memorandum of law. Signed by CHIEF JUDGE MARK E WALKER on 7/6/2021. (kjw) (Entered: 07/06/2021) |
| 07/06/2021 | 52 | ORDER GRANTING MOTION TO INTERVENE. This Court has considered, without hearing, the Republican National Committee and National Republican Senatorial Committee's ("Proposed Intervenors") Motion to Intervene. ECF No. 26 . The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 7/6/2021. (kjw) (Entered: 07/06/2021) |

| | | |
|---|---|---|
| 07/06/2021 | 53 | ORDER GRANTING MOTION TO CONSOLIDATE, re: 39 Motion to Consolidate Cases. The motion is GRANTED in part and DENIED in part. This case is consolidated with the above–listed cases for discovery purposes only. Signed by CHIEF JUDGE MARK E WALKER on 7/6/2021. (kjw) (Entered: 07/06/2021) |
| 07/06/2021 | 54 | MOTION to Appear Pro Hac Vice by Brenda Wright.( Filing fee $ 208 receipt number BFLNDC–6167761.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (Attachments: # 1 Exhibit Certificate of Good Standing) (ROMERO–CRAFT, KIRA) (Entered: 07/06/2021) |
| 07/06/2021 | 55 | STATUS REPORT *Florida Rising Together Plaintiffs' Status Report* by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (FREEDMAN, JOHN) (Entered: 07/06/2021) |
| 07/07/2021 | | Set Deadlines/Hearings: Joint Status Report due by **8/6/2021**. (kjw) (Entered: 07/07/2021) |
| 07/07/2021 | 56 | ORDER ADMITTING BRENDA WRIGHT PRO HAC VICE. This Court has considered, without hearing, the motion to admit Brenda Wright pro hac vice, ECF No. 54 . The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 7/7/2021. (kjw) (Entered: 07/07/2021) |
| 07/07/2021 | 57 | WAIVER OF SERVICE Returned Executed as to SHIRLEY GREEN KNIGHT by PODER LATINX, EQUAL GROUND EDUCATION FUND, UNIDOSUS, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION. (ROMERO–CRAFT, KIRA) Modified on 7/8/2021 to reflect the Defendant's name. (kjw) (Entered: 07/07/2021) |
| 07/07/2021 | 58 | WAIVER OF SERVICE Returned Executed as to MARY JANE ARRINGTON by PODER LATINX, EQUAL GROUND EDUCATION FUND, UNIDOSUS, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION. (ROMERO–CRAFT, KIRA) Modified on 7/8/2021 to reflect the Defendant's name. (kjw) (Entered: 07/07/2021) |
| 07/08/2021 | | Set Deadlines/Hearings: MARY JANE ARRINGTON answer due 8/6/2021; SHIRLEY G KNIGHT answer due 8/6/2021 per 57 and 58 Waivers of Service. (kjw) (Entered: 07/08/2021) |
| 07/09/2021 | 59 | FIRST AMENDED COMPLAINT against All Defendants All Defendants., filed by PODER LATINX, EQUAL GROUND EDUCATION FUND, UNIDOSUS, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION. (Attachments: # 1 Exhibit Summons Barton, # 2 Exhibit Summons Milton, # 3 Exhibit Summons Anderson, # 4 Exhibit Summons Seyfang, # 5 Exhibit Summons Scott, # 6 Exhibit Summons Scott, # 7 Exhibit Summons Chason, # 8 Exhibit Summons Stamoulis, # 9 Exhibit Summons Baird, # 10 Exhibit Summons Chambless, # 11 Exhibit Summons Edwards, # 12 Exhibit Summons Brown, # 13 Exhibit Summons Negley, # 14 Exhibit Summons Cannon, # 15 Exhibit Summons Hogan, # 16 Exhibit Summons Stafford, # 17 Exhibit Summons Lenhart, # 18 Exhibit Summons Riley, # 19 Exhibit Summons Sanchez, # 20 Exhibit Summons Farnam, # 21 Exhibit Summons Hanlon, # 22 Exhibit Summons Hutto, # 23 Exhibit Summons Smith, # 24 Exhibit Summons Hoots, # 25 Exhibit Summons Anderson, # 26 Exhibit Summons Meadows, # 27 Exhibit Summons Swan, # 28 Exhibit Summons Dunaway, # 29 Exhibit Summons Bishop, # 30 Exhibit Summons Hart, # 31 Exhibit Summons Hays, # 32 Exhibit Summons Doyle, # 33 Exhibit Summons Earley, # 34 Exhibit Summons Jones, # 35 Exhibit Summons Conyers, # 36 Exhibit Summons Driggers, # 37 Exhibit Summons Bennett, # 38 Exhibit Summons Wilcox, # 39 Exhibit Summons Davis, # 40 Exhibit Summons White, # 41 Exhibit Summons Griffin, # 42 Exhibit Summons Adkins, # 43 Exhibit Summons Arnold, # 44 Exhibit Summons Cowles, # 45 Exhibit Summons Link, # 46 Exhibit Summons Corley, # 47 Exhibit Summons Marcus, # 48 Exhibit Summons Edwards, # 49 Exhibit Summons Overturf, # 50 Exhibit Summons Villane, # 51 Exhibit Summons Turner, # 52 Exhibit Summons Anderson, # 53 Exhibit Summons Oakes, # 54 Exhibit Summons Walker, # 55 Exhibit Summons Keen, # 56 Exhibit Summons Kinsey, # 57 Exhibit Summons Southerland, # 58 Exhibit Summons Osborne, # 59 Exhibit Summons Lewis, # 60 Exhibit Summons Morgan, # 61 Exhibit Summons Beasley, # 62 Exhibit Summons Finch Rudd, # 63 Exhibit Summons Lux) |

| | | |
|---|---|---|
| | | (ROMERO–CRAFT, KIRA) (Entered: 07/09/2021) |
| 07/09/2021 | 60 | RESPONSE in Opposition re 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND. (Attachments: # 1 Exhibit Amended Complaint) (ROMERO–CRAFT, KIRA) (Entered: 07/09/2021) |
| 07/09/2021 | 61 | Corporate Disclosure Statement/Certificate of Interested Persons by HAITIAN NEIGHBORHOOD CENTER SANT LA. (ROMERO–CRAFT, KIRA) (Entered: 07/09/2021) |
| 07/09/2021 | 62 | Corporate Disclosure Statement/Certificate of Interested Persons by MI FAMILIA VOTA EDUCATION FUND. (ROMERO–CRAFT, KIRA) (Entered: 07/09/2021) |
| 07/12/2021 | 63 | ORDER DENYING MOTION TO DISMISS AS MOOT. Pending before this Court is Defendant Lee's motion to dismiss. ECF No. 49 . The Plaintiffs have since filed their first amended complaint. ECF No. 59 . Accordingly, Defendant Lee's motion to dismiss, ECF No. 49 , is DENIED as moot. Signed by CHIEF JUDGE MARK E WALKER on 7/12/2021. (kjw) (Entered: 07/12/2021) |
| 07/12/2021 | 64 | NOTICE of Appearance by ASHLEY E DAVIS on behalf of LAUREL M LEE (DAVIS, ASHLEY) (Entered: 07/12/2021) |
| 07/12/2021 | 65 | NOTICE of Appearance by BRADLEY ROBERT MCVAY on behalf of LAUREL M LEE (MCVAY, BRADLEY) (Entered: 07/12/2021) |
| 07/12/2021 | 66 | NOTICE of Appearance by COLLEEN E O'BRIEN on behalf of LAUREL M LEE (O'BRIEN, COLLEEN) (Entered: 07/12/2021) |
| 07/19/2021 | 67 | RULE 26 Disclosures by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO–CRAFT, KIRA) (Entered: 07/19/2021) |
| 07/20/2021 | 68 | NOTICE of Appearance by KIA M JOHNSON on behalf of DAVID H STAFFORD (JOHNSON, KIA) (Entered: 07/20/2021) |
| 07/20/2021 | 69 | MOTION to Appear Pro Hac Vice by Phillip M. Gordon.( Filing fee $ 208 receipt number AFLNDC–6192708.) by LAUREL M LEE. (Attachments: # 1 Exhibit Exhibit A) (JAZIL, MOHAMMAD) (Entered: 07/20/2021) |
| 07/20/2021 | 70 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. SHIRLEY ANDERSON waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/20/2021) |
| 07/20/2021 | 71 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. MARK F NEGLEY waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/20/2021) |
| 07/20/2021 | 72 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. LORI A SCOTT waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/20/2021) |
| 07/20/2021 | 73 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND |

| | | EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. KAITI LENHART waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/20/2021) |
|---|---|---|
| 07/20/2021 | 74 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. JOHN HANLON waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/20/2021) |
| 07/20/2021 | 75 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. DAVID H STAFFORD waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/20/2021) |
| 07/20/2021 | 76 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. KIM A BARTON waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/20/2021) |
| 07/20/2021 | 77 | NOTICE of Appearance by NATHANIEL ADAM KLITSBERG on behalf of JOE SCOTT (KLITSBERG, NATHANIEL) (Entered: 07/20/2021) |
| 07/20/2021 | 78 | NOTICE of Appearance by BENJAMIN SALZILLO on behalf of JOE SCOTT (SALZILLO, BENJAMIN) (Entered: 07/20/2021) |
| 07/20/2021 | 96 | ORDER ADMITTING PHILLIP GORDON PRO HAC VICE – The motion to admit Phillip M. Gordon pro hac vice, ECF No. 69 , is GRANTED. Phillip M. Gordon is admitted pro hac vice as counsel for Defendant Lee. Signed by CHIEF JUDGE MARK E WALKER on 7/20/2021. (cle) (Entered: 07/21/2021) |
| 07/21/2021 | 79 | NOTICE of Appearance by KELLY LYNN VICARI on behalf of JULIE MARCUS (VICARI, KELLY) (Entered: 07/21/2021) |
| 07/21/2021 | 80 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. WESLEY WILCOX waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 81 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. TOMMY DOYLE waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 82 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. PAUL STAMOULIS waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 83 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. MICHAEL BENNETT waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |

| 07/21/2021 | 84 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. LISA LEWIS waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
|---|---|---|
| 07/21/2021 | 85 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. LESLIE SWAN waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 86 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. JULIE MARCUS waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 87 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. JOYCE GRIFFIN waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 88 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. JOE SCOTT waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 89 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. JENNIFER J EDWARDS waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 90 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. CHRISTOPHER ANDERSON waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 91 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. ALAN HAYS waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 92 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. MIKE HOGAN waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 93 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. MARK |

| | | |
|---|---|---|
| | | EARLEY waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 94 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. BILL COWLES waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 95 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. BRIAN CORLEY waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/21/2021) |
| 07/21/2021 | 97 | SECRETARY OF STATE LAUREL M. LEE'S UNOPPOSED MOTION TO ALIGN RESPONSIVE PLEADING DEADLINES, filed by LAUREL M LEE. (GORDON, PHILLIP) Modified on 7/22/2021 to amend title of document. (cle) (Entered: 07/21/2021) |
| 07/22/2021 | 98 | Summons Issued as to JANET H ADKINS, MARK ANDERSEN, CHRISTOPHER ANDERSON, SHIRLEY ANDERSON, MELISSA ARNOLD, MARY JANE ARRINGTON, MAUREEN BAIRD, KIM A BARTON, BOBBY BEASLEY, MICHAEL BENNETT, MARTY BISHOP, TOMI S BROWN, STARLET CANNON, SHARON CHASON, GRANT CONYERS, BRIAN CORLEY, BILL COWLES, VICKI DAVIS, TOMMY DOYLE, HEATH DRIGGERS, CAROL DUNAWAY, MARK EARLEY, JENNIFER J EDWARDS, LORI EDWARDS, ALETRIS FARNAM, CAROL FINCH RUDD, JOYCE GRIFFIN, JOHN HANLON, TRAVIS HART, ALAN HAYS, MIKE HOGAN, BRENDA HOOTS, LAURA HUTTO, TAMMY JONES, WILLIAM KEEN, JENNIFER M KINSEY, SHIRLEY G KNIGHT, CRAIG LATIMER, LAUREL M LEE, KAITI LENHART, LISA LEWIS, WENDY LINK, PAUL A LUX, JULIE MARCUS, THERISA MEADOWS, CHRIS MILTON, JOSEPH MORGAN, MARK F NEGLEY, VICKY OAKES, PENNY OGG, DEBORAH OSBORNE, CHARLES OVERTURF, HEATHER RILEY, CONNIE SANCHEZ, JOE SCOTT, LORI A SCOTT, AMANDA SEYFANG, DIANE SMITH, DANA SOUTHERLAND, DAVID H STAFFORD, PAUL STAMOULIS, LESLIE SWAN, RON TURNER, TAPPIE A VILLANE, GERTRUDE WALKER, CHRISTINA WHITE, and WESLEY WILCOX. (Attachments: # 1 SUMMONS, # 2 SUMMONS, # 3 SUMMONS, # 4 SUMMONS, # 5 SUMMONS, # 6 SUMMONS, # 7 SUMMONS, # 8 SUMMONS, # 9 SUMMONS, # 10 SUMMONS, # 11 SUMMONS, # 12 SUMMONS, # 13 SUMMONS, # 14 SUMMONS, # 15 SUMMONS, # 16 SUMMONS, # 17 SUMMONS, # 18 SUMMONS, # 19 SUMMONS, # 20 SUMMONS, # 21 SUMMONS, # 22 SUMMONS, # 23 SUMMONS, # 24 SUMMONS, # 25 SUMMONS, # 26 SUMMONS, # 27 SUMMONS, # 28 SUMMONS, # 29 SUMMONS, # 30 SUMMONS, # 31 SUMMONS, # 32 SUMMONS, # 33 SUMMONS, # 34 SUMMONS, # 35 SUMMONS, # 36 SUMMONS, # 37 SUMMONS, # 38 SUMMONS, # 39 SUMMONS, # 40 SUMMONS, # 41 SUMMONS, # 42 SUMMONS, # 43 SUMMONS, # 44 SUMMONS, # 45 SUMMONS, # 46 SUMMONS, # 47 SUMMONS, # 48 SUMMONS, # 49 SUMMONS, # 50 SUMMONS, # 51 SUMMONS, # 52 SUMMONS, # 53 SUMMONS, # 54 SUMMONS, # 55 SUMMONS, # 56 SUMMONS, # 57 SUMMONS, # 58 SUMMONS, # 59 SUMMONS, # 60 SUMMONS, # 61 SUMMONS, # 62 SUMMONS) (cle) (Entered: 07/22/2021) |
| 07/22/2021 | 99 | ORDER GRANTING MOTION TO ALIGN DEADLINES – re: 97 SECRETARY OF STATE LAUREL M. LEE'S UNOPPOSED MOTION TO ALIGN RESPONSIVE PLEADING DEADLINES. The motion is GRANTED. Defendant Lee may respond to Plaintiff's First Amended Complaint on or before **7/30/2021**. Signed by CHIEF JUDGE MARK E WALKER on 7/22/2021. (cle) (Entered: 07/22/2021) |
| 07/22/2021 | 100 | PROTECTIVE ORDER – The parties jointly move for the entry of a protective order. (Doc. 157 in 4:21–cv–186.) The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 7/22/2021. (cle) (Entered: 07/22/2021) |

| 07/23/2021 | 101 | SCHEDULING AND MEDIATION ORDER – re: 161 Report of Rule 26(f) Planning Meeting in case number: 4:21–cv–186. Discovery due by **10/22/2021**. Dispositive Motions to be filed by **11/12/2021**. Bench Trial set for **1/31/2022 at 8:15 AM** in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. Case referred to mediation. Mediation Report due by **12/3/2021**. Signed by CHIEF JUDGE MARK E WALKER on 7/23/2021. (cle) (Entered: 07/23/2021) |
|---|---|---|
| 07/23/2021 | 102 | NOTICE of Appearance by ROBERT C SHEARMAN on behalf of MELISSA ARNOLD, ALETRIS FARNAM, BRENDA HOOTS, TAMMY JONES, THERISA MEADOWS, DIANE SMITH (SHEARMAN, ROBERT) (Entered: 07/23/2021) |
| 07/23/2021 | 103 | *Intervenor–Defendants'* ANSWER to 59 Amended Complaint,,,,,,,, by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (NORDBY, DANIEL) (Entered: 07/23/2021) |
| 07/23/2021 | 104 | RULE 26 Disclosures by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (NORDBY, DANIEL) (Entered: 07/23/2021) |
| 07/23/2021 | 105 | MOTION for Protective Order by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 Exhibit) (ROMERO–CRAFT, KIRA) (Entered: 07/23/2021) |
| 07/23/2021 | 106 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. MARTY BISHOP waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/23/2021) |
| 07/23/2021 | 107 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. HEATH DRIGGERS waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/23/2021) |
| 07/23/2021 | 108 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. CONNIE SANCHEZ waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/23/2021) |
| 07/23/2021 | 109 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. THERISA MEADOWS waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/23/2021) |
| 07/23/2021 | 110 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. TAMMY JONES waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/23/2021) |
| 07/23/2021 | 111 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. MELISSA ARNOLD waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/23/2021) |

| | | |
|---|---|---|
| 07/23/2021 | 112 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. DIANE SMITH waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/23/2021) |
| 07/23/2021 | 113 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. BRENDA HOOTS waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/23/2021) |
| 07/23/2021 | 114 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. ALETRIS FARNAM waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 07/23/2021) |
| 07/23/2021 | 115 | RESPONSE TO ORDER TO SHOW CAUSE by LAUREL M LEE. (Attachments: # 1 Exhibit A– 2021–11, Laws of FL) (JAZIL, MOHAMMAD) (Entered: 07/23/2021) |
| 07/26/2021 | 116 | PROTECTIVE ORDER – Plaintiffs and the Defendant Supervisors of Elections (the "Supervisors") jointly move for the entry of a protective order. ECF No. 105 . The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 7/26/2021. (cle) (Entered: 07/26/2021) |
| 07/27/2021 | 117 | ORDER ACKNOWLEDGING SUPPLEMENTAL RULE 26 REPORT – This Order acknowledges the supplemental report, ECF No. 164 (in case number 4:21–cv–186), and notes that the deadlines set by this Court's Scheduling and Mediation Order, ECF No. 162 (in case number 4:21–cv–186), remain in place. Signed by CHIEF JUDGE MARK E WALKER on 7/27/2021. (cle) (Entered: 07/27/2021) |
| 07/28/2021 | 118 | NOTICE of Appearance by DIANA MASTERS JOHNSON on behalf of KIM A BARTON (JOHNSON, DIANA) (Entered: 07/28/2021) |
| 07/29/2021 | 119 | NOTICE of Appearance by ANDY V BARDOS on behalf of CHRISTOPHER ANDERSON, MICHAEL BENNETT, BRIAN CORLEY, TOMMY DOYLE, JENNIFER J EDWARDS, JOYCE GRIFFIN, ALAN HAYS, PAUL STAMOULIS, LESLIE SWAN, WESLEY WILCOX (BARDOS, ANDY) (Entered: 07/29/2021) |
| 07/30/2021 | 120 | MOTION for Leave to File Excess Pages by LAUREL M LEE. (GORDON, PHILLIP) (Entered: 07/30/2021) |
| 07/30/2021 | 121 | ORDER GRANTING 120 LEAVE TO EXCEED WORD LIMIT. The 120 motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 07/30/2021. (rcb) (Entered: 07/30/2021) |
| 07/30/2021 | 122 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by LAUREL M LEE. (Attachments: # 1 Memo. in Support, # 2 Exhibit A) (JAZIL, MOHAMMAD) (Entered: 07/30/2021) |
| 08/01/2021 | 123 | NOTICE of Appearance by NICHOLAS ARI SHANNIN on behalf of BILL COWLES (SHANNIN, NICHOLAS) (Entered: 08/01/2021) |
| 08/02/2021 | 124 | NOTICE of Appearance by ROBERT CHARLES SWAIN on behalf of KIM A BARTON (SWAIN, ROBERT) (Entered: 08/02/2021) |
| 08/03/2021 | 125 | ANSWER to 59 Amended Complaint,,,,,,,, by CRAIG LATIMER. (TODD, STEPHEN) (Entered: 08/03/2021) |
| 08/06/2021 | 126 | NOTICE of Appearance by JON A JOUBEN on behalf of SHIRLEY ANDERSON (JOUBEN, JON) (Entered: 08/06/2021) |
| 08/09/2021 | 127 | ANSWER to 59 Amended Complaint,,,,,,,, by SHIRLEY ANDERSON. (JOUBEN, JON) (Entered: 08/09/2021) |

| 08/09/2021 | 128 | NOTICE of Appearance by KYLE J BENDA on behalf of SHIRLEY ANDERSON (BENDA, KYLE) (Entered: 08/09/2021) |
|---|---|---|
| 08/13/2021 | 129 | NOTICE of Appearance by FRANK MICHAEL MARI on behalf of HEATH DRIGGERS, JOHN HANLON, KAITI LENHART, MARK F NEGLEY, PENNY OGG, CONNIE SANCHEZ, LORI A SCOTT (MARI, FRANK) (Entered: 08/13/2021) |
| 08/13/2021 | 130 | RESPONSE in Opposition re 122 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO–CRAFT, KIRA) (Entered: 08/13/2021) |
| 08/13/2021 | 131 | ANSWER to 59 Amended Complaint,,,,,,,, *and Affirmative Defenses* by CHRISTINA WHITE. (VALDES, MICHAEL) (Entered: 08/13/2021) |
| 08/16/2021 | 132 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. MAUREEN BAIRD waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 08/16/2021) |
| 08/16/2021 | 133 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. RON TURNER waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 08/16/2021) |
| 08/16/2021 | 134 | ANSWER to 59 Amended Complaint,,,,,,,, by PENNY OGG. (MARI, FRANK) (Entered: 08/16/2021) |
| 08/16/2021 | 135 | ANSWER to 59 Amended Complaint,,,,,,,, by MARTY BISHOP. (MARI, FRANK) (Entered: 08/16/2021) |
| 08/16/2021 | 136 | ANSWER to 59 Amended Complaint,,,,,,,, by HEATH DRIGGERS. (MARI, FRANK) (Entered: 08/16/2021) |
| 08/16/2021 | 137 | ANSWER to 59 Amended Complaint,,,,,,,, by JOHN HANLON. (MARI, FRANK) (Entered: 08/16/2021) |
| 08/16/2021 | 138 | ANSWER to 59 Amended Complaint,,,,,,,, by KAITI LENHART. (MARI, FRANK) (Entered: 08/16/2021) |
| 08/16/2021 | 139 | ANSWER to 59 Amended Complaint,,,,,,,, by MARK F NEGLEY. (MARI, FRANK) (Entered: 08/16/2021) |
| 08/16/2021 | 140 | ANSWER to 59 Amended Complaint,,,,,,,, by CONNIE SANCHEZ. (MARI, FRANK) (Entered: 08/16/2021) |
| 08/16/2021 | 141 | ANSWER to 59 Amended Complaint,,,,,,,, by LORI A SCOTT. (MARI, FRANK) (Entered: 08/16/2021) |
| 08/17/2021 | 142 | NOTICE of Appearance by RONALD A LABASKY on behalf of MARY JANE ARRINGTON, VICKI DAVIS, LORI EDWARDS, GERTRUDE WALKER, chris chambles (LABASKY, RONALD) (Entered: 08/17/2021) |
| 08/18/2021 | 143 | NOTICE of Appearance by JOHN M JANOUSEK on behalf of MARTY BISHOP, HEATH DRIGGERS, JOHN HANLON, KAITI LENHART, MARK F NEGLEY, PENNY OGG, CONNIE SANCHEZ, LORI A SCOTT (JANOUSEK, JOHN) (Entered: 08/18/2021) |
| 08/26/2021 | 144 | NOTICE of Appearance by JOSEPH K JARONE on behalf of JOE SCOTT (JARONE, JOSEPH) (Entered: 08/26/2021) |

| 09/02/2021 | 145 | NOTICE of Appearance by FRANK A ZACHERL on behalf of NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE (ZACHERL, FRANK) (Entered: 09/02/2021) |
|---|---|---|
| 09/02/2021 | 146 | ANSWER to 59 First Amended Complaint by JULIE MARCUS. (VICARI, KELLY) (Entered: 09/02/2021) |
| 09/03/2021 | 147 | ANSWER to 59 Amended Complaint by LESLIE SWAN. (BARDOS, ANDY) (Entered: 09/03/2021) |
| 09/03/2021 | 148 | ANSWER to 59 Amended Complaint by BRIAN CORLEY. (BARDOS, ANDY) (Entered: 09/03/2021) |
| 09/03/2021 | 149 | ANSWER to 59 Amended Complaint by TOMMY DOYLE. (BARDOS, ANDY) (Entered: 09/03/2021) |
| 09/08/2021 | 150 | ANSWER and Affirmative Defenses to 59 First Amended Complaint by ALETRIS FARNAM. (OLIVO, GERALDO) (Entered: 09/08/2021) |
| 09/08/2021 | 151 | ANSWER and Affirmative Defenses to 59 First Amended Complaint by TAMMY JONES. (OLIVO, GERALDO) (Entered: 09/08/2021) |
| 09/08/2021 | 152 | ANSWER and Affirmative Defenses to 59 First Amended Complaint by THERISA MEADOWS. (OLIVO, GERALDO) (Entered: 09/08/2021) |
| 09/08/2021 | 153 | ANSWER and Affirmative Defenses to 59 First Amended Complaint by BRENDA HOOTS. (OLIVO, GERALDO) (Entered: 09/08/2021) |
| 09/08/2021 | 154 | ANSWER and Affirmative Defenses to 59 First Amended Complaint by MELISSA ARNOLD. (OLIVO, GERALDO) (Entered: 09/08/2021) |
| 09/08/2021 | 155 | ANSWER and Affirmative Defenses to 59 First Amended Complaint by DIANE SMITH. (OLIVO, GERALDO) (Entered: 09/08/2021) |
| 09/10/2021 | 156 | NOTICE *Concerning Interpretation of Section 97.0575, Florida Statutes* by LAUREL M LEE (JAZIL, MOHAMMAD) (Entered: 09/10/2021) |
| 09/13/2021 | 157 | ANSWER to 59 Amended Complaint,,,,,,,, by PAUL STAMOULIS. (BARDOS, ANDY) (Entered: 09/13/2021) |
| 09/13/2021 | 158 | ANSWER to 59 Amended Complaint,,,,,,,, by CHRISTOPHER ANDERSON. (BARDOS, ANDY) (Entered: 09/13/2021) |
| 09/13/2021 | 159 | ANSWER to 59 Amended Complaint,,,,,,,, by JENNIFER J EDWARDS. (BARDOS, ANDY) (Entered: 09/13/2021) |
| 09/13/2021 | 160 | *CLAY COUNTY SUPERVISOR OF ELECTIONS* ANSWER to 59 Amended Complaint,,,,,,,, by chris chambles. (LABASKY, RONALD) (Entered: 09/13/2021) |
| 09/13/2021 | 161 | *MARTIN COUNTY SUPERVISOR OF ELECTIONS* ANSWER to 59 Amended Complaint,,,,,,,, by VICKI DAVIS. (LABASKY, RONALD) (Entered: 09/13/2021) |
| 09/13/2021 | 162 | *POLK COUNTY SUPERVISOR OF ELECTIONS* ANSWER to 59 Amended Complaint,,,,,,,, by LORI EDWARDS. (LABASKY, RONALD) (Entered: 09/13/2021) |
| 09/13/2021 | 163 | ANSWER to 59 Amended Complaint,,,,,,,, by JOE SCOTT. (JARONE, JOSEPH) (Entered: 09/13/2021) |
| 09/14/2021 | 164 | ANSWER to 59 Amended Complaint,,,,,,,, by JOYCE GRIFFIN. (BARDOS, ANDY) (Entered: 09/14/2021) |
| 09/14/2021 | 165 | ANSWER to 59 Amended Complaint,,,,,,,, by ALAN HAYS. (BARDOS, ANDY) (Entered: 09/14/2021) |
| 09/14/2021 | 166 | ANSWER to 59 Amended Complaint,,,,,,,, by MICHAEL BENNETT. (BARDOS, ANDY) (Entered: 09/14/2021) |
| 09/14/2021 | 167 | ANSWER to 59 Amended Complaint,,,,,,,, by WESLEY WILCOX. (BARDOS, ANDY) (Entered: 09/14/2021) |

| 09/14/2021 | 168 | *OSCEOLA COUNTY SUPERVISOR OF ELECTIONS* ANSWER to 59 Amended Complaint,,,,,,,,, by MARY JANE ARRINGTON. (LABASKY, RONALD) (Entered: 09/14/2021) |
| 09/14/2021 | 169 | *ST. LUCIE COUNTY SUPERVISOR OF ELECTIONS* ANSWER to 59 Amended Complaint,,,,,,,, by GERTRUDE WALKER. (LABASKY, RONALD) (Entered: 09/14/2021) |
| 09/14/2021 | 170 | ANSWER to 59 Amended Complaint,,,,,,,, by KIM A BARTON. (SWAIN, ROBERT) (Entered: 09/14/2021) |
| 09/14/2021 | 171 | NOTICE of Appearance by SUSAN SMITH ERDELYI on behalf of JANET H ADKINS, MARK ANDERSEN, BOBBY BEASLEY, TOMI S BROWN, STARLET CANNON, SHARON CHASON, GRANT CONYERS, CAROL DUNAWAY, TRAVIS HART, LAURA HUTTO, WILLIAM KEEN, JENNIFER M KINSEY, SHIRLEY G KNIGHT, CHRIS MILTON, JOSEPH MORGAN, VICKY OAKES, DEBORAH OSBORNE, CHARLES OVERTURF, HEATHER RILEY, AMANDA SEYFANG, DANA SOUTHERLAND, TAPPIE A VILLANE (ERDELYI, SUSAN) (Entered: 09/14/2021) |
| 09/14/2021 | 172 | ANSWER to 59 Amended Complaint,,,,,,,, by LISA LEWIS. (OTT, LONDON) (Entered: 09/14/2021) |
| 09/14/2021 | 173 | ANSWER to 59 Amended Complaint,,,,,,,, by DAVID H STAFFORD. (JOHNSON, KIA) (Entered: 09/14/2021) |
| 09/14/2021 | 174 | ANSWER to 59 Amended Complaint,,,,,,,, by MIKE HOGAN. (FEISER, CRAIG) (Entered: 09/14/2021) |
| 09/15/2021 | 175 | *Twenty−Three Supervisors of Elections'* ANSWER to 59 Amended Complaint,,,,,,,, by JANET H ADKINS, MARK ANDERSEN, BOBBY BEASLEY, TOMI S BROWN, STARLET CANNON, SHARON CHASON, GRANT CONYERS, CAROL DUNAWAY, TRAVIS HART, LAURA HUTTO, WILLIAM KEEN, JENNIFER M KINSEY, SHIRLEY G KNIGHT, CHRIS MILTON, JOSEPH MORGAN, VICKY OAKES, DEBORAH OSBORNE, CHARLES OVERTURF, HEATHER RILEY, AMANDA SEYFANG, DANA SOUTHERLAND, TAPPIE A VILLANE. (ERDELYI, SUSAN) (Entered: 09/15/2021) |
| 09/17/2021 | 176 | *Orange County Supervisor of Elections'* ANSWER to 59 Amended Complaint,,,,,,,, by BILL COWLES. (SHANNIN, NICHOLAS) (Entered: 09/17/2021) |
| 09/20/2021 | 177 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. WENDY LINK waiver sent on 7/16/2021, answer due 9/14/2021. (FREEDMAN, JOHN) (Entered: 09/20/2021) |
| 09/20/2021 | 178 | AFFIDAVIT of Service for Summons in a Civil Action and Amended Complaint for Injunctive and Declaratory Relief served on Christina White, Supervisor of Elections, Miami−Dade County on 07/23/2021, filed by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (FREEDMAN, JOHN) (Entered: 09/20/2021) |
| 09/23/2021 | 179 | NOTICE of Appearance by MARK HERRON on behalf of MARK EARLEY (HERRON, MARK) (Entered: 09/23/2021) |
| 09/23/2021 | 180 | ANSWER to 59 Amended Complaint,,,,,,,,, by MARK EARLEY. (HERRON, MARK) (Entered: 09/23/2021) |
| 09/29/2021 | 181 | MOTION to Appear Pro Hac Vice by Miranda Galindo.( Filing fee $ 208 receipt number AFLNDC−6376062.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 Exhibit certificate of good standing) (GALINDO, EMILY) (Entered: 09/29/2021) |

| | | |
|---|---|---|
| 09/29/2021 | 182 | MOTION to Appear Pro Hac Vice by Kenneth C. Daines.( Filing fee $ 208 receipt number AFLNDC–6380187.) by LAUREL M LEE. (Attachments: # 1 Exhibit Certificate of Good Standing) (JAZIL, MOHAMMAD) (Entered: 09/29/2021) |
| 09/29/2021 | 183 | ORDER ADMITTING MIRANDA GALINDO PRO HAC VICE (granting 181 Motion to Appear Pro Hac Vice) (Appointed EMILY MIRANDA GALINDO for Plaintiffs) Signed by CHIEF JUDGE MARK E WALKER on 9/29/2021. (ckm) (Entered: 09/30/2021) |
| 09/30/2021 | 184 | *Ron Turner, Sarasota County's* ANSWER to 59 Amended Complaint,,,,,,,, by RON TURNER. (BENTLEY, MORGAN) (Entered: 09/30/2021) |
| 09/30/2021 | 185 | ORDER ADMITTING KENNETH DAINES PRO HAC VICE (granting 182 Motion to Appear Pro Hac Vice). Signed by CHIEF JUDGE MARK E WALKER on 9/30/2021. (ckm) (Entered: 09/30/2021) |
| 10/01/2021 | 186 | MOTION to Appear Pro Hac Vice by Dallin B. Holt.( Filing fee $ 208 receipt number AFLNDC–6395590.) by LAUREL M LEE. (Attachments: # 1 Exhibit Certificate of Good Standing) (JAZIL, MOHAMMAD) (Entered: 10/01/2021) |
| 10/01/2021 | 187 | ORDER ADMITTING DALLIN B. HOLT PRO HAC VICE (granting 186 Motion to Appear Pro Hac Vice) (Appointed DALLIN B HOLT for LAUREL M LEE). Signed by CHIEF JUDGE MARK E WALKER on 10/1/2021. (ckm) (Entered: 10/01/2021) |
| 10/01/2021 | 188 | MOTION to Appear Pro Hac Vice by John J. Cycon.( Filing fee $ 208 receipt number AFLNDC–6399925.) by LAUREL M LEE. (Attachments: # 1 Exhibit Certificate of Good Standing) (JAZIL, MOHAMMAD) (Entered: 10/01/2021) |
| 10/01/2021 | 189 | NOTICE *Regarding Mediation and Unopposed Motion to Waive Mediation Requirement* by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS (ROMERO–CRAFT, KIRA) Modified on 10/4/2021 to change to motion (ckm). (Entered: 10/01/2021) |
| 10/01/2021 | 190 | ORDER ADMITTING JOHN J. CYCON PRO HAC VICE (granting 188 Motion to Appear Pro Hac Vice) (Appointed JOHN J CYCON for LAUREL M LEE). Signed by CHIEF JUDGE MARK E WALKER on 10/1/2021. (ckm) (Entered: 10/04/2021) |
| 10/04/2021 | 191 | ORDER GRANTING 189 MOTION TO WAIVE MEDIATION REQUIREMENTS. Signed by CHIEF JUDGE MARK E WALKER on 10/4/2021. (ckm) (Entered: 10/04/2021) |
| 10/04/2021 | 192 | MOTION to Appear Pro Hac Vice by Ryan D. Budhu.( Filing fee $ 208 receipt number AFLNDC–6415282.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 Certificate of Good Standing State of New York) (BUDHU, RYAN) (Entered: 10/04/2021) |
| 10/04/2021 | 193 | MOTION to Appear Pro Hac Vice by Andrew R. Hirschel.( Filing fee $ 208 receipt number AFLNDC–6416313.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 Certificate of Good Standing State of New York) (HIRSCHEL, ANDREW) (Entered: 10/04/2021) |
| 10/04/2021 | 194 | MOTION to Appear Pro Hac Vice by Janine M. Lopez.( Filing fee $ 208 receipt number AFLNDC–6416703.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 Certificate of Good Standing from the District of Columbia) (LOPEZ, JANINE) (Entered: 10/04/2021) |
| 10/05/2021 | 195 | ORDER ADMITTING RYAN BUDHU PRO HAC VICE (granting 192 Motion to Appear Pro Hac Vice) (Appointed RYAN D BUDHU for FLORIDA RISING |

| | | TOGETHER). Signed by CHIEF JUDGE MARK E WALKER on 10/5/2021. (ckm) (Entered: 10/05/2021) |
|---|---|---|
| 10/05/2021 | 196 | ORDER ADMITTING ANDREW HIRSCHEL PRO HAC VICE (granting 193 Motion to Appear Pro Hac Vice) (Appointed ANDREW RICHARD HIRSCHEL for Plaintiffs). Signed by CHIEF JUDGE MARK E WALKER on 10/5/2021. (ckm) (Entered: 10/05/2021) |
| 10/05/2021 | 197 | ORDER ADMITTING JANINE LOPEZ PRO HAC VICE (granting 194 Motion to Appear Pro Hac Vice) (Appointed JANINE MARIE LOPEZ for Plaintiffs). Signed by CHIEF JUDGE MARK E WALKER on 10/5/2021. (ckm) (Entered: 10/05/2021) |
| 10/05/2021 | 198 | ORDER ADMITTING TYLER GREEN PRO HAC VICE (granting 40 Motion to Appear Pro Hac Vice) (Appointed TYLER R GREEN for Intervenor–Defendants). Signed by CHIEF JUDGE MARK E WALKER on 10/5/2021. (ckm) (Entered: 10/05/2021) |
| 10/05/2021 | 199 | ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT DEPOSITION DEADLINES. Signed by CHIEF JUDGE MARK E WALKER on 10/5/2021. (ckm) (Entered: 10/05/2021) |
| 10/06/2021 | 200 | WAIVER OF SERVICE Returned Executed by HAITIAN NEIGHBORHOOD CENTER SANT LA, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, FLORIDA RISING TOGETHER, PODER LATINX, EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, HISPANIC FEDERATION. PAUL A LUX waiver sent on 10/4/2021, answer due 12/3/2021. (FREEDMAN, JOHN) (Entered: 10/06/2021) |
| 10/08/2021 | 201 | ORDER ON MOTION TO DISMISS. Defendant Lee's motion to dismiss, ECF No. 122 , is GRANTED in part and DENIED in part. Signed by CHIEF JUDGE MARK E WALKER on 10/8/2021. (kjw) (Entered: 10/08/2021) |
| 10/08/2021 | 202 | NOTICE of Appearance by GERALDO FRANCIS OLIVO, III on behalf of MELISSA ARNOLD, ALETRIS FARNAM, BRENDA HOOTS, TAMMY JONES, THERISA MEADOWS, DIANE SMITH (OLIVO, GERALDO) (Entered: 10/08/2021) |
| 10/08/2021 | 203 | NOTICE of Appearance by GREGORY THOMAS STEWART on behalf of PAUL A LUX (STEWART, GREGORY) (Entered: 10/08/2021) |
| 10/08/2021 | 204 | NOTICE of Appearance by ELIZABETH DESLOGE ELLIS on behalf of PAUL A LUX (ELLIS, ELIZABETH) (Entered: 10/08/2021) |
| 10/08/2021 | 205 | NOTICE of Appearance by KIRSTEN H MOOD on behalf of PAUL A LUX (MOOD, KIRSTEN) (Entered: 10/08/2021) |
| 10/08/2021 | 206 | NOTICE of Appearance by DALE A SCOTT on behalf of MAUREEN BAIRD (SCOTT, DALE) (Entered: 10/08/2021) |
| 10/08/2021 | 207 | ANSWER to 59 Amended Complaint,,,,,,,, by MAUREEN BAIRD. (SCOTT, DALE) (Entered: 10/08/2021) |
| 10/14/2021 | 208 | ORDER DENYING IN PART MOTION FOR PROTECTIVE ORDER AND REQUIRING EXPEDITED RESPONSE (Internal deadline for referral to judge if Plaintiffs' response not filed earlier: 10/22/2021).) Signed by CHIEF JUDGE MARK E WALKER on 10/14/2021. (ckm) (Entered: 10/14/2021) |
| 10/14/2021 | 209 | MOTION to Appear Pro Hac Vice by Andrew Case.( Filing fee $ 208 receipt number AFLNDC–6468864.) by HAITIAN NEIGHBORHOOD CENTER SANT LA. (Attachments: # 1 Exhibit Certificate of Good Standing) (CASE, ANDREW) (Entered: 10/14/2021) |
| 10/15/2021 | 210 | ORDER ADMITTING ANDREW CASE PRO HAC VICE (granting 209 Motion to Appear Pro Hac Vice) (Appointed ANDREW C CASE for Plaintiffs). Signed by CHIEF JUDGE MARK E WALKER on 10/15/2021. (ckm) (Entered: 10/15/2021) |
| 10/16/2021 | 211 | MOTION to Appear Pro Hac Vice by Francisca Fajana.( Filing fee $ 208 receipt number AFLNDC–6479078.) by FLORIDA RISING TOGETHER. (Attachments: # 1 Certificate of Good Standing) (FAJANA, FRANCISCA) (Entered: 10/16/2021) |

| 10/18/2021 | 212 | ORDER ADMITTING FRANCISCA FAJANA PRO HAC VICE (granting 211 Motion to Appear Pro Hac Vice) (Appointed FRANCISCA D FAJANA for Plaintiffs). Signed by CHIEF JUDGE MARK E WALKER on 10/18/2021. (ckm) (Entered: 10/18/2021) |
|---|---|---|
| 10/19/2021 | 213 | MOTION to Appear Pro Hac Vice by Leslie C. Bailey.( Filing fee $ 208 receipt number AFLNDC−6497258.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 DC Cert of Good Standing) (BAILEY, LESLIE) (Entered: 10/19/2021) |
| 10/19/2021 | 214 | ORDER ADMITTING LESLIE BAILEY PRO HAC VICE (granting 213 Motion to Appear Pro Hac Vice) (Appointed LESLIE CLAIRE BAILEY for Plaintiffs). Signed by CHIEF JUDGE MARK E WALKER on 10/19/2021. (ckm) (Entered: 10/19/2021) |
| 10/19/2021 | 218 | ORDER ON MOTION FOR PROTECTIVE ORDER. Signed by CHIEF JUDGE MARK E WALKER on 10/19/2021. (ckm) (Entered: 10/21/2021) |
| 10/20/2021 | 215 | NOTICE of Appearance by EVAN MATTHEW EZRAY on behalf of Jeff Brandes, Joe Gruters, Kathleen Passidomo, Dennis Baxley, Jim Boyd, Blaise Ingoglia, Erin Grall (EZRAY, EVAN) (Entered: 10/20/2021) |
| 10/20/2021 | 216 | Opposition to Secretary Lee and Intervenor−Defendants' Joint Omnibus Motion for Protective Order by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS (re 208 Order *including opposition to 21−cv−186 ECF 276 Joint Omnibus Motion for Protective Order*). (Attachments: # 1 Exhibit Rule 26 Disclosures by Laurel Lee, # 2 Exhibit Rule 26 Disclosures by National Republican Senatorial Committee, Republican National Committee, # 3 Exhibit October 1 email from Defense Counsel, # 4 Exhibit Plaintiffs Response, # 5 Exhibit FRT Plaintiffs Request for Admission to Secretary of State, # 6 Exhibit FRT Plaintiffs Request for Admissions to Intervenors, # 7 Exhibit Correspondence of Secretary of State Personnel regarding legislative deliberations over SB 90, # 8 Exhibit Correspondence of Intervenors Counsel with Representative Ingoglia, # 9 Exhibit Correspondence of Secretary of State Personnel regarding Supervisor of Elections position on SB 90, # 10 Exhibit Correspondence between Governor DeSantis and Secretary of State Personnel regarding drop boxes, # 11 Exhibit Secretary Lee's Guidance on SB 90) (ROMERO−CRAFT, KIRA) Modified on 10/21/2021 to reflect document title (ckm). (Entered: 10/20/2021) |
| 10/20/2021 | 217 | MOTION to Quash Subpoenas for the Deposition Testimony of Seven Members of the Florida Legislature and Incorporated Memorandum of Law by Dennis Baxley, Jim Boyd, Jeff Brandes, Erin Grall, Joe Gruters, Blaise Ingoglia, Kathleen Passidomo. (Attachments: # 1 Exhibit Brandes Deposition Subpoena, # 2 Exhibit Grall Deposition Subpoena, # 3 Exhibit Gruters Deposition Subpoena, # 4 Exhibit Ingoglia Deposition Subpoena, # 5 Exhibit Passidomo Deposition Subpoena, # 6 Exhibit Baxley Deposition Subpoena, # 7 Exhibit Boyd Deposition Subpoena, # 8 Exhibit Brandes Document Subpoena, # 9 Exhibit Grall Document Subpoena, # 10 Exhibit Gruters Document Subpoena, # 11 Exhibit Ingoglia Document Subpoena, # 12 Exhibit Passidomo Document Subpoena, # 13 Exhibit Baxley Document Subpoena, # 14 Exhibit Boyd Document Subpoena) (EZRAY, EVAN) Modified on 10/21/2021 to reflect document title (ckm). (Entered: 10/20/2021) |
| 10/20/2021 | | Set Response Deadline as to 217 MOTION to Quash. (Internal deadline for referral to judge if response not filed earlier: **11/3/2021**). (ckm) (Entered: 10/21/2021) |
| 10/21/2021 | 219 | ORDER REQUIRING EXPEDITED RESPONSE (re 217 Motion to Quash) − Plaintiffs are ordered to file an expedited response to the motion to quash on or before **10/28/2021**. Signed by CHIEF JUDGE MARK E WALKER on 10/21/2021. (ckm) (Entered: 10/21/2021) |
| 10/21/2021 | 220 | MOTION to Quash *Non−Party Subpoena* by GOVERNOR OF FLORIDA. (Attachments: # 1 Exhibit Original Subpoena, # 2 Exhibit Amended Subpoena, # 3 Exhibit Governor's Office Objections) (JAZIL, MOHAMMAD) (Entered: 10/21/2021) |

| | | |
|---|---|---|
| 10/22/2021 | 221 | ORDER REQUIRING EXPEDITED RESPONSE – Plaintiffs in Case No.: 4:21cv201 are ordered to file an expedited response to the ( 220 ) motion to quash on or before **10/29/2021**. Signed by CHIEF JUDGE MARK E WALKER on 10/22/2021. (ckm) (Entered: 10/22/2021) |
| 10/22/2021 | 222 | ORDER ON MOTION FOR PROTECTIVE ORDER – Defendant Lee's motion for a protective order, ECF No. 276 , is DENIED in part as to all requests except request 93 and GRANTED in part as to request 93 (filed in 4:21cv186–MW–MAF). Signed by CHIEF JUDGE MARK E WALKER on 10/22/2021. (vkm) (Entered: 10/22/2021) |
| 10/22/2021 | 223 | ORDER REQUIRING EXPEDITED RESPONSE – Defendant Lee is ordered to file an expedited response to Plaintiffs' 260 motion on or before **10/29/2021** (filed in 4:21cv187–MW–MAF). Signed by CHIEF JUDGE MARK E WALKER on 10/22/2021. (vkm) (Entered: 10/22/2021) |
| 10/22/2021 | 224 | MOTION for Leave to Depose Non–Parties *After Close of Fact Discovery* by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 Exhibit Email notice from NAACP and FRT plaintiffs intention to file motion for leave to depose non–parties after close of discovery, # 2 Exhibit Opposition to filing) (ROMERO–CRAFT, KIRA) Modified on 11/1/2021 to reflect document title (ckm). (Entered: 10/22/2021) |
| 10/22/2021 | 225 | ANSWER to 59 Amended Complaint,,,,,,,, by LAUREL M LEE. (JAZIL, MOHAMMAD) (Entered: 10/22/2021) |
| 10/25/2021 | 226 | ORDER REQUIRING EXPEDITED RESPONSE. Defendant Leeand any other party who opposes the motion is ordered to file an expedited response to Plaintiffs' motion on or before **10/29/2021**. Signed by CHIEF JUDGE MARK E WALKER on 10/25/2021. (rcb) (Entered: 10/25/2021) |
| 10/28/2021 | 227 | Unopposed MOTION to Voluntarily Dismiss Plaintiff Faith in Florida by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO–CRAFT, KIRA) (Entered: 10/28/2021) |
| 10/28/2021 | 228 | RESPONSE in Opposition re 217 MOTION to Quash *the Deposition Subpoenas to Seven Members of the Florida Legislature* filed by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO–CRAFT, KIRA) (Entered: 10/28/2021) |
| 10/29/2021 | 229 | ORDER OF DISMISSAL (granting 227 Motion to Voluntarily Dismiss) – Faith in Florida's claims are dismissed without prejudice with each side to bear its own fees and costs. (Plaintiff FAITH IN FLORIDA terminated.) Signed by CHIEF JUDGE MARK E WALKER on 10/29/2021. (ckm) (Entered: 10/29/2021) |
| 10/29/2021 | 230 | Unopposed MOTION to File a Reply Brief in Support of 217 Motion to Quash Subpoenas for the Deposition Testimony of Seven Members of the Florida Legislature by Dennis Baxley, Jim Boyd, Jeff Brandes, Erin Grall, Joe Gruters, Blaise Ingoglia, Kathleen Passidomo. (EZRAY, EVAN) Modified on 11/1/2021 to reflect document title (ckm). (Entered: 10/29/2021) |
| 10/29/2021 | 231 | RESPONSE in Opposition re 220 MOTION to Quash *Non–Party Subpoena to Governor's Office* filed by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (ROMERO–CRAFT, KIRA) (Entered: 10/29/2021) |
| 10/29/2021 | 232 | Notice of Filing RESPONSE to Plaintiffs' 224 Motion for Leave to Depose Non–Parties *After Close of Fact Discovery* ***NOTICE OF FILED RESPONSE IN 4:21–cv–186)* *** filed by LAUREL M LEE. (JAZIL, MOHAMMAD) Modified on 11/1/2021 to reflect document title (ckm). (Entered: 10/29/2021) |

| 11/01/2021 | 233 | ORDER GRANTING 230 MOTION TO FILE REPLY – The Legislators must file their reply brief on or before 5:00 p.m. **11/2/2021**. Signed by CHIEF JUDGE MARK E WALKER on 11/1/2021. (ckm) (Entered: 11/01/2021) |
|---|---|---|
| 11/02/2021 | 234 | REPLY Memorandum in Support of 217 Motion to Quash Subpoenas for the Deposition Testimony of Seven Members of the Florida Legislature filed by Dennis Baxley, Jim Boyd, Jeff Brandes, Erin Grall, Joe Gruters, Blaise Ingoglia, Kathleen Passidomo. (EZRAY, EVAN) (Entered: 11/02/2021) |
| 11/04/2021 | 235 | OMNIBUS ORDER ON MOTIONS TO QUASH – The Legislators' mirroring motions to quash, ECF No. 257 in Case No. 4:21cv187 and ECF No. 217 in Case No. 4:21cv201, are GRANTED. The Governor's office's mirroring motions to quash, ECF No. 287 in Case No. 4:21cv186 and ECF No. 220 in Case No. 4:21cv201, are GRANTED. Given this Court's order quashing the subpoenas at issue, Plaintiffs' mirroring motions for leave to depose non–parties after the close of discovery, ECF No. 265 in Case No. 4:21cv187 and ECF No. 224 in Case No. 4:21cv201, are DENIED as moot. Signed by CHIEF JUDGE MARK E WALKER on 11/4/2021. (ckm) (Entered: 11/04/2021) |
| 11/12/2021 | 236 | NOTICE *of Filing Exhibits in Support of Motion for Summary Judgment* by CRAIG LATIMER (Attachments: # 1 Exhibit, # 2 Exhibit) (TODD, STEPHEN) (Entered: 11/12/2021) |
| 11/12/2021 | 237 | MOTION for Summary Judgment by CRAIG LATIMER. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **12/3/2021**. (TODD, STEPHEN) (Entered: 11/12/2021) |
| 11/12/2021 | 238 | NOTICE *of Filing Exhibits in Support of Motion for Partial Summary Judgement* by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS (Attachments: # 1 Exhibit April 19, 2021 Florida Legislature Session House State Affairs Committee, House Bill 7041, # 2 Exhibit April 20, 2021 Florida Legislature Session Rules Committee on SB90, # 3 Exhibit April 22, 2021 Florida Legislature Session Florida Senate Floor Debate, Senate Bill 90, # 4 Exhibit April 27, 2021 Florida Legislature Session House Debate, Senate Bill 90, # 5 Exhibit April 28, 2021 Florida Legislature Session House in Session, Senate Bill 90 Third Reading, # 6 Exhibit Florida Secretary of States Response and Objections to the Florida League of Women Voters, et al.s First Set of Interrogatories, # 7 Exhibit Opening Expert Report of Sharon Austin, Ph.D., # 8 Exhibit J. Morgan Kousser Ph.D. Expert Report, # 9 Exhibit Daniel Smith, Ph.D. Expert Report, # 10 Exhibit Deposition of Christina White, # 11 Exhibit Deposition of Alan Hays, # 12 Exhibit Deposition of Michael Bennett, # 13 Exhibit Deposition of Mark Earley, # 14 Exhibit Deposition of Craig Latimer, # 15 Exhibit Deposition of Joe Scott, # 16 Exhibit Deposition of Tommy Doyle, # 17 Exhibit Deposition of Kaiti Lenhart, # 18 Exhibit Declaration of Michael McDonald, # 19 Exhibit Deposition of Brian Corley, # 20 Exhibit Deposition of Julie Marcus, # 21 Exhibit Deposition of Gepsie Metellus, # 22 Exhibit Declaration in Lieu of Deposition of Wendy Sartory Link, Supervisor of Elections for Palm Beach County, # 23 Exhibit Deposition of Jasmine Burney–Clark, # 24 Exhibit Deposition of Andrea Mercado (Volume 1), # 25 Exhibit Deposition of Soraya Marquez, # 26 Exhibit Deposition of Maria Matthews, # 27 Exhibit Deposition of Andrea Mercado (Volume 2), # 28 Exhibit Declaration in Lieu of Deposition of Bill Cowles, Supervisor of Elections for Orange County, # 29 Exhibit Deposition of Jared Nordlund, # 30 Exhibit Deposition of Esteban Garces, # 31 Exhibit Deposition of Yanidsi Velez, # 32 Exhibit Deposition of Quentin Kidd, # 33 Exhibit November 1, 2021 Compendium of the RFA responses from County Supervisors) (ROMERO–CRAFT, KIRA) (Entered: 11/12/2021) |
| 11/12/2021 | 239 | MOTION to Exceed Word Limit by LAUREL M LEE. (JAZIL, MOHAMMAD) (Entered: 11/12/2021) |
| 11/12/2021 | 240 | NOTICE *of Supplemental Filing Exhibits in Support of Motion for Partial Summary Judgement* by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS re 238 Notice (Other),,,,,,,,, (Attachments: # 1 Exhibit Declaration of Jasmine Burney–Clark, # 2 Exhibit Declaration of Laudi Campo, # 3 Exhibit Declaration of Esteban Garces, # |

| | | |
|---|---|---|
| | | 4 Exhibit Declaration of Soraya Marquez, # 5 Exhibit Declaration of Jared Nordlund) (ROMERO−CRAFT, KIRA) (Entered: 11/12/2021) |
| 11/12/2021 | 241 | MOTION for Summary Judgment by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **12/3/2021**). (Attachments: # 1 Exhibit Memorandum of Law in Support of Motion for Partial Summary Judgement) (ROMERO−CRAFT, KIRA) (Entered: 11/12/2021) |
| 11/12/2021 | 242 | MOTION for Summary Judgment by LAUREL M LEE. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **12/3/2021**). (Attachments: # 1 Memo. in Support) (JAZIL, MOHAMMAD) (Entered: 11/12/2021) |
| 11/12/2021 | 243 | RESPONSE in Support re 242 MOTION for Summary Judgment *Joinder* filed by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (GREEN, TYLER) (Entered: 11/12/2021) |
| 11/12/2021 | 247 | ORDER GRANTING MOTION TO EXCEED WORD LIMIT 239 . Signed by CHIEF JUDGE MARK E WALKER on 11/12/2021. (tpm) (Entered: 11/15/2021) |
| 11/13/2021 | 244 | NOTICE by LAUREL M LEE (Attachments: # 1 Exhibit EX−001, # 2 Exhibit EX−002, # 3 Exhibit EX−003, # 4 Exhibit EX−004, # 5 Exhibit EX−005, # 6 Exhibit EX−006, # 7 Exhibit EX−007, # 8 Exhibit EX−008, # 9 Exhibit EX−009, # 10 Exhibit EX−010, # 11 Exhibit EX−011, # 12 Exhibit EX−012, # 13 Exhibit EX−013, # 14 Exhibit EX−014, # 15 Exhibit EX−015, # 16 Exhibit EX−016, # 17 Exhibit EX−017, # 18 Exhibit EX−023, # 19 Exhibit EX−024, # 20 Exhibit EX−028, # 21 Exhibit EX−029, # 22 Exhibit EX−030, # 23 Exhibit EX−037, # 24 Exhibit EX−038, # 25 Exhibit EX−039, # 26 Exhibit EX−040 PT 1, # 27 Exhibit EX−040 PT 2, # 28 Exhibit EX−041, # 29 Exhibit EX−044, # 30 Exhibit EX−048, # 31 Exhibit EX−049, # 32 Exhibit EX−051, # 33 Exhibit EX−052, # 34 Exhibit EX−053, # 35 Exhibit EX−101, # 36 Exhibit EX−119) (JAZIL, MOHAMMAD) (Entered: 11/13/2021) |
| 11/13/2021 | 245 | MOTION for Summary Judgment *Corrected* by LAUREL M LEE. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **12/6/2021**). (Attachments: # 1 Corrected Memo. in Support) (JAZIL, MOHAMMAD) (Entered: 11/13/2021) |
| 11/13/2021 | 246 | RESPONSE in Support re 245 MOTION for Summary Judgment *Corrected Joinder* filed by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (GREEN, TYLER) (Entered: 11/13/2021) |
| 11/15/2021 | 248 | RESPONSE in Opposition re 239 MOTION to Exceed Word Limit *and Cross−Motion to Strike Secretary Lee's Non−Compliant Summary Judgement Brief (ECF No. 245−1)* filed by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 Exhibit FRT Plaintiffs' Email Response Opposing Defendant Lee's Request to Exceed MSJ Word Limit) (ROMERO−CRAFT, KIRA) (Entered: 11/15/2021) |
| 11/15/2021 | 249 | ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT 242 . Signed by CHIEF JUDGE MARK E WALKER on 11/15/2021. (tpm) (Entered: 11/15/2021) |
| 11/15/2021 | 250 | NOTICE of Appearance by WILLIAM DAVID CHAPPELL on behalf of LAUREL M LEE (CHAPPELL, WILLIAM) (Entered: 11/15/2021) |
| 11/15/2021 | 251 | ORDER FOR PRETRIAL CONFERENCE. Signed by CHIEF JUDGE MARK E WALKER on 11/15/2021. Attorney Conference to take place by **12/20/2021**. Pretrial Stipulation due by **12/27/2021**. Pretrial Conference set for **1/3/2022 09:00 AM** in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. Bench Trial set for **1/31/2022 08:15 AM** in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. (tpm) (Entered: 11/15/2021) |
| 11/15/2021 | 252 | NOTICE *of Joinder* by CHRISTINA WHITE re 237 MOTION for Summary Judgment (VALDES, MICHAEL) (Entered: 11/15/2021) |

| 11/16/2021 | 253 | NOTICE *of Errata* by LAUREL M LEE re 242 MOTION for Summary Judgment (JAZIL, MOHAMMAD) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | 254 | ORDER DENYING MOTION TO STRIKE: Plaintiffs' motion to strike, ECF No. 248, is DENIED. Signed by CHIEF JUDGE MARK E WALKER on 11/16/2021. (tpm) (Entered: 11/16/2021) |
| 11/19/2021 | 255 | AMENDED ORDER FOR PRETRIAL CONFERENCE: Attorney Conference to take place by 12/20/2021. Pretrial Stipulation due by 12/27/2021. Bench Trial set for 1/31/2022 08:15 AM in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. IN PERSON Pretrial Conference set for 1/10/2022 09:00 AM in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER.. Signed by CHIEF JUDGE MARK E WALKER on 11/19/2021. (vkm) (Entered: 11/19/2021) |
| 11/23/2021 | 256 | ORDER GRANTING MOTION FOR RELIEF FROM REQUIREMENT TO SUBMIT STATUS REPORTS (Re: 328 Motion filed in 4:21-cv-00186-MW-MAF) Signed by CHIEF JUDGE MARK E WALKER on 11/23/2021. (vkm). (Entered: 11/23/2021) |
| 11/23/2021 | 257 | ORDER TO SHOW CAUSE. Defendant Lee, Defendant Hays, Defendant Doyle, and Defendant White are ordered to SHOW CAUSE on an expedited basis why this Court should not strike the portions of Defendant Lee's motion for summary judgment defending statutes she lacks standing to defend as well as Defendants Hays, Doyle, and White's notices/motions adopting Defendant Lee's arguments. Plaintiffs and the other supervisors may also file responses if they so choose. All responses must be filed on or before November 30, 2021. Signed by CHIEF JUDGE MARK E WALKER on 11/23/2021. Show Cause Response due by 11/30/2021. (mb) (Entered: 11/23/2021) |
| 11/30/2021 | 258 | RESPONSE TO ORDER TO SHOW CAUSE re ECF 257 by TOMMY DOYLE, ALAN HAYS. (BARDOS, ANDY) Modified on 12/1/2021 (tpm). (Entered: 11/30/2021) |
| 11/30/2021 | 259 | RESPONSE TO ORDER TO SHOW CAUSE re ECF 257 by LAUREL M LEE. (JAZIL, MOHAMMAD) Modified on 12/1/2021 (tpm). (Entered: 11/30/2021) |
| 11/30/2021 | 260 | MOTION to Intervene by LAUREL M LEE. (Attachments: # 1 Memo. in Support) (JAZIL, MOHAMMAD) (Entered: 11/30/2021) |
| 11/30/2021 |  | Set/Reset Deadlines as to 260 MOTION to Intervene . (Internal deadline for referral to judge if response not filed earlier: 12/14/2021). (tpm) (Entered: 12/01/2021) |
| 12/01/2021 | 261 | ORDER FOR EXPEDITED RESPONSE: Defendants Lee, Doyle, and Hayes have filed responses to this Court's Order to Show Cause (ECF Nos. 258 and 259 ). In addition, Defendant Lee has filed a motion to intervene (ECF No. 260 ). Plaintiffs must file an expedited response by 5:30 PM (ET) today, 12/1/2021, informing this Court (1) whether they oppose Defendant Lee's motion to intervene, and (2) if they wish to be heard on the responses to this Court's Order to Show Cause. Signed by CHIEF JUDGE MARK E WALKER on 12/01/2021. (tpm) (Entered: 12/01/2021) |
| 12/01/2021 | 262 | ORDER DENYING WITHOUT PREJUDICE JOINT MOTION TO CONSOLIDATE CASES FOR TRIAL re 334 in 4:21cv186-MW/MAF. Signed by CHIEF JUDGE MARK E WALKER on 12/01/2021. (sjb) (Entered: 12/01/2021) |
| 12/01/2021 | 263 | FLORIDA RISING PLAINTIFFS' RESPONSE TO COURT'S DECEMBER 1, 2021 ORDER, ECF 261 FOR EXPEDITED RESPONSE (KARPATKIN, JEREMY) Modified 12/2/2021 (tpm). (Entered: 12/01/2021) |
| 12/02/2021 | 264 | ANSWER AND AFFIRMATIVE DEFENSES re: 59 Amended Complaint by PAUL A LUX. (STEWART, GREGORY) Modified on 12/3/2021 to edit title (tpm). (Entered: 12/02/2021) |
| 12/02/2021 | 265 | OPPOSITION TO DEFENDANT LEE'S MOTION TO INTERVENE AND RESPONSE TO THE RESPONSES TO THE COURT'S ORDER TO SHOW CAUSE re 260 MOTION to Intervene filed by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO-CRAFT, KIRA) Modified on 12/3/2021 to edit title (tpm). (Entered: 12/02/2021) |

| 12/03/2021 | 266 | MOTION to Exclude Expert Testimony *of Dr. Quentin Kidd* by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (Attachments: # 1 Exhibit Memorandum in Support of Exclusion of Expert Testimony of Dr. Quentin Kidd, # 2 Exhibit Dr. Quentin Kidd Final Report, # 3 Exhibit Deposition of Dr. Quentin Kidd, # 4 Exhibit Response and Supplemental Declaration of Dr. Quentin Kidd, # 5 Exhibit Declaration of Dr. Michael McDonald) (ROMERO–CRAFT, KIRA) (Entered: 12/03/2021) |
|---|---|---|
| 12/03/2021 | 267 | RESPONSE to Motion re 241 MOTION for Summary Judgment filed by BILL COWLES, MARK EARLEY, MIKE HOGAN, PAUL A LUX, JOE SCOTT. (KLITSBERG, NATHANIEL) (Entered: 12/03/2021) |
| 12/03/2021 | 268 | ORDER ACKNOWLEDGING RESPONSE re 260 MOTION to Intervene: The motion to intervene, however, is more complex. Accordingly, this Court will take that motion under advisement and issue an order addressing it at a later date. Signed by CHIEF JUDGE MARK E WALKER on 12/03/2021. (tpm) (Entered: 12/03/2021) |
| 12/03/2021 | 269 | RESPONSE in Opposition re 241 MOTION for Summary Judgment filed by MELISSA ARNOLD, ALETRIS FARNAM, BRENDA HOOTS, TAMMY JONES, THERISA MEADOWS, DIANE SMITH, RON TURNER. (OLIVO, GERALDO) (Entered: 12/03/2021) |
| 12/03/2021 | 270 | RESPONSE to Motion re 241 MOTION for Summary Judgment filed by JANET H ADKINS, MARK ANDERSEN, CHRISTOPHER ANDERSON, SHIRLEY ANDERSON, MARY JANE ARRINGTON, MAUREEN BAIRD, KIM A BARTON, BOBBY BEASLEY, MICHAEL BENNETT, MARTY BISHOP, TOMI S BROWN, STARLET CANNON, CHRIS H CHAMBLESS, SHARON CHASON, GRANT CONYERS, BRIAN CORLEY, VICKI DAVIS, HEATH DRIGGERS, CAROL DUNAWAY, LORI EDWARDS, CAROL FINCH RUDD, JOYCE GRIFFIN, JOHN HANLON, TRAVIS HART, LAURA HUTTO, WILLIAM KEEN, JENNIFER M KINSEY, SHIRLEY G KNIGHT, KAITI LENHART, LISA LEWIS, WENDY LINK, JULIE MARCUS, CHRIS MILTON, JOSEPH MORGAN, MARK F NEGLEY, VICKY OAKES, PENNY OGG, DEBORAH OSBORNE, CHARLES OVERTURF, HEATHER RILEY, CONNIE SANCHEZ, LORI A SCOTT, AMANDA SEYFANG, DANA SOUTHERLAND, DAVID H STAFFORD, LESLIE SWAN, TAPPIE A VILLANE, GERTRUDE WALKER, WESLEY WILCOX. (MARI, FRANK) (Entered: 12/03/2021) |
| 12/03/2021 | 271 | NOTICE *of Filing Exhibits in Support of Memoranda in Opposition to Motions for Summary Judgment (ECF 245–1, ECF 237 & ECF 252)* by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS (Attachments: # 1 Exhibit February 16, 2021 Transcript Florida Legislature Session Committee on Ethics and Elections, Senate Bill 90, # 2 Exhibit March 10, 2021 Transcript Florida Legislature Session Senate Committee on Governmental Oversight and Accountability, Senate Bill 90, # 3 Exhibit March 22, 2021 Transcript Florida Legislature Session House Public Integrity and Elections Committee, House Bill 7041, # 4 Exhibit April 6–9, 2021 Email chain between Don Rubottom and Pierce Schuesslser, # 5 Exhibit April 8, 2021 Transcript Florida Legislature Sessions House Appropriations Committee on Bill 7041, # 6 Exhibit April 14, 2021 Transcript Florida Legislature Sessions Committee on Rules, Senate Bill 90, # 7 Exhibit April 19, 2021 Transcript Florida Legislature Session House State Affairs Committee, House Bill 7041, # 8 Exhibit April 20, 2021 Transcript Florida Legislature Session Rules Committee on SB90, # 9 Exhibit April 22, 2021 Transcript Florida Legislature Session Florida Senate Floor Debate, Senate Bill 90, # 10 Exhibit April 23, 2021 Association of Supervisors of Elections Statement, # 11 Exhibit April 26, 2021 Transcript Florida Legislature Session Committee on Ethics and Elections, Senate Bill 90, # 12 Exhibit April 27, 2021 Transcript Florida Legislature Session House Debate, Senate Bill 90, # 13 Exhibit April 28, 2021 Transcript Florida Legislature Session House in Session, Senate Bill 90 Third Reading, # 14 Exhibit April 29, 2021 Transcript Florida Legislature Session House in Session, Senate Bill 90, # 15 Exhibit April 29, 2021 Transcript Florida Legislature Session Senate in Session, Senate Bill 90, # 16 Exhibit April 30, 2021 Email from Supervisor Hays to V. Davis, # 17 Exhibit April 30, 2021 |

|  |  | Statement from Craig Latimer, Hillsborough County Supervisor of Elections and President of the Florida Supervisors of Elections, # 18 Exhibit May 5, 2021 Email from Supervisor Hays to Supervisors of Election, # 19 Exhibit May 6, 2021 Florida SB 90 (Signing V ersion), # 20 Exhibit June 2021 Florida SoS Presentation Slide Vote−by −Mail Requests – SoS000054, # 21 Exhibit June 25, 2021 Affidavit of Peg Resse (Hillsborough County) in Response to League Plaintiffs RFP, # 22 Exhibit July 7, 2021 Florida Secretary of States Response and Objections to the Florida League of Women Voters, et al.s First Set of Interrogatories, # 23 Exhibit August, 8, 2021 Miami−Dade Response to League Plaintiffs Interrogatories, # 24 Exhibit September 1, 2021 Opening Expert Report of Sharon Austin, Ph.D., # 25 Exhibit September 1, 2021 Dr. Traci R. Burch, Ph.D. Expert Report, # 26 Exhibit September 1, 2021 J. Morgan Kousser Ph.D. Expert Report, # 27 Exhibit September 1, 2021 Daniel Smith, Ph.D. Expert Report, # 28 Exhibit September 27, 2021 Deposition of Christina White, # 29 Exhibit October 6, 2021 Deposition of Alan Hays, # 30 Exhibit October 7, 2021 Deposition of Michael Bennett, # 31 Exhibit October 8, 2021 Deposition of Mark Earley, # 32 Exhibit October 11, 2021 Deposition of Craig Latimer, # 33 Exhibit October 12, 2021 Deposition of Joe Scott, # 34 Exhibit October 13, 2021 Deposition of Tommy Doyle, # 35 Exhibit October 13, 2021 J. Morgan Kousser Ph.D. Rebuttal and Supplemental Declaration, # 36 Exhibit October 13, 2021 Deposition of Kaiti Lenhart, # 37 Exhibit October 13, 2021 Daniel Smith, Ph.D. Supplemental and Rebuttal Expert Report, # 38 Exhibit October 14, 2021 Deposition of Brian Corley, # 39 Exhibit October 15, 2021 Deposition of Julie Marcus, # 40 Exhibit October 18, 2021 Deposition of Gepsie Metellus, # 41 Exhibit October 18, 2021 Declaration in Lieu of Deposition of Wendy Sartory Link, Supervisor of Elections for Palm Beach County, # 42 Exhibit October 19, 2021 Deposition of Jasmine Burney−Clark, # 43 Exhibit October 19, 2021 Deposition of Andrea Mercado (Volume 1), # 44 Exhibit October 20, 2021 Deposition of Soraya Marquez, # 45 Exhibit October 20, 2021 Deposition of Maria Matthews, # 46 Exhibit October 20, 2021 Deposition of Andrea Mercado (Volume 2), # 47 Exhibit October 20, 2021 Declaration in Lieu of Deposition of Bill Cowles, Supervisor of Elections for Orange County, # 48 Exhibit October 21, 2021 Deposition of Jared Nordlund, # 49 Exhibit October 22, 2021 Deposition of Esteban Garces, # 50 Exhibit October 22, 2021 Hillsborough County Supervisor of Election's Response to League Plaintiff's Request for Admissions, # 51 Exhibit October 22, 2021 Deposition of Y anidsi V elez, # 52 Exhibit November 12, 2021 Declaration of Jasmine Burney−Clark, # 53 Exhibit November 12, 2021 Declaration of Laudi Campo, # 54 Exhibit November 12, 2021 Declaration of Esteban Garces, # 55 Exhibit November 12, 2021 Declaration of Soraya Marquez, # 56 Exhibit November 22, 2021 Secretary of States Amended Response to Florida Rising Together Plaintiffs Request for Admissions, # 57 Exhibit December 2, 2021 Declaration of Jared Nordlund, # 58 Exhibit December 3, 2021 Declaration of Andrea Mercado, # 59 Exhibit December 3, 2021 Daniel Smith, Ph.D. Second Supplemental Expert Report, # 60 Exhibit October 14, 2021 − November 1, 2021 Compendium of the RFA responses from County Supervisors) (ROMERO−CRAFT, KIRA) (Entered: 12/03/2021) |
| 12/03/2021 | 272 | NOTICE of Exhibits in Support of Response to Plaintiffs' Motion for Partial Summary Judgment by LAUREL M LEE (Attachments: # 1 Exhibit Declaration of Alan Hays, # 2 Exhibit Deposition of Mark Earley, # 3 Exhibit Deposition of Alan Hays, # 4 Exhibit Deposition of Wendy Link, # 5 Exhibit Deposition of Julie Marcus, # 6 Exhibit Deposition of Victricia Simmons) (JAZIL, MOHAMMAD) (Entered: 12/03/2021) |
| 12/03/2021 | 273 | MOTION for Leave to File Brief for Amici Curiae States by District of Columbia. (Attachments: # 1 Amicus Brief) (TUETKEN, ADAM) (Entered: 12/03/2021) |
| 12/03/2021 | 274 | RESPONSE in Opposition re 241 MOTION for Summary Judgment filed by LAUREL M LEE. (JAZIL, MOHAMMAD) (Entered: 12/03/2021) |
| 12/03/2021 | 275 | RESPONSE in Opposition re 241 MOTION for Summary Judgment filed by CHRISTINA WHITE. (VALDES, MICHAEL) (Entered: 12/03/2021) |
| 12/03/2021 | 276 | RESPONSE in Opposition re 237 MOTION for Summary Judgment by Defendant Craig Latimer filed by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO−CRAFT, KIRA) (Entered: 12/03/2021) |

| | | |
|---|---|---|
| 12/03/2021 | 277 | NOTICE *of Joinder of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment* by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE re 274 Response in Opposition to Motion (GREEN, TYLER) (Entered: 12/03/2021) |
| 12/03/2021 | 278 | NOTICE *of Supplemental Filing Exhibits in Support of Memoranda in Opposition to Motions for Summary Judgment (ECF 245−1, ECF 237 & ECF 252)* by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS (Attachments: # 1 Exhibit Declaration of Soraya Marquez) (ROMERO−CRAFT, KIRA) (Entered: 12/03/2021) |
| 12/03/2021 | 279 | RESPONSE in Opposition re 237 MOTION for Summary Judgment *CORRECTED FILING* filed by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO−CRAFT, KIRA) (Entered: 12/03/2021) |
| 12/03/2021 | 280 | RESPONSE in Opposition re 245 MOTION for Summary Judgment *Corrected* filed by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO−CRAFT, KIRA) (Entered: 12/03/2021) |
| 12/06/2021 | 281 | ORDER GRANTING MOTION FOR LEAVE TO FILE AS AMICUS CURIAE − Accordingly, the motion is GRANTED, and the amicus curiae brief attached to the motion, ECF No. 273 −1, is accepted as filed. Signed by CHIEF JUDGE MARK E WALKER on 12/6/2021. Signed by CHIEF JUDGE MARK E WALKER on 12/6/2021. (jcw) (Entered: 12/06/2021) |
| 12/06/2021 | 282 | ORDER GRANTING MOTION TO INTERVENE re: ECF No. 260 . Signed by CHIEF JUDGE MARK E WALKER on 12/06/2021. (tpm) (Entered: 12/06/2021) |
| 12/06/2021 | 283 | MOTION to Dispense with Pretrial Briefing and Permit Post−Trial Briefing by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO−CRAFT, KIRA) (Entered: 12/06/2021) |
| 12/06/2021 | 284 | ORDER DENYING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY, ECF No. 266 : This Court will determine what weight, if any, to give Dr. Kidd's testimony after trial. Signed by CHIEF JUDGE MARK E WALKER on 12/06/2021. (tpm) (Entered: 12/07/2021) |
| 12/07/2021 | 285 | ORDER GRANTING MOTION TO DISPENSE WITH PRETRIAL BRIEFING, ECF No. 283 : The parties are relieved of their obligation to file pretrial briefing. They may, however, file post−trial briefing on a schedule to be set at the conclusion of the trial in this case. Signed by CHIEF JUDGE MARK E WALKER on 12/07/2021. (tpm) (Entered: 12/07/2021) |
| 12/07/2021 | 286 | NOTICE of Appearance by JAMES TIMOTHY MOORE, JR on behalf of CHRISTOPHER ANDERSON, MICHAEL BENNETT, BRIAN CORLEY, TOMMY DOYLE, JENNIFER J EDWARDS, JOYCE GRIFFIN, ALAN HAYS, PAUL STAMOULIS, LESLIE SWAN, WESLEY WILCOX (MOORE, JAMES) (Entered: 12/07/2021) |
| 12/08/2021 | 287 | NOTICE of Appearance by BRENDALYN EDWARDS on behalf of JOE SCOTT (EDWARDS, BRENDALYN) (Entered: 12/08/2021) |
| 12/08/2021 | 288 | ORDER CONSOLIDATING CASES FOR TRIAL: Case Nos. 4:21cv186, 4:21cv187, 4:21cv201, and 4:21cv242 are consolidated for trial under the lowest case number, 4:21cv186. Signed by CHIEF JUDGE MARK E WALKER on 12/08/2021. (tpm) (Entered: 12/08/2021) |
| 12/10/2021 | 289 | NOTICE *OF FILING DOCUMENTS FOR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT* by LAUREL M LEE (Attachments: # 1 Exhibit Declaration of Alan Hays, # 2 Exhibit Declaration of Maria Matthews, # 3 Exhibit Deposition of |

| | | Craig Latimer, # 4 Exhibit Deposition of Christina White 1 of 2, # 5 Exhibit Deposition of Christina White 2 of 2) (JAZIL, MOHAMMAD) (Entered: 12/10/2021) |
|---|---|---|
| 12/10/2021 | 290 | REPLY to Response to Motion re 245 MOTION for Summary Judgment *Corrected* filed by LAUREL M LEE. (JAZIL, MOHAMMAD) (Entered: 12/10/2021) |
| 12/10/2021 | 291 | MEMORANDUM in Support re 241 MOTION for Summary Judgment filed by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, PODER LATINX, UNIDOSUS. (ROMERO–CRAFT, KIRA) (Entered: 12/10/2021) |
| 12/10/2021 | 292 | RESPONSE in Support re 245 MOTION for Summary Judgment *Corrected* filed by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (GREEN, TYLER) (Entered: 12/10/2021) |
| 12/17/2021 | 293 | ORDER ON DEFENDANT SUPERVISORS' MOTION FOR SUMMARY JUDGMENT: Defendant Latimer's motion, ECF No. 237 , is therefore GRANTED in part only as to Count V of the Amended Complaint to the extent Plaintiffs raise a facial challenge to the non–solicitation provision under the First Amendment, ECF No. 59 at 101.5 The motion is otherwise DENIED. It does not appear at this juncture that Plaintiffs need to amend their complaint to account for this kind of shift, but for this Courts convenience and to avoid prejudice to the Defendants, Plaintiffs need to tell this Court in advance how they intend to proceed at trial. Specifically, Plaintiffs must file with the pretrial stipulation due **12/27/2021**, a list of each claim they intend to pursue at trial and whether that claim is brought as a facial challenge, an as–applied challenge, or bothor if the designation is inapplicable, they must so state. Signed by CHIEF JUDGE MARK E WALKER on 12/17/2021. (tpm) (Entered: 12/17/2021) |
| 12/17/2021 | 294 | ORDER ON CROSS–MOTIONS FOR SUMMARY JUDGMENT: Defendants' motion for summary judgment, ECF No. 245 , is GRANTED in part and DENIED in part. The motion is granted only to the extent that Plaintiffs mount a facial challenge to the non–solicitation provision under the First Amendment. The motion is otherwise denied. Plaintiffs' motion for summary judgment, ECF No. 241 , is DENIED. Going forward, for the benefit of this Court and to avoid any prejudice to Defendants at trial, Plaintiffs shall include in their pretrial stipulation due **12/27/2021**, a list of each claim at issue and identify whether Plaintiffs are proceeding with an as–applied or facial challengeor bothas to each claim. If neither designation is applicable, the Plaintiffs must so state. This Court requires notice of the Plaintiffs' position ahead of trial for purposes of focusing this Court's attention during the presentation of evidence. Signed by CHIEF JUDGE MARK E WALKER on 12/17/2021. (tpm) (Entered: 12/17/2021) |
| 12/29/2021 | 295 | NOTICE OF RESCHEDULED HEARING:

**PLEASE NOTE ONLY THE HEARING TIME HAS CHANGED**

Pretrial Conference reset for **1/10/2022 10:00 AM** before CHIEF JUDGE MARK E WALKER. United States Courthouse, **Courtroom 5 West,** 111 North Adams St., Tallahassee, Florida 32301.

Per Administrative Order, to protect the health and safety of all occupants, **all persons who enter any courthouse within the Northern District of Florida are required to wear face masks or other face coverings that cover the person's nose and mouth while in any public or common area within the facility.**

**Face masks are required in Courtroom 5 West.**

NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Victoria Milton McGee at 850–521–3510 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.

s/ Victoria Milton McGee
Courtroom Deputy Clerk (vkm) (Entered: 12/29/2021) |

| | | |
|---|---|---|
| 12/30/2021 | 296 | NOTICE OF RESCHEDULED HEARING: Telephonic Pretrial Conference set for **1/10/2022 10:00 AM** before CHIEF JUDGE MARK E WALKER.<br><br>ALL PARTIES are directed to call the AT&T Conference Line (see below)<br><br>Conference Call Information<br><br>You may dial into the conference call up to five minutes before start time. Call in number: **888–684–8852** When prompted for an access code, enter: **3853136#** If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: **4565#** Say your name, when prompted. You are now in the conference call. Remember to mute your phone when you are not speaking. **The Court asks that counsel NOT use cell phones or speaker phones** during the call as the quality of the audio connection is comprised by these devices.<br><br>s/ Victoria Milton McGee<br>Courtroom Deputy Clerk (vkm) (Entered: 12/30/2021) |
| 01/04/2022 | 297 | NOTICE of Appearance by TARA R PRICE on behalf of NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE (PRICE, TARA) (Entered: 01/04/2022) |
| 01/06/2022 | 298 | NOTICE of Appearance by MATTHEW REED SHAUD on behalf of DAVID H STAFFORD (SHAUD, MATTHEW) (Entered: 01/06/2022) |
| 01/10/2022 | 299 | MOTION to Appear Pro Hac Vice by Sabrina Khan.( Filing fee $ 208 receipt number AFLNDC–6619856.) by FLORIDA RISING TOGETHER. (Attachments: # 1 Letter of Good Standing) (KHAN, SABRINA) (Entered: 01/10/2022) |
| 01/10/2022 | 300 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Telephonic Pretrial Conference held on 1/10/2022. Parties discuss case status, trial protocols and Court hears argument regarding 424 Joint Motion to Hold Trial Remotely. Ruling by Court: 424 Joint Motion is granted. Parties must provide Court list of witnesses 48 hours in advance, include topics and the exhibits that are expected to be identified with each witness. Parties to provide Court with binders of stipulated trial exhibits by **1/24/2022**. Parties to coordinate with the Court's IT staff to address and resolve issues related to conducting the bench trial remotely. Order to follow (Court Reporter Megan Hague). (vkm) (Entered: 01/13/2022) |
| 01/19/2022 | 301 | ORDER ADMITTING SABRINA KHAN PRO HAC VICE: This Court has considered, without hearing, the motion to admit Sabrina Khan pro hac vice, ECF No. 299 . The motion is GRANTED. Having fulfilled the requirements of the Local Rules for admission, Sabrina Khan is admitted pro hac vice as counsel for Plaintiffs. Signed by CHIEF JUDGE MARK E WALKER on 01/19/2022. (tpm) (Entered: 01/19/2022) |
| 01/20/2022 | 302 | NOTICE OF TELEPHONIC HEARING: Telephonic Status Conference set for **1/21/2022 09:00 AM** before CHIEF JUDGE MARK E WALKER.<br><br>ALL PARTIES are directed to call the AT&T Conference Line (see below)<br><br>Conference Call Information<br><br>You may dial into the conference call up to five minutes before start time. Call in number: **888–684–8852** When prompted for an access code, enter: **3853136#** If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: **4565#** Say your name, when prompted. You are now in the conference call. Remember to mute your phone when you are not speaking. **The Court asks that counsel NOT use cell phones or speaker phones** during the call as the quality of the audio connection is comprised by these devices.<br><br>s/ Victoria Milton McGee<br>Courtroom Deputy Clerk (vkm) (Entered: 01/20/2022) |
| 01/21/2022 | 303 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Telephonic Status Conference held on 1/21/2022. Parties discuss case status, exhibit and witness protocols. Ruling by Court: Parties to file separately unopposed admitted exhibits and unopposed exhibits admitted for a limited purpose. If necessary, |

| | | unredacted exhibits may be filed under seal (Court Reporter Megan Hague). (vkm) (Entered: 01/25/2022) |
|---|---|---|
| 02/11/2022 | 304 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL: Plaintiffs' motion, ECF No. 596, is GRANTED. The Clerk must enter judgment in Case Nos. 4:21cv186 and 4:21cv201, stating, "Plaintiffs Mi Familia Vota Education Fund and Haitian Neighborhood Center Sant La's claims against Defendants are dismissed without prejudice. The parties will each bear their attorney's fees and costs." Signed by CHIEF JUDGE MARK E WALKER on 02/11/2022. (tpm) (Entered: 02/11/2022) |
| 02/11/2022 | 305 | CLERK'S JUDGMENT entered pursuant to ECF No. 304 Order Granting Motion for Voluntary Dismissal. (tpm) (Entered: 02/11/2022) |
| 03/23/2022 | 306 | NOTICE of Change of Address by KIRA ROMERO–CRAFT (ROMERO–CRAFT, KIRA) (Entered: 03/23/2022) |
| 03/30/2022 | 307 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL: This motion is, therefore, GRANTED. Ms. Saunders, however, has only entered an appearance in Case No. 4:21cv187, so the Clerk shall disconnect Saunders from CM/ECF in Case No. 4:21cv187. Signed by CHIEF JUDGE MARK E WALKER on 03/30/2022. (tpm) (Attorney Saunders disconnected in 4:21cv187) Modified on 3/31/2022 (tpm). (Entered: 03/30/2022) |
| 03/31/2022 | 308 | ***VACATED in part per ORDER 353 *** FINAL ORDER FOLLOWING BENCH TRIAL. In Case No. 4:21cv201, the Clerk shall enter judgment stating: This Court hereby DECLARES that the drop box provision described in section 101.69(2)–(3), Florida Statutes (2021), as amended by SB 90, violates Plaintiffs rights under the Fourteenth and Fifteenth Amendments of the United States Constitution and section 2 of the Voting Rights Act. This Court GRANTS Plaintiffs request for a permanent injunction. Neither Defendant Lee nor the Defendant Supervisors of Elections, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendants Lee and the Supervisors of Elections shall enforce, nor permit enforcement of, the drop box provision described in section 101.69(2)–(3), Florida Statutes (2021), as amended by SB 90. Defendants Lee and the Supervisors of Elections, and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with Defendants Lee and the Supervisors of Elections shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order. In addition, this Court DECLARES that the prohibition against engaging in any activity with the intent to influence or effect of influencing a voter under section 102.031(4)(a)(b), Florida Statutes (2021), as amended by SB 90, violates Plaintiffs rights under the First, Fourteenth, and Fifteenth Amendments of the United States Constitution and section 2 of the Voting Rights Act. This Court GRANTS Plaintiffs request for a permanent injunction. Neither Defendant Supervisors of Elections, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendant Supervisors of Elections shall enforce, nor permit enforcement of, the prohibition against engaging in any activity with the intent to influence or effect of influencing a voter as described in section 102.031(4)(a)–(b), Florida Statutes (2021), as amended by SB 90. Defendant Supervisors of Elections and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with Defendant Supervisors of Elections shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order. In addition, this Court DECLARES that the registration delivery provision described in section 97.0575(3)(a), Fla. Stat. (2021), as amended by SB 90, violates Plaintiffs rights under the Fourteenth, and Fifteenth Amendments of the United States Constitution and section 2 of the Voting Rights Act. This Court GRANTS Plaintiffs request for a permanent injunction. Neither Defendant Lee nor Defendant Moody, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendants Lee and Moody shall enforce, nor permit enforcement of, the registration delivery provision described in section 97.0575(3)(a), Florida Statutes (2021), as amended by SB 90. Defendants Lee and Moody, and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with Defendants Lee and Moody shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order. Finally, this Court DECLARES that the |

| | | |
|---|---|---|
| | | registration disclaimer provision described in section 97.0575(3)(a), Fla. Stat. (2021), as amended by SB 90, violates Plaintiffs rights under the First Amendment of the United States Constitution. This Court GRANTS Plaintiffs request for a permanent injunction. Neither Defendant Lee nor Defendant Moody, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendants Lee and Moody shall enforce, nor permit enforcement of, the registration disclaimer provision described in section 97.0575(3)(a), Florida Statutes (2021), as amended by SB 90. Defendants Lee and Moody, and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with Defendants Lee and Moody shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order. Signed by CHIEF JUDGE MARK E WALKER on 3/31/22. (pll) (Entered: 03/31/2022) |
| 03/31/2022 | 309 | ***VACATED in part per ORDER 353 ***CLERK'S JUDGMENT re 308 Order. 90 Day Exhibit Return Deadline set for 6/29/2022 (pll) (Entered: 03/31/2022) |
| 04/07/2022 | 310 | NOTICE OF APPEAL as to 309 Clerk's Judgment, 308 Order by LAUREL M LEE. ( Filing fee $505 Receipt Number AFLNDC−6914556.) (JAZIL, MOHAMMAD) Modified as to text on 5/4/2022 (tpm). (Entered: 04/07/2022) |
| 04/07/2022 | 313 | Appeal Instructions re: 310 Notice of Appeal : The Transcript Request Form is available on the Internet at http://www.flnd.uscourts.gov/forms/Attorney/ECCA_transcript_form_fillable.pdf **PLEASE NOTE** Separate forms must be filed for each court reporter in both the district court and the appeals court. Transcript Order Form due by 4/21/2022. (tpm) (Entered: 04/11/2022) |
| 04/07/2022 | | Set Deadlines re 310 Notice of Appeal : Clerk to check status of Appeal on 7/6/2022. Certificate of Readiness (FRAP 11) due by 4/25/2022 (tpm) (Entered: 04/11/2022) |
| 04/08/2022 | 311 | SEALED ORDER regarding Court Reporter Fees. Signed by CHIEF JUDGE MARK E WALKER on 04/08/2022. (tpm) Modified on 4/8/2022 (tpm). (Entered: 04/08/2022) |
| 04/08/2022 | | Set Deadlines re ECF No. 311 SEALED ORDER: Show Cause Response due by 4/15/2022. (tpm) (Entered: 04/14/2022) |
| 04/11/2022 | 312 | MOTION to Withdraw as Attorney by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (BAILEY, LESLIE) (Entered: 04/11/2022) |
| 04/11/2022 | 314 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 310 Notice of Appeal (tpm) (Entered: 04/11/2022) |
| 04/11/2022 | 325 | USCA PROCEDURAL LETTER AND CASE NUMBER for 310 NOTICE OF APPEAL as to 309 Clerk's Judgment, 308 Order. USCA Case Number 22−11145−G. (tpm) (Entered: 05/04/2022) |
| 04/12/2022 | 315 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL: This Court has considered, without hearing, the motion to withdraw Leslie C. Bailey as counsel for Plaintiffs. ECF No. 312 . Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, GRANTED. Ms. Bailey, however, has only entered an appearance in Case No. 4:21cv201, so the Clerk shall disconnect Ms. Bailey from CM/ECF in Case No. 4:21cv201. Signed by CHIEF JUDGE MARK E WALKER on 04/12/2022. (tpm) ( Attorney LESLIE CLAIRE BAILEY terminated in case 4:21−cv−201) (Entered: 04/12/2022) |
| 04/13/2022 | 316 | TRANSCRIPT REQUEST by LAUREL M LEE for proceedings held on 1/31/2022 − 2/16/2022 before Judge Chief Judge Walker, Court Reporter:Megan Hague (JAZIL, MOHAMMAD) (Entered: 04/13/2022) |
| 04/14/2022 | 317 | MOTION for Attorney Fees *[FLORIDA RISING TOGETHER PLAINTIFFS MOTION TO DETERMINE ENTILEMENT TO ATTORNEYS FEES, EXPERT FEES, AND LITIGATION EXPENSES AND INCORPORATED MEMORANDUM OF LAW]* by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (KARPATKIN, JEREMY) (Entered: 04/14/2022) |

| 04/14/2022 | 318 | BILL OF COSTS by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (KARPATKIN, JEREMY) (Entered: 04/14/2022) |
|---|---|---|
| 04/14/2022 | 319 | Sealed Document. (tpm) (Entered: 04/15/2022) |
| 04/15/2022 | 320 | ORDER DIRECTING CLERK TO TERMINATE MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES: The Clerk is directed to terminate the motion, ECF No. 317, and this Court will re–gavel it, if necessary, once the appeal is final. Defendants need not respond to the motion at this time. If Plaintiffs believe there is an important reason to address the motion on the merits now, notwithstanding the pending appeal, they must file a supplemental brief explaining why on or before Friday, **4/22/2022**. Signed by CHIEF JUDGE MARK E WALKER on 04/15/2022. (tpm) (ECF No. 317 Motion for Attorney Fees has been terminated) (Entered: 04/15/2022) |
| 04/22/2022 | 321 | MOTION to Hold in Abeyance Proceedings Related to Bill of Costs by LAUREL M LEE. (JAZIL, MOHAMMAD) (Entered: 04/22/2022) |
| 04/22/2022 | 322 | ORDER GRANTING MOTION TO HOLD IN ABEYANCE: This Court has considered, without hearing, Defendant Lee's unopposed motion to hold in abeyance proceedings related to Plaintiffs' Bill of Costs until the pending appeal is resolved, ECF No. 321 . The motion is GRANTED. This Court holds in abeyance all proceedings related to Plaintiffs' Bill of Costs pending the resolution of Defendants' appeal. Signed by CHIEF JUDGE MARK E WALKER on 04/22/2022. (tpm) (Entered: 04/22/2022) |
| 04/28/2022 | 323 | MOTION to Withdraw as Attorney by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (LOPEZ, JANINE) (Entered: 04/28/2022) |
| 04/28/2022 | 324 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL: This Court has considered, without hearing, the motion to withdraw Janine M. Lopez as counsel for Plaintiffs. ECF No. 323 . Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, GRANTED. The Clerk shall disconnect Ms. Lopez from CM/ECF on this matter. Signed by CHIEF JUDGE MARK E WALKER on 04/28/2022. (tpm)(Attorney Janine M. Lopez terminated) (Entered: 04/29/2022) |
| 05/31/2022 | 326 | MOTION to Withdraw as Attorney *of Record, E. Paul Cuffe* by MARK ANDERSEN, BOBBY BEASLEY, TOMI S BROWN, STARLET CANNON, SHARON CHASON, GRANT CONYERS, CAROL DUNAWAY, CAROL FINCH RUDD, TRAVIS HART, LAURA HUTTO, WILLIAM KEEN, JENNIFER M KINSEY, SHIRLEY G KNIGHT, CHRIS MILTON, JOSEPH MORGAN, VICKY OAKES, DEBORAH OSBORNE, CHARLES OVERTURF, HEATHER RILEY, DANA SOUTHERLAND, TAPPIE A VILLANE. (CUFFE, EDWARD) (Entered: 05/31/2022) |
| 06/01/2022 | 327 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL – This 326 motion is, therefore, GRANTED. The Clerk shall disconnect Mr. Cuffe from CM/ECF in Case No. 4:21cv201. Signed by CHIEF JUDGE MARK E WALKER on 6/1/22. (sjb) (Clerk will disconnect Mr. Cuffe as directed) (Entered: 06/01/2022) |
| 06/24/2022 | 328 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL: This Court has considered, without hearing, the motion to withdraw Daniel Shapiro as counsel for Intervenor–Defendants. ECF No. 697, in Case No. 4:21cv186. The Defendants continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, GRANTED. The Clerk shall disconnect Mr. Shapiro from CM/ECF in Case No. 4:21CV201. Signed by CHIEF JUDGE MARK E WALKER on 06/24/2022. (tpm)(Attorney DANIEL JOSEPH SHAPIRO terminated.) (Entered: 06/24/2022) |
| 09/27/2022 | 329 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Northern District of Florida certifies that the record is complete for purposes of this appeal re: 310 Notice of Appeal, Appeal No. 22–11145–G. The entire record on appeal is available electronically. (tpm) (Entered: 09/27/2022) |
| 09/27/2022 | | Reset Appeal Deadlines re 310 Notice of Appeal : Clerk to check status of Appeal on **12/27/2022**. (tpm) (Entered: 09/27/2022) |

| | | |
|---|---|---|
| 10/14/2022 | [330](#) | NOTICE of Appearance by WILLIAM LOWELL NELSON, III on behalf of DAVID H STAFFORD (NELSON, WILLIAM) (Entered: 10/14/2022) |
| 10/17/2022 | [331](#) | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL: This Court has considered, without hearing, Shira Poliak's motion to withdraw as counsel for Plaintiffs. ECF No. 713, Case No. 4:21cv186. The motion is GRANTED. The Clerk shall disconnect Ms. Poliak from CM/ECF in Case No. 4:21cv186 and the three cases consolidated with it; namely, Case Nos. 4:21cv187, 4:21cv242, and 4:21cv201. Signed by CHIEF JUDGE MARK E WALKER on 10/17/2022. (tpm) (Main Document 331 replaced on 10/26/2022) (tpm). (Entered: 10/24/2022) |
| 10/31/2022 | [332](#) | MOTION to Withdraw as Attorney by DAVID H STAFFORD. (SHAUD, MATTHEW) (Entered: 10/31/2022) |
| 10/31/2022 | [333](#) | ORDER GRANTING [332](#) MOTION TO WITHDRAW AS COUNSEL. The motions are GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 10/31/2022. (rcb) (Entered: 11/01/2022) |
| 11/01/2022 | [334](#) | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL. (GALINDO, EMILY) Modified to edit title on 11/2/2022 (rcb). (Entered: 11/01/2022) |
| 11/02/2022 | [335](#) | ORDER GRANTING [334](#) MOTION TO WITHDRAW AS COUNSEL. The motion is, therefore, GRANTED. The Clerk shall disconnectSabrina Kahn, Esperanza Segarra, and Gilda Daniels from CM/ECF in this matter. Signed by CHIEF JUDGE MARK E WALKER on 11/02/2022. (rcb) (Entered: 11/02/2022) |
| 01/13/2023 | [336](#) | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL – The 724 motion is GRANTED. The Clerk shall disconnect Ms. Nunnally from CM/ECF in this case. Signed by CHIEF JUDGE MARK E WALKER on 1/13/23. (sjb) (Entered: 01/13/2023) |
| 01/19/2023 | | Set Deadlines re [310](#) Notice of Appeal :( Clerk to check status of Appeal on **3/27/2023**.) (sjb) (Entered: 01/19/2023) |
| 02/14/2023 | [337](#) | Joint MOTION to Withdraw as Attorney *for Kira Romero–Craft and Brenda Wright* by FLORIDA RISING TOGETHER. (WRIGHT, BRENDA) (Entered: 02/14/2023) |
| 02/14/2023 | [338](#) | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL – The [337](#) motion is, therefore, GRANTED. The Clerk shall disconnect Kira Romero–Craft and Brenda Wright from CM/ECF in this matter. Signed by CHIEF JUDGE MARK E WALKER on 2/14/23. (sjb) (Entered: 02/14/2023) |
| 03/17/2023 | [339](#) | Unopposed MOTION to Withdraw as Counsel for Defendant, PAUL A LUX, in His Official Capacity as Supervisor of Elections for Okaloosa County. (ELLIS, ELIZABETH) Modified on 3/20/2023 to complete the document title. (kjw) (Entered: 03/17/2023) |
| 03/20/2023 | [340](#) | ORDER GRANTING [339](#) MOTION TO WITHDRAW AS COUNSEL. This motion is, therefore, GRANTED. The Clerk shall disconnect Elizabeth Desloge Ellis from CM/ECF in Case Nos. 4:21cv186, 4:21cv187, 4:21cv201, and 4:21cv242. Signed by CHIEF JUDGE MARK E WALKER on 03/20/2023. (rcb)** Attorney ELIZABETH DESLOGE ELLIS terminated as directed** (Entered: 03/20/2023) |
| 03/29/2023 | | Set Deadlines re [310](#) Notice of Appeal :( Clerk to check status of Appeal on **6/26/2023**.) (sjb) (Entered: 03/29/2023) |
| 04/28/2023 | [341](#) | ORDER FOR BRIEFING SCHEDULE– To be clear, this Court is not re–opening the record for further evidence. Instead, this Court is affording the parties an opportunity to file supplemental briefs on the concentrated issues left for this Court's determination. Signed by CHIEF JUDGE MARK E WALKER on 4/28/23. (sjb) (Entered: 05/01/2023) |
| 05/02/2023 | [342](#) | NOTICE of Appearance by MATTHEW REED SHAUD on behalf of PAUL A LUX (SHAUD, MATTHEW) (Entered: 05/02/2023) |
| 05/11/2023 | [343](#) | MOTION to Appear Pro Hac Vice by Estee Konor.( Filing fee $ 208 receipt number AFLNDC–7865869.) by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (KONOR, ESTEE) (Entered: 05/11/2023) |

| 05/12/2023 | 344 | ORDER ADMITTING ESTEE M. KONOR PRO HAC VICE – The 343 motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 5/12/23. (sjb) (Entered: 05/12/2023) |
|---|---|---|
| 05/22/2023 | 345 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL – ECF No. 207 , Case No. 4:21cv242. The motion is GRANTED. The Clerk shall disconnect Ms. Abudu from CM/ECF in all four of these consolidated cases. Signed by CHIEF JUDGE MARK E WALKER on 5/22/23. (sjb) (Entered: 05/22/2023) |
| 05/26/2023 | 346 | MOTION to Withdraw as Attorney by EQUAL GROUND EDUCATION FUND, FAITH IN FLORIDA, FLORIDA RISING TOGETHER, HAITIAN NEIGHBORHOOD CENTER SANT LA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS. (BUDHU, RYAN) (Entered: 05/26/2023) |
| 05/26/2023 | 347 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL: The motion to withdraw Ryan D. Budhu as counsel for Plaintiffs, ECF No. 346 , is GRANTED. The Clerk shall disconnect Mr. Budhu from CM/ECF on this matter. Signed by CHIEF JUDGE MARK E WALKER on 5/26/2023. (amm) (Entered: 05/26/2023) |
| 06/29/2023 | 348 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL. This motion is, therefore, GRANTED. The Clerk shall disconnect Oren Rosenthal from CM/ECF in this matter. Signed by CHIEF JUDGE MARK E WALKER on 06/29/2023. (rcb) (Entered: 06/30/2023) |
| 07/06/2023 | 349 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL – This 746 motion is, therefore, GRANTED. The Clerk shall disconnect William D. Chappell from CM/ECF in this matter. Signed by CHIEF JUDGE MARK E WALKER on 7/6/23. (sjb) (Entered: 07/10/2023) |
| 07/07/2023 | | Set Deadlines re 310 Notice of Appeal :( Clerk to check status of Appeal on 9/25/2023.) (sjb) (Entered: 07/07/2023) |
| 09/25/2023 | | Set Deadlines re 310 Notice of Appeal :( Clerk to check status of Appeal on 12/25/2023.). (baf) (Entered: 09/25/2023) |
| 10/02/2023 | 350 | ORDER GRANTING MOTION TO AMEND PROTECTIVE ORDERS – The protective orders in the above listed cases are MODIFIED to allow all Confidential Information produced pursuant to those orders to be used in Case Nos. 4:23cv215–MW/MAF, 4:23cv216– MW/MAF, and 4:23cv218–MW/MAF. The protective orders are further modified to require the destruction or return of all Confidential Information within 60 days of the conclusion of this action or Consolidated Case No.: 4:23cv215–MW/MAF. Signed by CHIEF JUDGE MARK E WALKER on 10/2/2023. (baf) (Entered: 10/03/2023) |
| 10/17/2023 | 351 | ORDER FOR BRIEFING SCHEDULE – Accordingly, on or before October 27, 2023, the parties shall confer and submit a briefing schedule with respect to the remaining issues on remand, taking into consideration the time–sensitive nature of this case. Signed by CHIEF JUDGE MARK E WALKER on 10/17/2023. (baf) (Entered: 10/17/2023) |
| 10/30/2023 | 352 | ORDER ADOPTING BRIEFING SCHEDULE – Pursuant to this Court's Order, the parties filed a Joint Notice of Proposed Briefing Schedule. ECF No. 756 . This Court adopts the parties' proposed schedule. Consequently, Plaintiffs' briefs are due Friday, 12/8/2023, Defendants' and Intervenor–Defendants' briefs are due Monday, 1/22/2024, and Plaintiffs' reply briefs are due Monday, 2/5/2024. Further, all motions, briefing, and deadlines related to attorneys' fees and costs will be deferred until after final judgment is entered in all four cases. Signed by CHIEF JUDGE MARK E WALKER on 10/30/2023. (baf) (Entered: 10/30/2023) |
| 11/15/2023 | 353 | ORDER VACATING JUDGMENT AND DIRECTING CLERK TO ENTER PARTIAL JUDGMENT – Pursuant to the Mandate issued in this consolidated case by the United States Court of Appeals for the Eleventh Circuit, see ECF No. 754 in Case No.: 4:21cv186– MW/MAF, the Clerk shall annotate the docket to reflect that this Court's Order on the Merits, ECF No. 308 , is VACATED in part, and the Clerk's Judgment, ECF No. 309 , is VACATED in part. The Clerk shall enter an amended partial judgment in Case No.: 4:21cv201–MW/MAF stating, "Count VIII in Plaintiffs' amended complaint, ECF No. 59 , is DISMISSED as moot. Judgment is entered in favor of Defendants with respect to Counts I, II, and III. Judgment is entered in favor |

|  |  | of Plaintiffs with respect to Count V. This Court DECLARES that the prohibition against "engaging in any activity with the... effect of influencing a voter" under section 102.031(4)(a)(b), Florida Statutes (2021), as amended by SB 90, violates Plaintiffs' rights under the Fourteenth Amendment of the United States Constitution. This Court GRANTS in part Plaintiffs' request for a permanent injunction. Neither Defendant Supervisors of Elections, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendant Supervisors of Elections shall enforce, nor permit enforcement of the prohibition against "engaging in any activity with the... effect of influencing a voter" as described in section 102.0131(4) (a),(b), Florida Statutes (2021), as amended by SB 90. Defendant Supervisors of Elections and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with Defendant Supervisors of Elections shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order. The Clerk shall reopen this case for this Court to address Plaintiffs' remaining undue burden claim under Count IV. Signed by CHIEF JUDGE MARK E WALKER on 11/15/2023. (baf) (Entered: 11/15/2023) |
|---|---|---|
| 11/15/2023 | 354 | CLERK'S AMENDED PARTIAL JUDGMENT pursuant to re 353 ORDER VACATING JUDGMENT AND DIRECTING CLERK TO ENTER PARTIAL JUDGMENT. (baf) (Entered: 11/15/2023) |
| 11/16/2023 | 355 | ORDER REGARDING BRIEFING – This Order directs the parties in their briefing to address any subsequent amendments to the challenged provisions at issue and to explain if any such amendments affect this Court's analysis on remand. Signed by CHIEF JUDGE MARK E WALKER on 11/16/2023. (baf) (Entered: 11/16/2023) |
| 12/28/2023 |  | Set Deadlines re 310 Notice of Appeal. Clerk to check status of Appeal on **3/25/2024**. USCA #22–11145–G is still pending. (baf) (Entered: 12/28/2023) |
| 02/08/2024 | 356 | FINAL ORDER ON REMAND. The Clerk shall enter judgment in each of these three cases stating, "Judgment is entered in favor of Defendants with respect to Plaintiffs' remaining claims on remand." The Clerk shall close the files. Signed by CHIEF JUDGE MARK E WALKER on 2/8/2024. (kjw) (Entered: 02/08/2024) |
| 02/08/2024 | 357 | CLERK'S JUDGMENT re 356 FINAL ORDER ON REMAND. (kjw) *90 Day Exhibit Return Deadline set for **5/8/2024**. (Entered: 02/08/2024) |
| 02/22/2024 | 358 | MOTION for Attorney Fees *Florida Rising Together Plaintiffs' Renewed and Supplemental Motion to Determine Entitlement to Attorneys' Fees and Litigation Expenses and Incorporated Memorandum of Law* by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (KARPATKIN, JEREMY) (Entered: 02/22/2024) |
| 02/22/2024 | 359 | BILL OF COSTS by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (Attachments: # 1 Attachment) (GIBSON, BENJAMIN) (Entered: 02/22/2024) |
| 02/22/2024 | 360 | BILL OF COSTS by LAUREL M LEE. (Attachments: # 1 Secretary's Bill of Costs) (JAZIL, MOHAMMAD) (Entered: 02/22/2024) |
| 02/23/2024 | 361 | ORDER FOR RESPONSE – Pending before this Court is Plaintiffs' renewed and supplemental motion to determine entitlement to attorneys fees and litigation expenses. ECF No. 358 . Defendants shall file a response to Plaintiffs' motion with respect to entitlement to fees and litigation expenses on or before **3/8/2024**. Signed by CHIEF JUDGE MARK E WALKER on 2/23/2024. (baf) (Entered: 02/23/2024) |
| 03/07/2024 | 362 | RESPONSE in Opposition re 358 MOTION for Attorney Fees *Florida Rising Together Plaintiffs' Renewed and Supplemental Motion to Determine Entitlement to Attorneys' Fees and Litigation Expenses and Incorporated Memorandum of Law* filed by LAUREL M LEE. (JAZIL, MOHAMMAD) (Entered: 03/07/2024) |
| 03/07/2024 | 363 | BILL OF COSTS by NATIONAL REPUBLICAN SENATORIAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE. (Attachments: # 1 Attachment) (GIBSON, BENJAMIN) (Entered: 03/07/2024) |
| 03/08/2024 | 364 | ORDER PERMITTING REPLY – Pending before this Court is Plaintiffs' renewed motion to determine entitlement to attorneys' fees, expert fees, and litigation expenses, |

| | | |
|---|---|---|
| | | ECF No. 358 , as well as Defendants' response in opposition, ECF No. 362 . Plaintiffs shall file a reply to Defendants' response, if any, on or before Friday, **3/15/2024**. Signed by CHIEF JUDGE MARK E WALKER on 3/8/2024. (baf) (Entered: 03/08/2024) |
| 03/12/2024 | 365 | ORDER GRANTING LEAVE TO FILE JOINT REPLY – This Court has considered, without hearing, the Defendant Secretary's and the Intervenor–Defendants' joint motion for leave to file a joint reply to Plaintiffs' joint objections to the Defendant Secretary's and Intervenors' Bills of Costs. ECF No. 779 . The motion is GRANTED. The Defendant Secretary and Intervenor–Defendants may file a joint reply, not to exceed three thousand words, on or before Thursday, **3/21/2024**. Signed by CHIEF JUDGE MARK E WALKER on 3/12/2024. (baf) (Entered: 03/12/2024) |
| 03/15/2024 | 366 | RESPONSE in Support re 358 MOTION for Attorney Fees *Florida Rising Together Plaintiffs' Renewed and Supplemental Motion to Determine Entitlement to Attorneys' Fees and Litigation Expenses and Incorporated Memorandum of Law* filed by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (KARPATKIN, JEREMY) (Entered: 03/15/2024) |
| 03/22/2024 | | Set Deadlines – 363 BILL OF COSTS referred to RDIC. Clerk to check status on **5/20/2024**. (baf) (Entered: 03/22/2024) |
| 04/09/2024 | 367 | MOTION to Withdraw as Attorney by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (KARPATKIN, JEREMY) (Entered: 04/09/2024) |
| 04/10/2024 | 368 | ORDER GRANTING MOTION TO WITHDRAW – This Court has considered, without hearing, the motion to withdraw Estee Konor as counsel for Plaintiffs. ECF No. 367 . Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. Accordingly, the motion, ECF No. 367 , is GRANTED. The Clerk shall disconnect Estee Konor from CM/ECF in this matter and terminate the motion. Signed by CHIEF JUDGE MARK E WALKER on 4/10/2024. (baf) (Attorney ESTEE MEIRA KONOR terminated.) (Entered: 04/10/2024) |
| 04/10/2024 | 369 | MOTION to Appear Pro Hac Vice by Roni Druks.( Filing fee $ 219 receipt number AFLNDC–8755672.) by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (DRUKS, RONI) (Entered: 04/10/2024) |
| 04/10/2024 | 370 | ORDER ADMITTING RONI DRUKS PRO HAC VICE – This Court has considered, without hearing, the motion to admit Roni Druks pro hac vice, ECF No. 369 . The motion is GRANTED. Having fulfilled the requirements of the Local Rules for admission, Roni Druks is admitted pro hac vice as counsel for Plaintiffs. Signed by CHIEF JUDGE MARK E WALKER on 4/10/2024. (baf) (Entered: 04/10/2024) |
| 05/23/2024 | 371 | ORDER GRANTING PLAINTIFFS' MOTION TO DETERMINE ENTITLEMENT TO FEES – Accordingly, Plaintiffs' motion to determine entitlement to fees, ECF No. 358 , is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 5/23/24. (sjb) (Entered: 05/23/2024) |
| 06/03/2024 | 372 | FLORIDA RISING TOGETHER PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO DETERMINE THE AMOUNT OF FEES by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (KARPATKIN, JEREMY) Modified title on 6/4/2024 (baf). (Entered: 06/03/2024) |
| 06/03/2024 | 373 | ORDER GRANTING EXTENSION – This Court has considered, without hearing, the Florida Rising Together Plaintiffs motion to extend the deadline to file their motion to determine the amount of fees. ECF No. 372 . The Secretary and Attorney General do not oppose. Id. at 2. The motion is GRANTED. The Florida Rising Together Plaintiffs must file their motion on or before Wednesday, **7/24/2024**. Signed by CHIEF JUDGE MARK E WALKER on 6/3/2024. (baf) (Entered: 06/03/2024) |
| 07/17/2024 | 374 | FLORIDA RISING TOGETHER PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO DETERMINE THE AMOUNT OF FEES by EQUAL GROUND EDUCATION FUND, FLORIDA RISING |

| | | TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (KARPATKIN, JEREMY) Modified title on 7/18/2024 (baf). (Entered: 07/17/2024) |
|---|---|---|
| 07/18/2024 | 375 | ORDER GRANTING PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME – This Court has considered, without hearing, Plaintiffs' unopposed motion for extension of time to file their motion to determine the amount of fees and costs. ECF No. 374 . The motion, ECF No. 374 , is GRANTED. Plaintiffs' deadline to file their motion to determine the amount of attorneys' fees is extended to on or before **8/5/2024**. Signed by CHIEF JUDGE MARK E WALKER on 7/18/2024. (baf) (Entered: 07/18/2024) |
| 08/05/2024 | 376 | FLORIDA RISING TOGETHER PLAINTIFFS' MOTION TO DETERMINE THE AMOUNT OF ATTORNEYS' FEES AND EXPENSES AND INCORPORATED MEMORANDUM OF LAW by EQUAL GROUND EDUCATION FUND, FLORIDA RISING TOGETHER, HISPANIC FEDERATION, PODER LATINX, UNIDOSUS. (Attachments: # 1 Declaration of John Freedman, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Declaration of Judith Browne Dianis, # 8 Exhibit A, # 9 Exhibit B, # 10 Declaration of Roni Druks, # 11 Exhibit A, # 12 Exhibit B, # 13 Declaration of Miranda Galindo, # 14 Exhibit A, # 15 Exhibit B, # 16 Exhibit C, # 17 Declaration of Luis Suarez) (KARPATKIN, JEREMY) Modified title on 8/6/2024 (baf). Modified to re–gavel upon response, ECF 381 on 11/8/2024 (baf). (Entered: 08/05/2024) |
| 08/13/2024 | 377 | THE SECRETARY AND ATTORNEY GENERAL'S MOTION FOR AN EXTENSION OF TIME by CORD BYRD. (JAZIL, MOHAMMAD) Modified title on 8/14/2024 (baf). (Entered: 08/13/2024) |
| 08/13/2024 | 378 | ORDER GRANTING EXTENSION – Accordingly, Defendants' motions, ECF Nos. 793, 418, 377 , and 333 are GRANTED in part and DENIED in part. Defendants' deadline to respond to Plaintiffs' motions is extended to on or before Thursday, **11/7/2024**. Finally, because the motions will remain pending for several more months before they are ripe for this Court's consideration, the Clerk is directed to TERMINATE the pending motions in these four casesECF Nos. 793, 418, 377 , and 333. The Clerk shall re–gavel these motions once Defendants have filed their responses on or before **11/7/2024**. Signed by CHIEF JUDGE MARK E WALKER on 8/13/2024. (baf) (Entered: 08/13/2024) |
| 09/19/2024 | 379 | UNOPPOSED MOTION FOR LEAVE FOR MR. DAINES TO WITHDRAW AS COUNSEL FOR THE SECRETARY OF STATE (filed on behalf of Kenneth C. Daines) by CORD BYRD. (JAZIL, MOHAMMAD) Modified title on 9/19/2024 (baf). (Entered: 09/19/2024) |
| 09/20/2024 | 380 | ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL – This Court has considered, without hearing, Defendant Byrd's motions to withdraw Kenneth C. Daines as counsel for Defendant Byrd in each of these cases. See ECF No. 795 in Case No.: 4:21cv186, ECF No. 420 in Case No. 4:21cv187, ECF No. 379 in Case No. 4:21cv201, and ECF No. 335 in Case No. 4:21cv242. The motions are GRANTED. The Clerk shall disconnect Mr. Daines from CM/ECF in these cases and terminate all four motions. Signed by CHIEF JUDGE MARK E WALKER on 9/20/2024. (baf) Attorney KENNETH CLARK DAINES terminated in this case. (Entered: 09/20/2024) |
| 11/07/2024 | 381 | THE SECRETARY'S RESPONSE IN OPPOSITION TO PLAINTIFFS 376 MOTION TO DETERMINE AMOUNT OF ATTORNEYS' FEES AND LITIGATION EXPENSES filed by CORD BYRD. (Attachments: # 1 Attachment 1 – Declaration of Charles Beall, Jr.) (JAZIL, MOHAMMAD) Modified title on 11/8/2024 (baf). (Entered: 11/07/2024) |
| 11/18/2024 | 382 | ORDER FOR REPLY BRIEFS – Plaintiffs' motions for attorneys' fees are pending in each of these four consolidated cases. ECF Nos. 793, 418, 376 , and 333. Defendants filed their responses on November 7, 2024. This Court did not previously set a reply deadline, but this Court plans to take these motions under advisement next Wednesday, **11/27/2024**. Accordingly, Plaintiffs may file a reply, if any, on or before Wednesday, **11/27/2024**. Signed by CHIEF JUDGE MARK E WALKER on 11/18/2024. (baf) (Entered: 11/18/2024) |
| 11/18/2024 | 383 | MOTION to Appear Pro Hac Vice by Jillian M. Williams.( Filing fee $ 219 receipt number AFLNDC–9142613.) by FLORIDA RISING TOGETHER, UNIDOSUS, |

| | | |
|---|---|---|
| | | EQUAL GROUND EDUCATION FUND, HISPANIC FEDERATION, PODER LATINX. (WILLIAMS, JILLIAN) (Entered: 11/18/2024) |
| 11/19/2024 | 384 | ORDER ADMITTING JILLIAN WILLIAMS PRO HAC VICE – This Court has considered, without hearing, the motion to admit Jillian M. Williams pro hac vice, ECF No. 383 . The motion is GRANTED. Having fulfilled the requirements of the Local Rules for admission, Jillian M. Williams is admitted pro hac vice as counsel for Plaintiffs. Signed by CHIEF JUDGE MARK E WALKER on 11/19/2024. (baf) (Entered: 11/19/2024) |
| 11/21/2024 | 385 | NOTICE *of Additional Conference Regarding Florida Rising Together Plaintiffs' Motion to Determine Amount of Attorneys' Fees and Expenses* by FLORIDA RISING TOGETHER, UNIDOSUS, EQUAL GROUND EDUCATION FUND, HISPANIC FEDERATION, PODER LATINX (KARPATKIN, JEREMY) (Entered: 11/21/2024) |
| 11/25/2024 | 386 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL – This Court has considered, without hearing, Defendant Bartons motion to withdraw Diana M. Johnson as counsel for Defendant Barton in this case. ECF No. 801. The motion is GRANTED. The Clerk shall disconnect Ms. Johnson from CM/ECF in this case. Signed by CHIEF JUDGE MARK E WALKER on 11/25/2024. (baf) (Motion filed in case number 4:21cv186–MW/MAF. Diana M. Johnson has been disconnected from this case.) (Entered: 11/25/2024) |
| 11/27/2024 | 387 | FLORIDA RISING TOGETHER PLAINTIFFS' REPLY IN SUPPORT OF THEIR 376 MOTION TO DETERMINE THE AMOUNT OF ATTORNEYS' FEES AND EXPENSES filed by FLORIDA RISING TOGETHER, UNIDOSUS, EQUAL GROUND EDUCATION FUND, HISPANIC FEDERATION, PODER LATINX. (KARPATKIN, JEREMY) Modified title on 12/2/2024 (baf). (Entered: 11/27/2024) |
| 12/20/2024 | 388 | ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DETERMINE FEE AMOUNT – Plaintiffs' motion to determine amount of fees, ECF No. 376 , is GRANTED in part and DENIED in part. Plaintiffs are entitled to $200,009.75. in attorneys' fees. Plaintiffs are entitled to $2,338.00 for the combined filing fees for Arnold & Porter and the Advancement Project. The Clerk shall enter a fee and cost judgment stating, "Plaintiffs are entitled to judgment against Defendants in the amount of $200,009.75 in attorneys' fees and $2,338.00 in costs, for a total judgment amount of $202,347.75, for which sum let execution rest." The Clerk shall close the file. Signed by CHIEF JUDGE MARK E WALKER on 12/20/2024. (baf) (Entered: 12/20/2024) |
| 12/20/2024 | 389 | CLERK'S JUDGMENT pursuant to 388 ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DETERMINE FEE AMOUNT. (baf) (90 Day Exhibit Return Deadline set for 3/20/2025) (Main Document 389 replaced on 12/20/2024) (baf). (Entered: 12/20/2024) |
| 01/17/2025 | 390 | NOTICE OF APPEAL as to 389 CLERK'S JUDGMENT pursuant to 388 ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DETERMINE FEE AMOUNT, 371 ORDER GRANTING PLAINTIFFS' MOTION TO DETERMINE ENTITLEMENT TO FEES , 388 ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DETERMINE FEE AMOUNT by CORD BYRD. ( Filing fee $605 Receipt Number AFLNDC–9254472.) (Attachments: # 1 Doc. 371, # 2 Doc. 388, # 3 Doc. 389) (JAZIL, MOHAMMAD) Modified title on 1/21/2025 (baf). (Entered: 01/17/2025) |
| 01/17/2025 | 391 | Appeal Instructions re: 390 Notice of Appeal, : The Transcript Request Form is available on the Internet at https://www.flnd.uscourts.gov/form/eleventh–circuit–transcript–information–form **PLEASE NOTE** Separate forms must be filed for each court reporter in both the district court and the appeals court. Transcript Order Form due by 1/31/2025. (baf) (Entered: 01/21/2025) |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA RISING TOGETHER, et al.,
                                    *Plaintiffs,*


    v.

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,
                                    *Defendants,*


REPUBLICAN NATIONAL
COMMITTEE and NATIONAL
REPUBLICAN SENATORIAL
COMMITTEE,
                        *Intervenor-Defendants.*

No. 4:21-cv-201-MW-MJF

## <u>NOTICE OF APPEAL</u>

Secretary of State Cord Byrd appeals to the U.S. Court of Appeals for the Eleventh Circuit from the order granting Plaintiffs' motion to determine entitlement to fees, Doc. 371, entered on May 23, 2024, order granting in part and denying in part Plaintiffs' motion to determine fee amount, Doc. 388, and fee judgment, Doc. 389, entered on December 20, 2024.

1

Dated: January 17, 2025                    Respectfully submitted,

                                           Bradley R. McVay (FBN 79034)
                                             Deputy Secretary of State
                                           Brad.McVay@dos.myflorida.com
                                           Ashley E. Davis (FBN 48032)
                                             Chief Deputy General Counsel
                                           Ashley.Davis@dos.myflorida.com
                                           FLORIDA DEPARTMENT OF STATE
                                           R.A. Gray Building, Suite 100
                                           500 South Bronough Street
                                           Tallahassee, Florida 32399
                                           Phone: (850) 245-6536
                                           Fax: (850) 245-6127

                                           */s/ Mohammad O. Jazil*
                                           Mohammad O. Jazil (FBN 72556)
                                           Gary V. Perko (FBN 855898)
                                           HOLTZMAN VOGEL BARAN
                                           TORCHINSKY & JOSEFIAK PLLC
                                           119 South Monroe Street, Suite 500
                                           Tallahassee, Florida 32301
                                           Phone: (850) 270-5938
                                           Fax: (850) 741-1023
                                           mjazil@holtzmanvogel.com
                                           gperko@holtzmanvogel.com
                                           zbennington@holtzmanvogel.com

                                           *Counsel for the Secretary*

## CERTIFICATE OF SERVICE

I certify that on January 17, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA RISING TOGETHER, et al.,

     *Plaintiffs*,

v.                             **Case No. 4:21cv201-MW/MJF**

CORD BYRD, et al.,

     *Defendants*,

and

NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,

     *Intervenor-Defendants.*
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO DETERMINE ENTITLEMENT TO FEES

This Court has considered, without hearing, the Florida Rising Together

Plaintiffs' (hereinafter "Plaintiffs' ") motion to determine entitlement to fees. ECF

No. 358.[1] The Secretary of State filed a response in opposition. ECF No. 362.[2]

_____

[1] This case was consolidated with several other for purposes of discovery and trial, so many of the relevant filings appear on the consolidated docket in Case No. 4:21cv186-MW/MAF. ECF citations in this order, however, refer to this case—Case No. 4:21cv201-MW/MJF—unless otherwise specified.

[2] Plaintiffs note that the Attorney General opposes the relief requested, but their motion does not state that they are seeking fees and costs from her. Plaintiffs' motion only requests an

Plaintiffs then filed a reply. ECF No. 366. For the reasons that follow, Plaintiffs'
motion is due to be granted.

I

Before addressing the substance of Plaintiffs' motion for fees, a brief
procedural history is necessary. Plaintiffs, along with several other groups and
individuals in related cases, sued to enjoin various state actors from enforcing new
election laws as amended by Florida Senate Bill 90 ("SB 90"). Specifically, Plaintiffs
sought a permanent injunction (1) prohibiting the Secretary and the Attorney General
from enforcing the Registration Disclaimer provision against them; and (2)
prohibiting the Secretary and Defendant Supervisors of Elections from enforcing SB
90's Solicitation Definition. As to Plaintiffs' challenge to the Solicitation Definition,
this Court dismissed Plaintiffs' claim against the Secretary for lack of standing
because the Secretary did not enforce the provision—the Defendant Supervisors did.
*See* ECF No. 358 at 6–7. Nevertheless, the Secretary then moved to intervene to
defend this portion of the law because he was concerned about the Defendant
Supervisors' willingness to do so, *see* ECF No. 337-1 at 8 *in* Case No. 4:21cv186-
MW/MAF, and this Court granted the Secretary's motion. Following a bench trial
before this Court, Plaintiffs won a permanent injunction on their challenge to both

---

award of fees and costs "against Defendant Secretary of State Cord Byrd . . . ." *See* ECF No. 358
at 2.

2

the Registration Disclaimer provision and the Solicitation Definition provision. *See* ECF No. 308.

On appeal, the Eleventh Circuit vacated the injunction directed at the Secretary and Attorney General's enforcement of the Registration Disclaimer provision as moot because the Florida Legislature repealed the challenged provision during the pendency of the appeal. *League of Women Voters of Fla. Inc. v. Fla. Sec'y of State*, 66 F.4th 905, 951 (11th Cir. 2023). The Eleventh Circuit upheld the permanent injunction prohibiting the Defendant Supervisors of Elections from enforcing SB 90's Solicitation Definition. *Id.* at 948.

With the relevant procedural history established, this Court turns to the substance of the motion. Plaintiffs' motion for fees and costs boils down to two questions: (1) whether the Florida Legislature's repeal of the challenged Registration Disclaimer provision while this case was on appeal deprives Plaintiffs of prevailing party status under section 1988; and (2) whether the Secretary of State's status as an intervenor immunizes him from liability for section 1988 fees on Plaintiffs' Solicitation Definition challenge. The answer to both questions is "no."

II

First, Plaintiffs' prevailing party status on their Registration Disclaimer provision challenge. Absent the Florida Legislature's repeal of the Registration Disclaimer provision that mooted this case on appeal, Plaintiffs' prevailing party

3

status would be obvious—they won a permanent injunction on this claim at the district court level. But the Secretary claims that because this legislative repeal prompted the Eleventh Circuit to vacate the permanent injunction on this provision under *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950), Plaintiffs are not prevailing parties under section 1988. ECF No. 362 at 3.

Under section 1988, district courts have the discretion to award fees to litigants if it determines that they "succeeded on any significant issue in litigation which achieved some of the benefit the parties sought in bringing suit." *Thomas v. Bryant*, 614 F.3d 1288, 1294–95 (11th Cir. 2010) (quoting *Tex. State Teachers Ass'n v. Garland Indep. Sch. Dist.*, 489 U.S. 782, 791–92 (1989)). "The touchstone of the prevailing party inquiry must be the material alteration of the legal relationship of the parties . . . ." *Tex. State Teachers Ass'n*, 489 U.S. at 792–93.

While the Eleventh Circuit has not squarely addressed whether *Munsingwear* vacatur deprives a party of prevailing party status on section 1988, it has addressed a similar issue. In *Thomas v. Bryant*, an inmate who succeeded in winning a permanent injunction at the district court level died while the case was on appeal, rendering the case moot. 614 F.3d at 1294. The Eleventh Circuit held that even though the permanent injunction was due to be dissolved because the case was now moot, the inmate still was a prevailing party under section 1988. *Id.* The Eleventh Circuit set out the common-sense principle that "[w]hen plaintiffs clearly succeeded

in obtaining the relief sought before the district court and an intervening event rendered the case moot on appeal, plaintiffs are still 'prevailing parties' for the purposes of attorney's fees for the district court litigation." *Id.* (quoting *Diffenderfer v. Gomez–Colon*, 587 F.3d 445, 454 (1st Cir. 2009)). The Eleventh Circuit adhered to a similar principle in *Common Cause/Georgia v. Billups*, where it held that plaintiffs qualified as prevailing parties under section 1988 after they won a preliminary injunction that "remained effective until Georgia repealed the law at issue." 554 F.3d 1340, 1356 (11th Cir. 2009).

Under this framework, Plaintiffs are prevailing parties for their challenge to the Registration Disclaimer provision. Just like the plaintiff in *Thomas*, Plaintiffs won a permanent injunction at the district court level that was mooted on appeal. And while the Eleventh Circuit in *Common Cause/Georgia* didn't address the effect of *Munsingwear* vacatur on prevailing party status directly, one straightforward takeaway from the case is applicable here—namely, an injunction won at the district court level but later mooted by legislative repeal still entitles the plaintiffs to prevailing party status under section 1988. This Court sees no reason to depart from that principle here. Plaintiffs won a permanent injunction that was mooted on appeal only because the Florida Legislature repealed an unconstitutional law. Defendants can no longer enforce the Registration Disclaimer provision against Plaintiffs. On these facts, that's a material alteration of the legal relationship of the parties. *See Tex.*

5

*State Teachers Ass'n*, 489 U.S. at 792–93.

The Secretary cites several cases to argue that Plaintiffs won only a transient victory, but those cases don't help him. One case, *Sole v. Wyner*, involved a plaintiff who won a preliminary injunction only to be denied a permanent injunction later in the case. 551 U.S. 74, 83 (2007). The Supreme Court in *Sole* held only that "[p]revailing party status . . . does not attend achievement of a preliminary injunction that is reversed, dissolved, or otherwise undone by the final decision in the same case." *Id.* That's not what happened here. Plaintiffs won a *permanent* injunction which prevented Defendants from enforcing the Registration Disclaimer provision, a victory made equally permanent when the Florida Legislature repealed the law. The fact that Plaintiffs no longer have an active injunction (because the challenged provision no longer exists) doesn't take away from the fact that they achieved a material, enduring legal change—Defendants cannot enforce the Registration Disclaimer provision against them.

The Secretary also relies on Judge Oldham's lone concurrence in the Fifth Circuit's en banc decision in *Thomas v. Reeves*, 961 F.3d 800, 827 (5th Cir. 2020), but that opinion is not persuasive.[3] The concurrence focuses on the technical effect

---

[3] As Plaintiffs aptly note, Judge Oldham's lone concurrence in an *en banc* decision "does not reflect the law of the Fifth Circuit," ECF No. 366 at 14—let alone the law of the Eleventh Circuit.

of an injunction to determine prevailing party status, but that's not the standard to determine prevailing party status. *See Sole*, 551 U.S. at 86 (looking to whether the litigant achieved an "enduring 'chang[e][in] the legal relationship' between herself and the state officials she sued" to determine prevailing party status). Accepting the Secretary's understanding of a prevailing party would eviscerate section 1988's remedial effect by permitting states to litigate unconstitutional statutes at the district court level and erase fee liability on appeal by repealing the statute. That dog won't hunt.

The greater weight of authority tips in favor of Plaintiffs being prevailing parties under section 1988 on their Registration Disclaimer provision challenge. Accordingly, this Court finds that Plaintiffs are prevailing parties entitled to reasonable fees and costs under section 1988 for their challenge to the Registration Disclaimer provision.

## III

Next, Plaintiff's request to collect attorney's fees and costs from the Secretary in his role as an intervenor on the Solicitation Definition challenge.[4] Start with the relevant text of 42 U.S.C. 1988(b). It reads, "In any action or proceeding to enforce a provision of [section 1983], the court, in its discretion, may allow the prevailing

---

[4] The Secretary does not dispute that Plaintiffs are prevailing parties for their challenge to the Solicitation Definition—instead, he disputes whether his office should be the one to pay for them.

party, other than the United States, a reasonable attorney's fee as part of the costs . . . ." 42 U.S.C.A. § 1988(b). The statute gives this Court discretion to award fees and costs. The statute does not limit attorney fee liability to named parties, nor does it expressly exclude intervenors. The Supreme Court has explained that, generally, "the logical place to look for recovery of fees is to the losing party—the party legally responsible for relief on the merits." *Kentucky v. Graham*, 473 U.S. 159, 164 (1985).

The necessary connection between merits liability and fee liability, however, can extend to intervenors. In *Mallory v. Harkness*, the district court held that Florida's Attorney General was liable for fees under section 1988 where he had voluntarily intervened in a challenge to a state law because the Attorney General acted as the representative of the state. 923 F. Supp. 1546, 1553 (S.D. Fla. 1996), *aff'd*, 109 F.3d 771 (11th Cir. 1997). There, the named defendants and actual enforcers of the challenged law declined to defend it in court, so the Attorney General stepped in and "took all steps ordinarily taken by a defendant and, in fact, acted as the defendant . . . ." *Mallory*, 923 F. Supp. at 1553. The district court in *Mallory* explained that the Attorney General, as the state's representative, was culpable for the plaintiff's civil rights violation because the "state enacted, enforced, and defended the unconstitutional statute." *Id.* "The state should not be allowed to require the [named defendant] to enforce an unconstitutional statute, defend that statute on the merits as an intervenor in federal court, and then attempt to use its

intervenor status to escape liability for attorney's fees." *Id.* "Allowing such a loophole violates the policy behind 42 U.S.C. § 1988." *Id.*

While *Mallory* is not binding on this Court, it is persuasive. And, given its affirmance by the Eleventh Circuit, it's also the best indication of what the law is in this Circuit. Further, several other circuits have acknowledged that state intervenors stepping in for other state actors may bear fee liability under section 1988. *See Planned Parenthood of Cent. N.J. v. Att'y Gen. of State of N.J.*, 297 F.3d 253, 264 (3d Cir. 2002) (holding that state legislature is liable for fees under section 1988 where, notwithstanding its legislative immunity, it intervened to defend a suit that state executive officials refused to defend); *Brat v. Personhuballah*, 883 F.3d 475, 484 (4th Cir. 2018) (noting that where "the intervening party was a representative of the State responsible for enacting or enforcing the challenged statute, not an independent third party who could not be charged with liability," section 1988 fee liability may attach). In plain terms, a state actor that intervenes in place of another state actor is sufficiently connected to the underlying constitutional violation for section 1988 fee liability to attach because, at the end of the day, the state itself is the culpable party.

That's the case here. As the Secretary made clear before this Court in his motion to intervene, *see* ECF No. 337-1 *in* Case No. 4:21cv186-MW/MAF—as well as before the Eleventh Circuit, *see* Secretary's Reply Brief, 2022 WL 4078872, at

*8—he has an interest in the continued enforceability of election law, even when those laws are enforced by county-level supervisors. The Secretary has this interest because he represents the State of Florida in election-related matters. ECF No. 337-1 at 7 *in* Case No. 4:21cv186-MW/MAF. And as the district court in *Mallory* explained, a state intervenor like the Secretary "should not be allowed to require [a different state actor] to enforce an unconstitutional statute, defend that statute on the merits as an intervenor in federal court, and then attempt to use its intervenor status to escape liability for attorney's fees." 923 F. Supp. at 1553. Permitting this type of end-run-around defeats section 1988's policy of compensating prevailing plaintiffs for the costs of bringing a suit to vindicate their constitutional rights.

The Secretary attempts to invoke the Supreme Court's decision in *Independent Federation of Flight Attendants v. Zipes*, 491 U.S. 754 (1989) as a shield from fee liability here, but he fails. In *Zipes*, the Supreme Court held that a blameless intervenor could be held liable for fees "only where the intervenors' action was frivolous, unreasonable, or without foundation." 491 U.S. at 761.[5] But unlike the intervenor in *Zipes*, the Secretary is not "blameless." The intervenor in *Zipes* bore no connection to the underlying civil rights violation in the lawsuit. Here, the Secretary is the representative of the State of Florida, which is the culpable party in

---

[5] Although *Zipes* dealt with fee awards against intervenors under Title VII, the Supreme Court noted that section 1988 should be interpreted in the same way. 491 U.S. at 758 n.2.

this case because it "enacted, enforced, and defended the unconstitutional statute," leading to the violation of Plaintiffs' civil rights. *See Mallory*, 923 F. Supp. at 1553.

While the Secretary cites the Fourth Circuit's decision in *Brat v. Personhuballah* for the proposition that *Zipes* applies to state intervenors like himself, ECF No. 362 at 6, *Brat* didn't say that. *Brat* did not involve a state actor intervening to defend state law. Instead, the Fourth Circuit in *Brat* applied *Zipes* to a *federal* legislator that intervened to defend a *state* law. 883 F.3d at 483. Further, the Fourth Circuit acknowledged that where an unconstitutional statute is involved, the 'blameworthy' party under *Zipes* is the state that enacted the statute." *Id.* at 484. Several of the other cases the Secretary cites are unpersuasive for this same reason— they do not concern a state actor intervening to defend a state law. *See Doe v. Sch. Bd. for Santa Rosa Cnty.*, No. 3:08CV361/MCR/EMT, 2010 WL 11519438, at *1 (N.D. Fla. Mar. 24, 2010) (applying *Zipes* to a non-state intervenor); *Miller v. Moore*, 169 F.3d 1119, 1126 (8th Cir. 1999) (same); *Costco Wholesale Corp. v. Hoen*, 538 F.3d 1128, 1133 (9th Cir. 2008) (same). And while the district court in *Stout v. Jefferson County Board of Education* did apply *Zipes* to a state intervenor, it did so on agreement by the parties. No. 2:65-CV-00396-MHH, 2019 WL 7811389, at *19 (N.D. Ala. Dec. 23, 2019).

In short, the Secretary cannot duck section 1988 by insisting that he's not the proper party for this suit only to rejoin later as an intervenor. Accepting the

Secretary's argument would eviscerate the purpose of section 1988—to compensate parties that prevail in stopping state actors from violating their constitutional rights. If the Secretary doesn't want to risk being on the hook for fees under section 1988, he could have accepted his dismissal for lack of standing—one that he specifically asked for—and deferred to the Supervisors' decision to refuse to defend this unconstitutional provision.[6] Instead, the Secretary came back into this case to defend another unconstitutional law from the State of Florida. On these facts, the Secretary is liable for fees and costs for their Solicitation Definition challenge under section 1988.

IV

As set out above, Plaintiffs are prevailing parties under section 1988 for their challenges to SB 90's Registration Disclaimer provision and its Solicitation

---

[6] Of course, this Court is left in the strange position of discussing fee liability for a properly admitted intervenor that somehow lacks Article III standing because of the standing framework created by the Eleventh Circuit in *Jacobson v. Florida Secretary of State*, 974 F.3d 1236, 1253 (11th Cir. 2020). Under this framework, Plaintiffs must sue nominal defendants in the Supervisors, who, largely, did not ask for SB 90 and did not defend the Solicitation Definition. But these "independent" constitutional officers' decisions to abandon this unconstitutional provision is also sufficient to trigger the Secretary's interest to intervene to defend Florida's election laws. After all, the Secretary is Florida's chief election officer, tasked with maintaining uniformity in the enforcement of election laws. It's enough of a connection to the challenged statute for the Secretary to be properly named as a defendant under *Ex parte Young*. But binding Eleventh Circuit precedent dictates that it just isn't enough for a "case or controversy" under Article III. Perhaps this framework also permits the Secretary to have his cake and eat it too by hiding behind the Supervisors while still defending laws he claims not to enforce all the while avoiding fee liability under section 1988. It's not like this money all comes from the same place—the Supervisors maintain a budget derived from county-level funds separate from the Secretary's budget that would be used to pay for a prevailing party's fees. If that's the case, the Eleventh Circuit can make that clear. But that's not how this Court understands the law.

Definition. The Secretary is liable for Plaintiffs' attorneys' fees, expert fees, and litigation expenses for their challenges to the Registration Disclaimer provision and the Solicitation Definition. Accordingly, Plaintiffs' motion to determine entitlement to fees, ECF No. 358, is **GRANTED**. The parties shall now follow the procedure set out in Local Rule 54.1(E)–(G) to determine the amount of fees and costs due here. Further, this Court will no longer hold Plaintiff's bill of costs, ECF No. 318, in abeyance. Defendants shall file a response in opposition, if any, within fourteen days pursuant to Local Rule 54.2(A).

   **SO ORDERED on May 23, 2024.**

       **s/Mark E. Walker   **
       **Chief United States District Judge**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FLORIDA RISING TOGETHER, et al.,**

    *Plaintiffs*,

v.                             **Case No.: 4:21cv201-MW/MJF**

**CORD BYRD,**
**in his official capacity as the**
**Secretary of State of Florida,**
**et al.,**

    *Defendants*,

**and**

**NATIONAL REPUBLICAN**
**SENATORIAL COMMITTEE and**
**REPUBLICAN NATIONAL**
**COMMITTEE,**

    *Intervenor-Defendants.*

_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO DETERMINE FEE AMOUNT

This Court has considered, without hearing, Plaintiffs' motion to determine the amount of attorneys' fees and expenses, ECF No. 376, Defendant's response, ECF No. 381, Plaintiffs' reply, ECF No. 387, and all attachments. For the reasons set out below, Plaintiffs' motion is **GRANTED in part and DENIED in part**.

I

This Court will first address the appropriate amount of attorneys' fees to be awarded to Plaintiff. The Eleventh Circuit has adopted the lodestar method to determine the reasonableness of an award of attorneys' fees. *Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988). To determine a lodestar amount, a court must ascertain a reasonable hourly rate and multiply it by the number of hours an attorney reasonably expended on the litigation. *Id.* Where the time or fees claimed seem excessive, or there is a lack of support for the fees claimed, "the court may make the award on its own experience." *Id.* at 1303. The burden of establishing that the fee request is reasonable rests with the fee applicant, who must "submit evidence regarding the number of hours expended and the hourly rate claimed." *U.S. ex rel. Educ. Career Dev., Inc. v. Cent. Fla. Reg'l Workforce Dev. Bd., Inc.*, No. 6:04-CV-93, 2007 WL 1601747, at *3 (M.D. Fla. June 1, 2007). Evidence in support of the fee applicant's request requires "sufficient particularity so that the district court can assess the time claimed for each activity." *Norman*, 836 F.2d at 1303.

This Court begins with an analysis of the hourly rates Plaintiffs' attorneys seek. This Court then considers whether Plaintiffs' submissions demonstrate that the number of hours claimed are reasonable. Finally, this Court considers whether the results in the case warrant adjustment of the lodestar figure.

2

A. <u>Reasonable Hourly Rates</u>

A "reasonable hourly rate" is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." *Maner v. Linkan LLC*, 602 F. App'x 489, 493 (11th Cir. 2015) (quoting *Norman*, 836 F.2d at 1299). "The party seeking attorney's fees bears the burden of establishing that the requested hourly rate is in line with prevailing market rates." *Id.* In establishing a reasonable hourly rate, the court may "rely on its own expertise and where appropriate" and may also consider certain case-specific factors.[1] *Id.*

Here, Tallahassee represents the relevant legal market for purposes of this analysis. Plaintiffs seek hourly rates ranging from $100.00 an hour for legal assistants to $450.00 an hour for senior counsel. ECF No. 376 at 12–15. Plaintiffs also submitted a declaration from their attorneys' fee expert, Luis Suarez. ECF No. 376-17. Mr. Suarez's declaration opines that, based on his expertise, his review of the case, and the lawyers' billing records, the hourly rates that Plaintiffs seek are

---

[1] "These factors include: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the 'undesirability' of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases." *Maner*, 602 F. App'x at 492 (citing *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir.1974)).

3

reasonable. In turn, Defendant also agrees that Plaintiffs' requested hourly rates are reasonable. ECF No. 381 at 4. Accordingly, without objection from Defendant and based on this Court's own expertise, this Court finds Plaintiff's proposed rates to be reasonable.

## B. Numbers of Hours Reasonably Expended

The next step in the computation of the lodestar is a determination of reasonable hours expended on the litigation. A fee applicant must set out the general subject matter of the time expended by the attorney "with sufficient particularity so that the court can assess the time claimed for each activity." *Norman*, 836 F.2d at 1303. Excessive, redundant, or otherwise unnecessary hours should be excluded from the amount claimed. *Id.* at 1301. A fee applicant must exercise billing judgment by excluding "excessive, redundant, or otherwise unnecessary [hours]." *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983). Where a fee applicant does not exercise billing judgment, "courts are obligated to do it for them." *ACLU of Ga. v. Barnes*, 168 F.3d 423, 428 (11th Cir. 1999).

When a request for attorneys' fees is unreasonably high, the court "may conduct an hour-by-hour analysis or it may reduce the requested hours with an across-the-board cut," but it cannot do both. *Bivins v. Wrap It Up, Inc.*, 548 F.3d 1348, 1350–51 (11th Cir. 2008). The Eleventh Circuit has "recognized that in cases 'where fee documentation is voluminous,' it will not be feasible to require a court to

4

'engage in such a precise [hour-by-hour] review.' " *Villano v. City of Boynton Beach*, 254 F.3d 1302, 1311 (11th Cir. 2001) (quoting *Loranger v. Stierheim*, 10 F.3d 776, 783 (11th Cir. 1994)) (finding 569.3 hours to be sufficiently voluminous that no hour-by-hour analysis was required). Accordingly, given the voluminous records in support of Plaintiffs' fee request, this Court will do rough justice by performing across-the-board reductions where necessary.

Plaintiffs' attorneys expended well over 11,000 hours litigating this case. *See* ECF Nos. 376-1, 376-7, 376-10, and 376-13. However, Plaintiffs' fee request includes only 8,552.10 hours of attorney time. ECF No. 376-17 at 7-8. Multiplied by these attorneys' reasonable hourly rates, this yields a lodestar figure of $1,454,615.99. *Id*. at 8. This figure incorporates voluntary 5% reductions in fees requested by Advancement Project and Demos and a voluntary 50% reduction in fees requested by Arnold & Porter "in recognition of the number of lawyers representing Plaintiffs in this case." ECF No. 376 at 21-22.

In response, Defendant argues that the requested time, even after the asserted exercise in billing judgment and other reductions, is unreasonable.[2] Defendant points to its fee expert's declaration in support of the argument that "too many Plaintiffs' attorneys worked on this case, the compelled-speech and vagueness issues are

---

[2] This Court is unpersuaded by Defendant's initial position as to reasonableness of hours, which is just a repackaged argument challenging Plaintiffs' entitlement to fees as prevailing parties.

discrete and involved little facts, and given the attorneys' specialization in voting-rights cases, their familiarity with voting-rights law should have greatly reduced the hours sought in this case." ECF No. 381 at 7. This Court agrees.

By any measure, employing over thirty attorneys for over 8,000 hours to litigate the discrete issues concerning the solicitation ban's vagueness and the registration disclaimer's compelled speech problem is unreasonable. Notwithstanding Plaintiffs' fee expert's generalized opinion that the amount of time spent on this case is reasonable, *see* ECF No. 376-17 at 7, this Court is persuaded, both based on its own expertise in assessing reasonable fees and by Defendant's fee expert's recommendation, that an additional 45% reduction is warranted to account for the excessive number of hours Plaintiffs have requested. Accordingly, this Court imposes an across-the-board reduction of 45% to Plaintiffs' requested hours for a total number of hours reasonably expended in this litigation of 4,703.65 hours. Multiplied by the attorneys' reasonable hourly rates yields a lodestar of **$800,038.79.**

## C. Adjustment of Lodestar Due to Results Obtained

"[T]here is a strong presumption that the lodestar is the reasonable sum the attorneys deserve." *Ela v. Destefano*, 869 F.3d 1198, 1203 (11th Cir. 2017) (internal quotation marks omitted). "If the lodestar is reasonable, a downward adjustment is merited only if the prevailing party was partially successful in its efforts." *Id.*

6

(internal quotation marks omitted). "A district court must determine what counts as partial success on a case-by-case basis." *Id.*

"[I]n complex civil rights litigation involving numerous challenges to institutional practices or conditions," "a plaintiff who has won substantial relief should not have his attorney's fee reduced simply because the district court did not adopt each contention raised." *See Hensley*, 461 U.S. at 436–40. But, "[w]here the plaintiff has failed to prevail on a claim that is distinct in all respects from his successful claims, the hours spent on the unsuccessful claim should be excluded in considering the amount of a reasonable fee." *Id.* at 440. *"Where all theories derive from a common core of operative facts, the focus should be on the significance of overall results as a function of total reasonable hours." Norman*, 836 F.2d at 1302.

Here, Plaintiffs originally pressed eight counts challenging four separate provisions of Florida law under a plethora of legal theories. *See* ECF No. 59. Plaintiffs' challenges based on race discrimination predominated over the proceedings, both pre-trial and during the two-week bench trial. Nonetheless, only a small fraction of Plaintiffs' overall success before this Court survived on appeal to the Eleventh Circuit. As a result, Defendant asserts that the lodestar requires further reduction based on the limited success that Plaintiffs obtained in this case. As Defendant's fee expert opines, "[n]ot only did [Plaintiffs] prevail on far fewer than half of [their] distinct claims, but those issues were not the primary focus of

7

[Plaintiffs'] efforts." ECF No. 381-1 at 16. As this Court is well aware, "the two issues [Plaintiffs] won comprised a small minority of the time spent on the case from its inception." *Id*. Accordingly, this Court agrees that a further reduction is necessary to account for the limited success obtained in this case. This Court is persuaded by Defendant's expert's recommendation that a 75% reduction is appropriate to account for the success obtained on the two distinct claims, which, again, presented a small minority of the issues that were vigorously litigated before this Court. *See id*. at 17. Accordingly, this Court will further reduce the adjusted loadstar by 75% to account for the results obtained, for a total fee award of **$200,009.75.**

## II

Next, this Court considers Plaintiffs' requested expenses, totaling $683,389.71. ECF No. 376. These expenses include expert witness fees, contract attorney fees for document review, deposition and transcript expenses, printing, postage, travel expenses, and filing fees. Defendant asserts these costs are excessive and unsupported. ECF No. 381 at 8. This Court agrees.

"[A]ll reasonable expenses incurred in case preparation, during the course of litigation, or as an aspect of settlement of the case may be taxed as costs under section 1988," except for "routine office overhead normally absorbed by the practicing attorney." *Dowdell v. City of Apopka*, 698 F.2d 1181, 1192 (11th Cir. 1983). "The guideline on what is includable must be that which is appropriate in the

context of the attorney-client relationship, the substantive and procedural nature of the case, and the climate in which the litigation is conducted." *Id*. And [t]he guideline on what is excludable is that which is specified in the legislative history: section 1988 may not be subverted into a ruse for producing 'windfalls' for attorneys." *Id*.

Having reviewed Plaintiffs' submissions, this Court is not persuaded that Plaintiffs' requested expenses are reasonable. *See* N.D. Fla. Loc. R. 54.1(E)(1) ("The declaration must include sufficient detail to allow a determination of reasonableness."). For starters, Plaintiffs seek nearly $150,000.00 in expert fees with little to no explanation of whether or how these expenses are limited to the work performed for the narrow issues that Plaintiffs succeeded upon in this litigation. Nor have Plaintiffs pointed to any authority suggesting they are entitled to over $300,000.00 in "Contract Document Review Sources," or over $150,000.00 in "eData management," ECF No. 387 at 11, vis-à-vis the narrow claims upon which they ultimately prevailed and which Plaintiffs distinguished from their other "fact-intensive" claims. *See* ECF No. 241-1 at 6. This Court is likewise unpersuaded by the conclusory assertion that taxing "deposition and trial transcripts" is simply "customary," *see* ECF No. 376 at 23, and therefore Plaintiffs are entitled to over $20,000.00 for these expenses that have no other explanation for how such costs were necessarily incurred for the prosecution of Plaintiffs' successful claims. And this Court is similarly unpersuaded by Plaintiffs' suggestion that not seeking

9

expenses for routine office overhead costs like "electronic research costs, internal duplicating expenses, and internal travel expenses," ECF No. 376-1 at 22, provides any additional support for the excessive costs Plaintiffs have claimed.

In short, Plaintiffs fail to demonstrate that their extraordinary request for non-taxable expenses is reasonable, particularly when almost half of these expenses apparently include re-packaged attorney fees for the contract attorneys hired to sift through discovery, most of which had little to do with the claims on which Plaintiffs actually prevailed. Given the lack of support, and in light of the reduction this Court has already imposed based on the limited results obtained in this case, this Court will limit Plaintiffs' expenses only to $2,338.00 for the combined "filing fees"[3] for Arnold & Porter and the Advancement Project.

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' motion to determine amount of fees, ECF No. 376, is **GRANTED in part and DENIED in part.**

2. Plaintiffs are entitled to $**200,009.75.** in attorneys' fees.

---

[3] What Plaintiffs identify as "filing fees" are actually the total expenses for entering *pro hac vice* appearances with this Court for their core members, not the full complement of attorneys who appeared on Plaintiffs' behalf. Although this Court certainly would not find it reasonably necessary to have a cadre of dozens of lawyers to litigate the two narrow issues that ultimately succeeded in this case, this Court concludes that the limited request for *pro hac vice* expenses is reasonable.

3. Plaintiffs are entitled to **$2,338.00** for the combined filing fees for Arnold & Porter and the Advancement Project.

4. The Clerk shall enter a fee and cost judgment stating, "Plaintiffs are entitled to judgment against Defendants in the amount of **$200,009.75** in attorneys' fees and **$2,338.00** in costs, for a total judgment amount of **$202,347.75,** for which sum let execution rest."

5. The Clerk shall close the file.

**SO ORDERED on December 20, 2024.**

**s/Mark E. Walker**
**Chief United States District Judge**

11

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FLORIDA RISING
TOGETHER, et al.,**
     Plaintiff,

v.

**LAUREL M. LEE, et al.,**
     Defendant.

_____/

Case No.: **4:21-cv-00201-MW-MJF**

## JUDGMENT

Plaintiffs are entitled to judgment against Defendants in the amount of $200,009.75 in attorneys' fees and $2,338.00 in costs, for a total judgment amount of $202,347.75, for which sum let execution rest.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

December 20, 2024
DATE

s/*Bryston Ford*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA RISING TOGETHER, et al.,

     *Plaintiffs*,

v.                         **Case No. 4:21cv201-MW/MJF**

CORD BYRD, et al.,

     *Defendants*,

and

NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,

     *Intervenor-Defendants.*

_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO DETERMINE ENTITLEMENT TO FEES

This Court has considered, without hearing, the Florida Rising Together

Plaintiffs' (hereinafter "Plaintiffs' ") motion to determine entitlement to fees. ECF

No. 358.[1] The Secretary of State filed a response in opposition. ECF No. 362.[2]

---

[1] This case was consolidated with several other for purposes of discovery and trial, so many of the relevant filings appear on the consolidated docket in Case No. 4:21cv186-MW/MAF. ECF citations in this order, however, refer to this case—Case No. 4:21cv201-MW/MJF—unless otherwise specified.

[2] Plaintiffs note that the Attorney General opposes the relief requested, but their motion does not state that they are seeking fees and costs from her. Plaintiffs' motion only requests an

Plaintiffs then filed a reply. ECF No. 366. For the reasons that follow, Plaintiffs' motion is due to be granted.

I

Before addressing the substance of Plaintiffs' motion for fees, a brief procedural history is necessary. Plaintiffs, along with several other groups and individuals in related cases, sued to enjoin various state actors from enforcing new election laws as amended by Florida Senate Bill 90 ("SB 90"). Specifically, Plaintiffs sought a permanent injunction (1) prohibiting the Secretary and the Attorney General from enforcing the Registration Disclaimer provision against them; and (2) prohibiting the Secretary and Defendant Supervisors of Elections from enforcing SB 90's Solicitation Definition. As to Plaintiffs' challenge to the Solicitation Definition, this Court dismissed Plaintiffs' claim against the Secretary for lack of standing because the Secretary did not enforce the provision—the Defendant Supervisors did. *See* ECF No. 358 at 6–7. Nevertheless, the Secretary then moved to intervene to defend this portion of the law because he was concerned about the Defendant Supervisors' willingness to do so, *see* ECF No. 337-1 at 8 *in* Case No. 4:21cv186-MW/MAF, and this Court granted the Secretary's motion. Following a bench trial before this Court, Plaintiffs won a permanent injunction on their challenge to both

---

award of fees and costs "against Defendant Secretary of State Cord Byrd . . . ." *See* ECF No. 358 at 2.

2

the Registration Disclaimer provision and the Solicitation Definition provision. *See* ECF No. 308.

On appeal, the Eleventh Circuit vacated the injunction directed at the Secretary and Attorney General's enforcement of the Registration Disclaimer provision as moot because the Florida Legislature repealed the challenged provision during the pendency of the appeal. *League of Women Voters of Fla. Inc. v. Fla. Sec'y of State*, 66 F.4th 905, 951 (11th Cir. 2023). The Eleventh Circuit upheld the permanent injunction prohibiting the Defendant Supervisors of Elections from enforcing SB 90's Solicitation Definition. *Id.* at 948.

With the relevant procedural history established, this Court turns to the substance of the motion. Plaintiffs' motion for fees and costs boils down to two questions: (1) whether the Florida Legislature's repeal of the challenged Registration Disclaimer provision while this case was on appeal deprives Plaintiffs of prevailing party status under section 1988; and (2) whether the Secretary of State's status as an intervenor immunizes him from liability for section 1988 fees on Plaintiffs' Solicitation Definition challenge. The answer to both questions is "no."

II

First, Plaintiffs' prevailing party status on their Registration Disclaimer provision challenge. Absent the Florida Legislature's repeal of the Registration Disclaimer provision that mooted this case on appeal, Plaintiffs' prevailing party

3

status would be obvious—they won a permanent injunction on this claim at the district court level. But the Secretary claims that because this legislative repeal prompted the Eleventh Circuit to vacate the permanent injunction on this provision under *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950), Plaintiffs are not prevailing parties under section 1988. ECF No. 362 at 3.

Under section 1988, district courts have the discretion to award fees to litigants if it determines that they "succeeded on any significant issue in litigation which achieved some of the benefit the parties sought in bringing suit." *Thomas v. Bryant*, 614 F.3d 1288, 1294–95 (11th Cir. 2010) (quoting *Tex. State Teachers Ass'n v. Garland Indep. Sch. Dist.*, 489 U.S. 782, 791–92 (1989)). "The touchstone of the prevailing party inquiry must be the material alteration of the legal relationship of the parties . . . ." *Tex. State Teachers Ass'n*, 489 U.S. at 792–93.

While the Eleventh Circuit has not squarely addressed whether *Munsingwear* vacatur deprives a party of prevailing party status on section 1988, it has addressed a similar issue. In *Thomas v. Bryant*, an inmate who succeeded in winning a permanent injunction at the district court level died while the case was on appeal, rendering the case moot. 614 F.3d at 1294. The Eleventh Circuit held that even though the permanent injunction was due to be dissolved because the case was now moot, the inmate still was a prevailing party under section 1988. *Id.* The Eleventh Circuit set out the common-sense principle that "[w]hen plaintiffs clearly succeeded

in obtaining the relief sought before the district court and an intervening event rendered the case moot on appeal, plaintiffs are still 'prevailing parties' for the purposes of attorney's fees for the district court litigation." *Id.* (quoting *Diffenderfer v. Gomez–Colon*, 587 F.3d 445, 454 (1st Cir. 2009)). The Eleventh Circuit adhered to a similar principle in *Common Cause/Georgia v. Billups*, where it held that plaintiffs qualified as prevailing parties under section 1988 after they won a preliminary injunction that "remained effective until Georgia repealed the law at issue." 554 F.3d 1340, 1356 (11th Cir. 2009).

Under this framework, Plaintiffs are prevailing parties for their challenge to the Registration Disclaimer provision. Just like the plaintiff in *Thomas*, Plaintiffs won a permanent injunction at the district court level that was mooted on appeal. And while the Eleventh Circuit in *Common Cause/Georgia* didn't address the effect of *Munsingwear* vacatur on prevailing party status directly, one straightforward takeaway from the case is applicable here—namely, an injunction won at the district court level but later mooted by legislative repeal still entitles the plaintiffs to prevailing party status under section 1988. This Court sees no reason to depart from that principle here. Plaintiffs won a permanent injunction that was mooted on appeal only because the Florida Legislature repealed an unconstitutional law. Defendants can no longer enforce the Registration Disclaimer provision against Plaintiffs. On these facts, that's a material alteration of the legal relationship of the parties. *See Tex.*

*State Teachers Ass'n*, 489 U.S. at 792–93.

The Secretary cites several cases to argue that Plaintiffs won only a transient victory, but those cases don't help him. One case, *Sole v. Wyner*, involved a plaintiff who won a preliminary injunction only to be denied a permanent injunction later in the case. 551 U.S. 74, 83 (2007). The Supreme Court in *Sole* held only that "[p]revailing party status . . . does not attend achievement of a preliminary injunction that is reversed, dissolved, or otherwise undone by the final decision in the same case." *Id.* That's not what happened here. Plaintiffs won a *permanent* injunction which prevented Defendants from enforcing the Registration Disclaimer provision, a victory made equally permanent when the Florida Legislature repealed the law. The fact that Plaintiffs no longer have an active injunction (because the challenged provision no longer exists) doesn't take away from the fact that they achieved a material, enduring legal change—Defendants cannot enforce the Registration Disclaimer provision against them.

The Secretary also relies on Judge Oldham's lone concurrence in the Fifth Circuit's en banc decision in *Thomas v. Reeves*, 961 F.3d 800, 827 (5th Cir. 2020), but that opinion is not persuasive.[3] The concurrence focuses on the technical effect

---

[3] As Plaintiffs aptly note, Judge Oldham's lone concurrence in an *en banc* decision "does not reflect the law of the Fifth Circuit," ECF No. 366 at 14—let alone the law of the Eleventh Circuit.

of an injunction to determine prevailing party status, but that's not the standard to determine prevailing party status. *See Sole*, 551 U.S. at 86 (looking to whether the litigant achieved an "enduring 'chang[e][in] the legal relationship' between herself and the state officials she sued" to determine prevailing party status). Accepting the Secretary's understanding of a prevailing party would eviscerate section 1988's remedial effect by permitting states to litigate unconstitutional statutes at the district court level and erase fee liability on appeal by repealing the statute. That dog won't hunt.

The greater weight of authority tips in favor of Plaintiffs being prevailing parties under section 1988 on their Registration Disclaimer provision challenge. Accordingly, this Court finds that Plaintiffs are prevailing parties entitled to reasonable fees and costs under section 1988 for their challenge to the Registration Disclaimer provision.

### III

Next, Plaintiff's request to collect attorney's fees and costs from the Secretary in his role as an intervenor on the Solicitation Definition challenge.[4] Start with the relevant text of 42 U.S.C. 1988(b). It reads, "In any action or proceeding to enforce a provision of [section 1983], the court, in its discretion, may allow the prevailing

---

[4] The Secretary does not dispute that Plaintiffs are prevailing parties for their challenge to the Solicitation Definition—instead, he disputes whether his office should be the one to pay for them.

party, other than the United States, a reasonable attorney's fee as part of the costs . . . ." 42 U.S.C.A. § 1988(b). The statute gives this Court discretion to award fees and costs. The statute does not limit attorney fee liability to named parties, nor does it expressly exclude intervenors. The Supreme Court has explained that, generally, "the logical place to look for recovery of fees is to the losing party—the party legally responsible for relief on the merits." *Kentucky v. Graham*, 473 U.S. 159, 164 (1985).

The necessary connection between merits liability and fee liability, however, can extend to intervenors. In *Mallory v. Harkness*, the district court held that Florida's Attorney General was liable for fees under section 1988 where he had voluntarily intervened in a challenge to a state law because the Attorney General acted as the representative of the state. 923 F. Supp. 1546, 1553 (S.D. Fla. 1996), *aff'd*, 109 F.3d 771 (11th Cir. 1997). There, the named defendants and actual enforcers of the challenged law declined to defend it in court, so the Attorney General stepped in and "took all steps ordinarily taken by a defendant and, in fact, acted as the defendant . . . ." *Mallory*, 923 F. Supp. at 1553. The district court in *Mallory* explained that the Attorney General, as the state's representative, was culpable for the plaintiff's civil rights violation because the "state enacted, enforced, and defended the unconstitutional statute." *Id.* "The state should not be allowed to require the [named defendant] to enforce an unconstitutional statute, defend that statute on the merits as an intervenor in federal court, and then attempt to use its

8

intervenor status to escape liability for attorney's fees." *Id.* "Allowing such a loophole violates the policy behind 42 U.S.C. § 1988." *Id.*

While *Mallory* is not binding on this Court, it is persuasive. And, given its affirmance by the Eleventh Circuit, it's also the best indication of what the law is in this Circuit. Further, several other circuits have acknowledged that state intervenors stepping in for other state actors may bear fee liability under section 1988. *See Planned Parenthood of Cent. N.J. v. Att'y Gen. of State of N.J.*, 297 F.3d 253, 264 (3d Cir. 2002) (holding that state legislature is liable for fees under section 1988 where, notwithstanding its legislative immunity, it intervened to defend a suit that state executive officials refused to defend); *Brat v. Personhuballah*, 883 F.3d 475, 484 (4th Cir. 2018) (noting that where "the intervening party was a representative of the State responsible for enacting or enforcing the challenged statute, not an independent third party who could not be charged with liability," section 1988 fee liability may attach). In plain terms, a state actor that intervenes in place of another state actor is sufficiently connected to the underlying constitutional violation for section 1988 fee liability to attach because, at the end of the day, the state itself is the culpable party.

That's the case here. As the Secretary made clear before this Court in his motion to intervene, *see* ECF No. 337-1 *in* Case No. 4:21cv186-MW/MAF—as well as before the Eleventh Circuit, *see* Secretary's Reply Brief, 2022 WL 4078872, at

*8—he has an interest in the continued enforceability of election law, even when those laws are enforced by county-level supervisors. The Secretary has this interest because he represents the State of Florida in election-related matters. ECF No. 337-1 at 7 *in* Case No. 4:21cv186-MW/MAF. And as the district court in *Mallory* explained, a state intervenor like the Secretary "should not be allowed to require [a different state actor] to enforce an unconstitutional statute, defend that statute on the merits as an intervenor in federal court, and then attempt to use its intervenor status to escape liability for attorney's fees." 923 F. Supp. at 1553. Permitting this type of end-run-around defeats section 1988's policy of compensating prevailing plaintiffs for the costs of bringing a suit to vindicate their constitutional rights.

The Secretary attempts to invoke the Supreme Court's decision in *Independent Federation of Flight Attendants v. Zipes*, 491 U.S. 754 (1989) as a shield from fee liability here, but he fails. In *Zipes*, the Supreme Court held that a blameless intervenor could be held liable for fees "only where the intervenors' action was frivolous, unreasonable, or without foundation." 491 U.S. at 761.[5] But unlike the intervenor in *Zipes*, the Secretary is not "blameless." The intervenor in *Zipes* bore no connection to the underlying civil rights violation in the lawsuit. Here, the Secretary is the representative of the State of Florida, which is the culpable party in

---

[5] Although *Zipes* dealt with fee awards against intervenors under Title VII, the Supreme Court noted that section 1988 should be interpreted in the same way. 491 U.S. at 758 n.2.

this case because it "enacted, enforced, and defended the unconstitutional statute," leading to the violation of Plaintiffs' civil rights. *See Mallory*, 923 F. Supp. at 1553.

While the Secretary cites the Fourth Circuit's decision in *Brat v. Personhuballah* for the proposition that *Zipes* applies to state intervenors like himself, ECF No. 362 at 6, *Brat* didn't say that. *Brat* did not involve a state actor intervening to defend state law. Instead, the Fourth Circuit in *Brat* applied *Zipes* to a *federal* legislator that intervened to defend a *state* law. 883 F.3d at 483. Further, the Fourth Circuit acknowledged that where an unconstitutional statute is involved, the 'blameworthy' party under *Zipes* is the state that enacted the statute." *Id.* at 484. Several of the other cases the Secretary cites are unpersuasive for this same reason—they do not concern a state actor intervening to defend a state law. *See Doe v. Sch. Bd. for Santa Rosa Cnty.*, No. 3:08CV361/MCR/EMT, 2010 WL 11519438, at *1 (N.D. Fla. Mar. 24, 2010) (applying *Zipes* to a non-state intervenor); *Miller v. Moore*, 169 F.3d 1119, 1126 (8th Cir. 1999) (same); *Costco Wholesale Corp. v. Hoen*, 538 F.3d 1128, 1133 (9th Cir. 2008) (same). And while the district court in *Stout v. Jefferson County Board of Education* did apply *Zipes* to a state intervenor, it did so on agreement by the parties. No. 2:65-CV-00396-MHH, 2019 WL 7811389, at *19 (N.D. Ala. Dec. 23, 2019).

In short, the Secretary cannot duck section 1988 by insisting that he's not the proper party for this suit only to rejoin later as an intervenor. Accepting the

Secretary's argument would eviscerate the purpose of section 1988—to compensate parties that prevail in stopping state actors from violating their constitutional rights. If the Secretary doesn't want to risk being on the hook for fees under section 1988, he could have accepted his dismissal for lack of standing—one that he specifically asked for—and deferred to the Supervisors' decision to refuse to defend this unconstitutional provision.[6] Instead, the Secretary came back into this case to defend another unconstitutional law from the State of Florida. On these facts, the Secretary is liable for fees and costs for their Solicitation Definition challenge under section 1988.

## IV

As set out above, Plaintiffs are prevailing parties under section 1988 for their challenges to SB 90's Registration Disclaimer provision and its Solicitation

---

[6] Of course, this Court is left in the strange position of discussing fee liability for a properly admitted intervenor that somehow lacks Article III standing because of the standing framework created by the Eleventh Circuit in *Jacobson v. Florida Secretary of State*, 974 F.3d 1236, 1253 (11th Cir. 2020). Under this framework, Plaintiffs must sue nominal defendants in the Supervisors, who, largely, did not ask for SB 90 and did not defend the Solicitation Definition. But these "independent" constitutional officers' decisions to abandon this unconstitutional provision is also sufficient to trigger the Secretary's interest to intervene to defend Florida's election laws. After all, the Secretary is Florida's chief election officer, tasked with maintaining uniformity in the enforcement of election laws. It's enough of a connection to the challenged statute for the Secretary to be properly named as a defendant under *Ex parte Young*. But binding Eleventh Circuit precedent dictates that it just isn't enough for a "case or controversy" under Article III. Perhaps this framework also permits the Secretary to have his cake and eat it too by hiding behind the Supervisors while still defending laws he claims not to enforce all the while avoiding fee liability under section 1988. It's not like this money all comes from the same place—the Supervisors maintain a budget derived from county-level funds separate from the Secretary's budget that would be used to pay for a prevailing party's fees. If that's the case, the Eleventh Circuit can make that clear. But that's not how this Court understands the law.

Definition. The Secretary is liable for Plaintiffs' attorneys' fees, expert fees, and litigation expenses for their challenges to the Registration Disclaimer provision and the Solicitation Definition. Accordingly, Plaintiffs' motion to determine entitlement to fees, ECF No. 358, is **GRANTED**. The parties shall now follow the procedure set out in Local Rule 54.1(E)–(G) to determine the amount of fees and costs due here. Further, this Court will no longer hold Plaintiff's bill of costs, ECF No. 318, in abeyance. Defendants shall file a response in opposition, if any, within fourteen days pursuant to Local Rule 54.2(A).

**SO ORDERED on May 23, 2024.**

**s/Mark E. Walker**
**Chief United States District Judge**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FLORIDA RISING TOGETHER, et al.,**

     *Plaintiffs*,

v.                                                  **Case No.: 4:21cv201-MW/MJF**

**CORD BYRD,**
**in his official capacity as the**
**Secretary of State of Florida,**
**et al.,**

     *Defendants*,

**and**

**NATIONAL REPUBLICAN**
**SENATORIAL COMMITTEE and**
**REPUBLICAN NATIONAL**
**COMMITTEE,**

     *Intervenor-Defendants.*
_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO DETERMINE FEE AMOUNT

This Court has considered, without hearing, Plaintiffs' motion to determine

the amount of attorneys' fees and expenses, ECF No. 376, Defendant's response,

ECF No. 381, Plaintiffs' reply, ECF No. 387, and all attachments. For the reasons

set out below, Plaintiffs' motion is **GRANTED in part and DENIED in part**.

I

This Court will first address the appropriate amount of attorneys' fees to be awarded to Plaintiff. The Eleventh Circuit has adopted the lodestar method to determine the reasonableness of an award of attorneys' fees. *Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988). To determine a lodestar amount, a court must ascertain a reasonable hourly rate and multiply it by the number of hours an attorney reasonably expended on the litigation. *Id.* Where the time or fees claimed seem excessive, or there is a lack of support for the fees claimed, "the court may make the award on its own experience." *Id.* at 1303. The burden of establishing that the fee request is reasonable rests with the fee applicant, who must "submit evidence regarding the number of hours expended and the hourly rate claimed." *U.S. ex rel. Educ. Career Dev., Inc. v. Cent. Fla. Reg'l Workforce Dev. Bd., Inc.*, No. 6:04-CV-93, 2007 WL 1601747, at *3 (M.D. Fla. June 1, 2007). Evidence in support of the fee applicant's request requires "sufficient particularity so that the district court can assess the time claimed for each activity." *Norman*, 836 F.2d at 1303.

This Court begins with an analysis of the hourly rates Plaintiffs' attorneys seek. This Court then considers whether Plaintiffs' submissions demonstrate that the number of hours claimed are reasonable. Finally, this Court considers whether the results in the case warrant adjustment of the lodestar figure.

## A. Reasonable Hourly Rates

A "reasonable hourly rate" is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." *Maner v. Linkan LLC*, 602 F. App'x 489, 493 (11th Cir. 2015) (quoting *Norman*, 836 F.2d at 1299). "The party seeking attorney's fees bears the burden of establishing that the requested hourly rate is in line with prevailing market rates." *Id.* In establishing a reasonable hourly rate, the court may "rely on its own expertise and where appropriate" and may also consider certain case-specific factors.[1] *Id.*

Here, Tallahassee represents the relevant legal market for purposes of this analysis. Plaintiffs seek hourly rates ranging from $100.00 an hour for legal assistants to $450.00 an hour for senior counsel. ECF No. 376 at 12–15. Plaintiffs also submitted a declaration from their attorneys' fee expert, Luis Suarez. ECF No. 376-17. Mr. Suarez's declaration opines that, based on his expertise, his review of the case, and the lawyers' billing records, the hourly rates that Plaintiffs seek are

---

[1] "These factors include: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the 'undesirability' of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases." *Maner*, 602 F. App'x at 492 (citing *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir.1974)).

3

reasonable. In turn, Defendant also agrees that Plaintiffs' requested hourly rates are reasonable. ECF No. 381 at 4. Accordingly, without objection from Defendant and based on this Court's own expertise, this Court finds Plaintiff's proposed rates to be reasonable.

## B. <u>Numbers of Hours Reasonably Expended</u>

The next step in the computation of the lodestar is a determination of reasonable hours expended on the litigation. A fee applicant must set out the general subject matter of the time expended by the attorney "with sufficient particularity so that the court can assess the time claimed for each activity." *Norman*, 836 F.2d at 1303. Excessive, redundant, or otherwise unnecessary hours should be excluded from the amount claimed. *Id.* at 1301. A fee applicant must exercise billing judgment by excluding "excessive, redundant, or otherwise unnecessary [hours]." *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983). Where a fee applicant does not exercise billing judgment, "courts are obligated to do it for them." *ACLU of Ga. v. Barnes*, 168 F.3d 423, 428 (11th Cir. 1999).

When a request for attorneys' fees is unreasonably high, the court "may conduct an hour-by-hour analysis or it may reduce the requested hours with an across-the-board cut," but it cannot do both. *Bivins v. Wrap It Up, Inc.*, 548 F.3d 1348, 1350–51 (11th Cir. 2008). The Eleventh Circuit has "recognized that in cases 'where fee documentation is voluminous,' it will not be feasible to require a court to

4

'engage in such a precise [hour-by-hour] review.' " *Villano v. City of Boynton Beach*, 254 F.3d 1302, 1311 (11th Cir. 2001) (quoting *Loranger v. Stierheim*, 10 F.3d 776, 783 (11th Cir. 1994)) (finding 569.3 hours to be sufficiently voluminous that no hour-by-hour analysis was required). Accordingly, given the voluminous records in support of Plaintiffs' fee request, this Court will do rough justice by performing across-the-board reductions where necessary.

Plaintiffs' attorneys expended well over 11,000 hours litigating this case. *See* ECF Nos. 376-1, 376-7, 376-10, and 376-13. However, Plaintiffs' fee request includes only 8,552.10 hours of attorney time. ECF No. 376-17 at 7-8. Multiplied by these attorneys' reasonable hourly rates, this yields a lodestar figure of $1,454,615.99. *Id*. at 8. This figure incorporates voluntary 5% reductions in fees requested by Advancement Project and Demos and a voluntary 50% reduction in fees requested by Arnold & Porter "in recognition of the number of lawyers representing Plaintiffs in this case." ECF No. 376 at 21-22.

In response, Defendant argues that the requested time, even after the asserted exercise in billing judgment and other reductions, is unreasonable.[2] Defendant points to its fee expert's declaration in support of the argument that "too many Plaintiffs' attorneys worked on this case, the compelled-speech and vagueness issues are

---

[2] This Court is unpersuaded by Defendant's initial position as to reasonableness of hours, which is just a repackaged argument challenging Plaintiffs' entitlement to fees as prevailing parties.

discrete and involved little facts, and given the attorneys' specialization in voting-rights cases, their familiarity with voting-rights law should have greatly reduced the hours sought in this case." ECF No. 381 at 7. This Court agrees.

By any measure, employing over thirty attorneys for over 8,000 hours to litigate the discrete issues concerning the solicitation ban's vagueness and the registration disclaimer's compelled speech problem is unreasonable. Notwithstanding Plaintiffs' fee expert's generalized opinion that the amount of time spent on this case is reasonable, *see* ECF No. 376-17 at 7, this Court is persuaded, both based on its own expertise in assessing reasonable fees and by Defendant's fee expert's recommendation, that an additional 45% reduction is warranted to account for the excessive number of hours Plaintiffs have requested. Accordingly, this Court imposes an across-the-board reduction of 45% to Plaintiffs' requested hours for a total number of hours reasonably expended in this litigation of 4,703.65 hours. Multiplied by the attorneys' reasonable hourly rates yields a lodestar of **$800,038.79.**

## C. Adjustment of Lodestar Due to Results Obtained

"[T]here is a strong presumption that the lodestar is the reasonable sum the attorneys deserve." *Ela v. Destefano*, 869 F.3d 1198, 1203 (11th Cir. 2017) (internal quotation marks omitted). "If the lodestar is reasonable, a downward adjustment is merited only if the prevailing party was partially successful in its efforts." *Id.*

(internal quotation marks omitted). "A district court must determine what counts as partial success on a case-by-case basis." *Id.*

"[I]n complex civil rights litigation involving numerous challenges to institutional practices or conditions," "a plaintiff who has won substantial relief should not have his attorney's fee reduced simply because the district court did not adopt each contention raised." *See Hensley*, 461 U.S. at 436–40. But, "[w]here the plaintiff has failed to prevail on a claim that is distinct in all respects from his successful claims, the hours spent on the unsuccessful claim should be excluded in considering the amount of a reasonable fee." *Id.* at 440. *"*Where all theories derive from a common core of operative facts, the focus should be on the significance of overall results as a function of total reasonable hours." *Norman*, 836 F.2d at 1302.

Here, Plaintiffs originally pressed eight counts challenging four separate provisions of Florida law under a plethora of legal theories. *See* ECF No. 59. Plaintiffs' challenges based on race discrimination predominated over the proceedings, both pre-trial and during the two-week bench trial. Nonetheless, only a small fraction of Plaintiffs' overall success before this Court survived on appeal to the Eleventh Circuit. As a result, Defendant asserts that the lodestar requires further reduction based on the limited success that Plaintiffs obtained in this case. As Defendant's fee expert opines, "[n]ot only did [Plaintiffs] prevail on far fewer than half of [their] distinct claims, but those issues were not the primary focus of

[Plaintiffs'] efforts." ECF No. 381-1 at 16. As this Court is well aware, "the two issues [Plaintiffs] won comprised a small minority of the time spent on the case from its inception." *Id*. Accordingly, this Court agrees that a further reduction is necessary to account for the limited success obtained in this case. This Court is persuaded by Defendant's expert's recommendation that a 75% reduction is appropriate to account for the success obtained on the two distinct claims, which, again, presented a small minority of the issues that were vigorously litigated before this Court. *See id*. at 17. Accordingly, this Court will further reduce the adjusted loadstar by 75% to account for the results obtained, for a total fee award of **$200,009.75.**

## II

Next, this Court considers Plaintiffs' requested expenses, totaling $683,389.71. ECF No. 376. These expenses include expert witness fees, contract attorney fees for document review, deposition and transcript expenses, printing, postage, travel expenses, and filing fees. Defendant asserts these costs are excessive and unsupported. ECF No. 381 at 8. This Court agrees.

"[A]ll reasonable expenses incurred in case preparation, during the course of litigation, or as an aspect of settlement of the case may be taxed as costs under section 1988," except for "routine office overhead normally absorbed by the practicing attorney." *Dowdell v. City of Apopka*, 698 F.2d 1181, 1192 (11th Cir. 1983). "The guideline on what is includable must be that which is appropriate in the

8

context of the attorney-client relationship, the substantive and procedural nature of the case, and the climate in which the litigation is conducted." *Id*. And [t]he guideline on what is excludable is that which is specified in the legislative history: section 1988 may not be subverted into a ruse for producing 'windfalls' for attorneys." *Id*.

Having reviewed Plaintiffs' submissions, this Court is not persuaded that Plaintiffs' requested expenses are reasonable. *See* N.D. Fla. Loc. R. 54.1(E)(1) ("The declaration must include sufficient detail to allow a determination of reasonableness."). For starters, Plaintiffs seek nearly $150,000.00 in expert fees with little to no explanation of whether or how these expenses are limited to the work performed for the narrow issues that Plaintiffs succeeded upon in this litigation.  Nor have Plaintiffs pointed to any authority suggesting they are entitled to over $300,000.00 in "Contract Document Review Sources," or over $150,000.00 in "eData management," ECF No. 387 at 11, vis-à-vis the narrow claims upon which they ultimately prevailed and which Plaintiffs distinguished from their other "fact-intensive" claims. *See* ECF No. 241-1 at 6. This Court is likewise unpersuaded by the conclusory assertion that taxing "deposition and trial transcripts" is simply "customary," *see* ECF No. 376 at 23, and therefore Plaintiffs are entitled to over $20,000.00 for these expenses that have no other explanation for how such costs were necessarily incurred for the prosecution of Plaintiffs' successful claims. And this Court is similarly unpersuaded by Plaintiffs' suggestion that not seeking

9

expenses for routine office overhead costs like "electronic research costs, internal duplicating expenses, and internal travel expenses," ECF No. 376-1 at 22, provides any additional support for the excessive costs Plaintiffs have claimed.

In short, Plaintiffs fail to demonstrate that their extraordinary request for non-taxable expenses is reasonable, particularly when almost half of these expenses apparently include re-packaged attorney fees for the contract attorneys hired to sift through discovery, most of which had little to do with the claims on which Plaintiffs actually prevailed. Given the lack of support, and in light of the reduction this Court has already imposed based on the limited results obtained in this case, this Court will limit Plaintiffs' expenses only to $2,338.00 for the combined "filing fees"[3] for Arnold & Porter and the Advancement Project.

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' motion to determine amount of fees, ECF No. 376, is **GRANTED in part and DENIED in part.**

2. Plaintiffs are entitled to $**200,009.75.** in attorneys' fees.

---

[3] What Plaintiffs identify as "filing fees" are actually the total expenses for entering *pro hac vice* appearances with this Court for their core members, not the full complement of attorneys who appeared on Plaintiffs' behalf. Although this Court certainly would not find it reasonably necessary to have a cadre of dozens of lawyers to litigate the two narrow issues that ultimately succeeded in this case, this Court concludes that the limited request for *pro hac vice* expenses is reasonable.

3. Plaintiffs are entitled to **$2,338.00** for the combined filing fees for Arnold & Porter and the Advancement Project.

4. The Clerk shall enter a fee and cost judgment stating, "Plaintiffs are entitled to judgment against Defendants in the amount of **$200,009.75** in attorneys' fees and **$2,338.00** in costs, for a total judgment amount of **$202,347.75,** for which sum let execution rest."

5. The Clerk shall close the file.

   **SO ORDERED on December 20, 2024.**

   <u>**s/Mark E. Walker**</u>
   **Chief United States District Judge**

11

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FLORIDA RISING**
**TOGETHER, et al.,**
     Plaintiff,

v.

**LAUREL M. LEE, et al.,**                    Case No.: **4:21-cv-00201-MW-MJF**
     Defendant,

**and**

**REPUBLICAN NATIONAL**
**COMMITTEE, et al.**
     Intervenor Defendant.
_____/

## JUDGMENT

Plaintiffs are entitled to judgment against Defendants in the amount of $200,009.75 in attorneys' fees and $2,338.00 in costs, for a total judgment amount of $202,347.75, for which sum let execution rest.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

December 20, 2024                    s/ *Bryston Ford*
DATE                                          DEPUTY CLERK