UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA RISING TOGETHER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAUREL M. LEE, in her official capacity as Florida Secretary of State, *et al.*,<br><br>Defendants,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE, and NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br><br>Intervenor-Defendants. | 4:21-cv-201-MW/MAF<br><br>Cases Consolidated for Trial With:<br><br>Case Nos.:<br><br>4:21-cv-186-MW/MAF (lead case)<br>4:21-cv-187-MW/MAF<br>4:21-cv-242-MW/MAF |

### *FLORIDA RISING TOGETHER* PLAINTIFFS' MOTION FOR A FINAL ORDER ON DEFENDANT'S AND INTERVENORS' BILLS OF COSTS

Plaintiffs Florida Rising Together, Equal Ground Education Fund, Hispanic Federation, Poder Latinx, and UnidosUS ("*Florida Rising Together* Plaintiffs") respectfully move, pursuant to Local Rule 6.1, for a final Order on Defendant's and Intervenor-Defendants' Bills of Costs.

On February 22, 2024, Defendant Cord Byrd filed a Notice of a Bill of Costs in *League of Women Voters v. Byrd*, ECF No. 21-cv-186, ECF No. 772. On March 7, 2024, Intervenor-Defendants filed a Corrected Notice of Bill of Costs. No. 21-cv-186, ECF No. 776. Intervenor-Defendants filed identical Bills of Costs in two additional proceedings consolidated for trial with this proceeding: No. 21-cv-187, and the present case, No. 21-cv-201. *See Disability Rights Florida v. Byrd*, No. 21-cv-187, ECF Nos. 403 & 406; *Florida Rising Together v. Byrd*, No. 21-cv-201, ECF Nos. 360 & 363. On March 7, 2024, Plaintiffs filed Joint Objections to the Bills of Costs in the lead case. No. 21-cv-186, ECF No. 777. On March 21, 2024, the Secretary and Intervenor-Defendants filed a Joint Reply to Plaintiffs' Joint Objections to Defendant Secretary and Intervenors' Bills of Costs. No. 21-cv-186, ECF No. 782.

On July 17, 2025, this Court issued an Order Denying Defendant Byrd and the Intervenor-Defendants' Bills of Costs in the lead case. No. 21-cv-186, ECF No. 806. However, this Court did not enter an Order in the present action. Because this action does not reflect the final judgment issued in the lead case on Defendant's and Intervenor-Defendants' Bills of Costs, the Eleventh Circuit Court of Appeals has asked the parties to address "whether case number 4:21-cv-201 must reflect the resolution of defendant's and intervenor-defendants' bill of costs for the December 20, 2024 order and judgment [ECF Nos. 388 & 389] to be reviewable." *Disability*

*Rights Fla. v. Fla. Sec'y State,* No. 25-10184, Doc. 34-2 (consolidated with appeal No. 25-10186, which stemmed from this case) (first citing *Mayer v. Wall St. Equity Grp., Inc.*, 672 F.3d 1222, 1224 (11th Cir. 2012) (order denying party's postjudgment motion for fees not final where opposing party's motion for fees remained pending); then citing *Hall v. Hall*, 584 U.S. 59, 66, 77 (2018) (holding that, where cases are consolidated, even for "all purposes," each "retains its independent character, at least to the extent it is appealable when finally resolved, regardless of any ongoing proceedings in the other cases")).

Consequently, Plaintiffs respectfully move this Court for entry of a Final Order on Defendant Byrd and the Intervenor-Defendants' Bills of Costs.

The Defendant and Intervenor-Defendants oppose this motion.

Dated: July 31, 2025                              Respectfully Submitted,

/s/ Jeremy C. Karpatkin
Jeremy C. Karpatkin                               Judith B. Dianis**
John A. Freedman*                                 John Powers**
Elisabeth S. Theodore*                            Advancement Project
Sam I. Ferenc*                                    1220 L Street, NW, Suite 850
Jillian M. Williams*                              Washington, DC 20005
Arnold & Porter Kaye Scholer LLP                  Telephone: 202-728-9557
601 Massachusetts Ave., NW                        jbrowne@advancementproject.org
Washington, D.C. 20001-3743                       jpowers@advancementproject.org
Telephone: 202-942-5000
Jeremy.Karpatkin@arnoldporter.com                 Miranda Galino
John.Freedman@arnoldporter.com                    LatinoJustice, PRLDEF
Elisabeth.Theodore@arnoldporter.com               523 W. Colonial Dr.
Sam.Ferenc@arnoldporter.com                       Orlando, FL 32804
                                                  Telephone: 321-418-6354

3

Jillian.Williams@arnoldporter.com             mgalindo@latinojustice.org

Jeffrey A. Miller*
Arnold & Porter Kaye Scholer LLP
3000 El Camino Road
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650-319-4500
Jeffrey.Miller@arnoldporter.com

Aaron Stiefel*
Daniel R. Bernstein*
Andrew R. Hirschel*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212-836-8000
Aaron.Stiefel@arnoldporter.com
Daniel.Bernstein@arnoldporter.com
Andrew.Hirschel@arnoldporter.com

*Admitted pro hac vice*
**Pro hac vice application forthcoming*

*Counsel for Florida Rising Together Plaintiffs*

## LOCAL RULES CERTIFICATION

Pursuant to Local Rule 7.1(B), counsel for the Plaintiffs conferred with counsel for the Secretary and the Attorney General and confirms that both oppose the requested relief.

Pursuant to Local Rule 7.1(F), this motion contains 413 words, excluding the case style, conferral certification and certificate of service.

 */s/ Jeremy C. Karpatkin*
Jeremy C. Karpatkin

*Counsel for Florida Rising Together Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on the 31st day of July.

 */s/ Jeremy C. Karpatkin*
Jeremy C. Karpatkin

*Counsel for Florida Rising Together Plaintiffs*