IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA RISING TOGETHER,
et al.,

    Plaintiff,

v.                                                                           Case No. 4:21cv201-MW/MJF

CORD BYRD, in his official
capacity as Florida Secretary of
State, et al.,

    Defendants.

_____/

## JUDGMENT

Defendant's and Intervenor-Defendants' bills of costs, ECF Nos. 360 and 363, are DENIED.

                                              JESSICA J. LYUBLANOVITS,
                                              CLERK OF COURT

| August 1, 2025 | s/ *Bryston Ford* |
|---|---|
| DATE | Deputy Clerk |